Sharidan Stiles
2570 Harlan Drive
Redding, CA 96001
(530) 339-1933
September 23, 2014
PLAINTIFF PRO SE'



**FILED**

SEP 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, Individual<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, Inc.; AMERICAN INTERNATIONAL INDUSTRIES, Inc., and DOES 1-100<br><br>    Defendant(s) | Case No.   2:14 - CV  2 2 3 4 GEB CMK PS<br>COMPLAINT FOR:<br>1. TRADE SECRET [CA LAW-3426-3426.1] DEFENDANT WAL-MART STORES INC.<br>2. PATENT INFRINGEMENT [35 USC 271, 281, 283-285, 289] DEFENDANT'S: WAL-MART STORES INC. ; AMERICAN INTERNATIONAL INDUSTRIES, INC.<br><br>Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demand a trial by jury as to all issues so triable.<br>JURY TRIAL DEMANDED |

Plaintiff Pro Se' Sharidan Stiles INVENTOR (STILES) Alleges as follows:

### JURISTICTION AND VENUE

1. This action arises under California law jurisdiction pursuant to Uniform Trade Secrets Act. California's trade secret law - <u>3426 - 3426.1.</u>

2. This action arises under the patent laws of the United States, 35 U.S.C. This Court has jurisdiction over this action pursuant to [35 USC 271, 281, 283-285, 289].

3. Venue is proper in this District under 28. U.S.C. 1391(c)(1)

1

## THE PARTIES

1. Plaintiff: Stiles Inventor of Detailed shaving razors is a resident of Redding, California 96003-3479.

2. Defendant: American International Industries Inc., with its office and principal place of business at 2220 Gaspar Avenue, Los Angeles, CA 90040.

3. Defendant: Wal-Mart Stores Inc.,is a corporation organized, existing, and doing business under and by virtue of the laws of the State of Delaware, with it's office and principal place of business located at 702 Southwest 8th Street, Bentonville, Arkansas 72716.

## NATURE OF THE ACTION

1. The action for Trade Secret, Civil code 3426-3426.1.  <u>Wal-Mart Stores Inc.</u>, shared confidential information via email to competitors of Stiles.

2. The action for patent infringement by <u>(American International Industries Inc., and Wal-Mart Stores Inc.)</u>, has infringed and may continue to infringe, contribute to the infringement of, and/or actively induce others to infringe both Domestic and International; US Patent No. D542,468 in United States and foreign country patents Federated Republic of Brazil (Republica Federativa do Brasil) Certificado de Registro de Desenho Industrial No. DI 6700151-3; Mexican Institute of Industrial Property (Instituto Mexicano de la Propiedad Industrial) /tutyki de /regustri /de /dusebo Ubdystruak Bi, 24665; Europe: Office for Harmonization in the Internal Market, Certificate of Registration No. 000650288-0001; Canadian Intellectual Property Office, Industrial Design Certificate of Registration No. 119003; U. S. Patent Pending No. 11/775,688. Both Defendants and 1-100 Does, organized imports into the United States, offers for sale, sells and/or other uses in the United States "shaving razor's".

## FACTUAL BACKGROUND

1. <u>Stiles is the inventor of the premier shaving application supplying razors with very narrow blade widths.</u> Stiles is addressing specialty-shaving needs not currently addressed by razor designs available on the market today. Stiles has innovative and proprietary razor designs which address the shaving needs of consumers for unique areas of the body such as eyebrows, scalp art, mustache, goatee, beard, sideburns, bikini, nose hair removal and any full body. The company's proprietary designs include the highest quality and ergonomically based razors with various narrow razor blade widths of less than 1 inch in size, increments of 1/8 of and inch. All razor blades and handles are ergonomically designed to address various hand sizes and areas to shave. As an example, a woman shaving the bikini line may require a 1" inch wide razor blade, on the other hand shaving ones eyebrow may use 1/8 of an inch width razors. A man needing to trim his goatee may require a 1/4 of an inch or larger width blade. While the avid triathlete (any athlete such as basketball players) desiring to shave a design on their scalp may require various widths. The specialty shaving market, which

requires narrow blades is highly fragmented. By comparison, every razor currently on the market is over 1 inch in width. This represents a significant opportunity.

2. <u>Unmet Special Needs for Shaving Consumers:</u> Unique shaving needs are growing. As strange as it may sound, we have yet to find a razor currently on the market with a blade width less than 1 inch and we cannot understand the reason. With the growing popularity of goatees, mustaches, sideburns, scalp art the male specialty-shaving segment has grown considerably. The female market includes the bikini and eyebrow segments as well as areas such as the upper lip.

3. <u>The Stiles Solution:</u> Narrow blade width. Detailed Shaving. The Stiles Razor collection addresses both the male and female specialty shaving markets. The narrower blade sizes and ergonomic handle allow for much greater precision for all areas of shaving. The customer is already using wide blades to shave these areas everyday; they simply need a narrow blade to achieve their needs correctly. This specialty market provides substantial growth for Stiles in the shaving industry.

## STILES' INTELLECTUAL PROPERTY:

1. After the first filing of a utility patent on 12/06/98 Stiles has aquired both Domestic and International; US Patent No. D542,468 in United States and foreign country patents Federated Republic of Brazil (Republica Federativa do Brasil) Certificado de Registro de Desenho Industrial No. DI 6700151-3; Mexican Institute of Industrial Property (Instituto Mexicano de la Propiedad Industrial) /tutyki de /regustri /de / dusebo Ubdystruak Bi, 24665; Europe: Office for Harmonization in the Internal Market, Certificate of Registration No. 000650288-0001; Canadian Intellectual Property Office, Industrial Design Certificate of Registration No. 119003; U. S. Patent Pending No. 11/775,688.




3

## FIRST CAUSE OF ACTION

## AGAINST WAL-MART STORES INC.

## TRADE SECRET LAW 3426-3426.1.

1. Stiles alleges that Defendant Wal-Mart Stores Inc., does 1-100 shared confidential information via electronic email to competitors of Stiles to impede growth in turn Stiles' IP.

2. As a result of Wal-Mart Stores Inc., does 1-100 unlawful Missapropriation of Trade Secrets, Stiles has suffered and will continue to suffer damage. Stiles is entitled to recover from the Defendant and Does 1-100 the damages suffered by Stiles as a result of its unlawful acts.

3. On information and belief, Wal-Mart Stores Inc., does 1-100 intends to continue its unlawful infringing activity, and Stiles continues to and will continue to suffer irreparably harm - for which there is no adequate remedy at law - from such unlawful infringing activities unless this Court enjoins Defendants from further infringing activities.


## SECOND CAUSE OF ACTION

## AGAINST WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES INC.

## DESIGN PATENT INFRINGEMENT 35 USC 271,281-285,289

1. Upon information and belief, in violation of 35 U.S.C. 271, Defendants Wal-Mart StoresInc., American International Industries Inc. have been directly infringing, contributing to the infringement of, and/or inducing others to infringe the US Patent No. D542,468 by making, using, selling, and/or offering to sell in the United States, or importing into the United States, products or processes that practice the inventions claimed in the Patent No. D542,468 and patent pending Pending No. 11/775,688, including without limitation, ARDEL RAZOR and the SALON PERFECT MICRO RAZOR.

2. As a result of Defendants unlawful infringement of the Patent No. D542,468, Stiles has suffered and will continue to suffer damage. Stiles is entitled to recover from Defendats the damages suffered by Stiles as a result of its unlawful acts.

3. On information and belief, Defendants intends to continue its unlawful infringing activity, and Stiles continues to and will continue to suffer irreparably harm - for which there is no adequate remedy at law - from such unlawful infringing activities unless this Court enjoins Defendants from further infringing activities.

4

## PRODUCTS FROM AMERICAN INTERNATIONAL INDUSTRIES INC.

### 1st PRODUCT: ARDEL RAZOR



### MADE EXCLUSIVELY FOR WALMART

### 2nd SALON PERFECT CONTAINING ARDEL RAZOR

### 3rd THE SALON PERFECT MICRO RAZORS




## ARE THE SALON PERFECT MICRO RAZOR MADE IN THE USA?

# Walmart

## Salon Perfect Micro Razors, 3 count

**Assembled Country of Origin:** USA

**Components Country of Origin:** USA

**Warranty Length:**

**Supplier Warranty:**

## THIS IDENTICAL SALON PERFECT MICRO RAZOR IS FOR SALE ONLINE CHINA WHOLESALE CLAIMING TO BE MANUFACTURED BY

## STILES RAZOR



### Mini Eye Brow Razor

Manufacturer of Mini Eyebrow Razor
Stiles Eyebrow Razor Manufacturer

More details





## Theory

Stiles believes: Wal-Mart Stores had aquired the intellectual property and Business plan from Dee Dee Priest, formerly a Safeway employee who was V. P. New Product Developement, whom Stiles met at Safeway in 1999, The meeting was successful and to proceed with developing the product for Safeway stores Inc. via shaving razor company or companies, Ms. Priest then shortly after Stiles meeting was provided a better potition that transfered her to Wal-Mart Stores Inc.

After Stiles was placed in Wal-Mart they manipulated Stiles for their gain.

The temperament coupled with the knowledge the public has regarding "why the same products owned by Conglomerates are available in every retail outlet in the world" is for one of two reasons:

- Monopoly
  OR
- They purchase the new innovation from the inventors.

From my experience, I have learned that inventors who present their inventions or ideas as I did have them stolen via monopoly. (I hope to see examples to the contrary, because this is sad for America). I seek justice. This is personal and should be. There is a choice between right and wrong. What Wal-Mart chose is a malicious way to destroy what will menace their domination, of which Stiles' Intellectual Property is a part. One or more could have easily followed the law to succeed if they worked for it like I did, such as: offer to purchase Stiles' Intellectual Property and bolster it themselves or simply invented it; but instead they chose to destroy Stiles the owner of the Intellectual Property and shared it amongst themselves for their benefit. In itself, this creates the argument for the USPTO to reject all claims in Stiles' efforts in Patent application regarding Stiles' IP, also "by placing similar products in store to create the **obvious** and **non-novel** argument that is being argued by the Patent Examiner by Stiles. One must present a **non-obvious** and **novel** invention that works to obtain a patent; which was being proven until Defendants & DOES 1-100 dialed up to Stiles' innovations while impeded Stiles. This proves all or none for them to stay in the game (competitors working together for Wal-Mart. This type of behavior allows Wal-Mart complete control over new innovation around the world, they will decide who supplies it to them and then the world for their partners to stay in stores. My guess Wal-Mart has it's strategy ready to produce the Stiles Patent Pending Product Line for Wal-Mart as soon as Stiles is completely destroyed. A level playing field is what is required in the United States of America for a new competition. Stiles' remedy is for justice to allow her to prove her case.

Attached is exhibits:

(1) Affidavit of conversation with Terie Cooper from American International Insustries. (This conversation provided the discovery of proof for this complaint).

7

## DAMAGES

That Stiles be granted in the following these pre-judgment damages caused by reason from defendants of intending to break Stiles financially and has been successful at it, so much That Stiles is not able to hire an attorney nor bolster IP, pay medical treatments needed, pay mortgage, pay auto. This is relief that can be granted by the court imediately; this court may order the witness (Terrie Cooper) from American International Industries Inc. to be placed under oath and she will confirm most of the actions if not all.

1. American International Industries Inc. to pay Plaintiff treble damages consisting of their eyebrow shaving and shaping product sales combined. Knowing that they colluded with Wal-Mart this is the least they should pay. Seeking no other damages if granted before answer of complaint.

2. Wal-Mart to imediately pay Stiles for the false deductions made from the remittance from retail link.

3. Wal-Mart to imediately withdraw the colletions agency from Stiles.

4. Wal-Mart to imediately reimburse the returned product that was damaged.

## PRAYER FOR RELIEF:

WHEREFORE, Stiles prays for the following relief: Remedies:

As though fully set forth herein. If a court finds that a Wal-Mart has misappropriated a plaintiff's trade secret(s), it may impose the following remedies:

1. Damages: A court can make Wal-Mart pay money damages to the plaintiff for the economic harm suffered as a result of a trade secret violation. This may include the plaintiff's losses resulting from the misappropriation and the defendant's profits derived from it. If the court determines that the defendant acted willfully or maliciously, it may award the plaintiff punitive damages in an amount up to twice its actual damages Cal Civ. Code  3426.3.

2. That Wal-Mart be declared to have infringed, induced others to infring and/or comitted acts of contributory infringement with respect to the claims of the patents-insuit & emotional harm as alleged above.

3. That Wal-Mart and its officers, agents, servants, employees, and all those persons acting or attempting to act in active concert or in participation wi them or acting on their behalf be immediately, preliminarily and permanently enjoined from further infringement of the patents-in-suit.

4. That Wal-Mart be ordered to account for and pay to Stiles all damages caused to Stiles by reason of Defendants infringement of the patents-in-suit pursuant to 35 u.s.c. 284.

5. That Wal-Mart be ordered to pay treble damages for willful infringement of each of the patents, future loss, lost sales due to misappropriation of trade secret.

6. That Wal-Mart be ordered to pay all cost associated with this action; and that Stiles be granted such other and addistional relief as the Court deems just and proper.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that Stiles be granted in the following these pre-judgment damages-Mart Stores Inc., and American International Industries, Inc., and that Defendants be tried for these alligations.

Executed this 23ʰ day of September, 2014

*Sharidan L Stiles*
Sharidan Stiles

9

2:14- CV  2 2 3 4 GEB CMK PS

Exhibit 1

Affidavit

On August 19, 2014 A woman that introduced herself as Teri Cooper from American International Industries Inc. (AII), sometimes they use the word for their company (American) contacted me Sharidan Stiles to obtain a settlement. Below are some of the points in the conversation that lasted over 30 minutes.

1. Teri told me that she (AII) was not aware that Stiles' eyebrow razor had a patent, and apologized for copying my Razor with the Salon Perfect Micro Razor.

1. Teri told me that Wal-Mart handed her a razor without the packaging that has the patent number on it then Wal-Mart instructed her (AII) to produce it for Wal-mart as the new the (Salon Perfect Micro Razor)?

2. Teri told me that Mr. Mark Kremer is her in house attorney and not Wal-Mart's attorney so he cannot discuss settlement regarding Wal-Mart with Stiles?

3. Teri told me that Mr. Mark Kremer is her in house attorney and will discuss or settle with Stiles what ever she wants him to do regarding a settlement.

4. Teri said that Coty stole a patent from her self personally so she knows how I must feel?

5. Teri said this is how it works with Wal-Mart.

6. Teri asked me "Don't you want to move on with your life and save your business so you won't get blacklisted"? Then I replied, "I already am".

7. Teri said that American International Industries has lost a lot of products this year with Wal-Mart?

8. Teri complimented me on my invention of the eyebrow razor?

I Sharidan certify under penalty of perjury under the laws of the State of California that the foregoing is true.


Executed this 17th day of September, 2014


Sharidan Stiles

*[signature]*

2

# ACKNOWLEDGMENT

State of California
County of __Shasta__ )

On __September 18, 2014__ before me, __Tara Blum, Notary Public__
(insert name and title of the officer)

personally appeared __Sheridan Lorraine Stiles__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Tara Blu__     (Seal)

TARA BLUM
COMM. NO. 1976451
NOTARY PUBLIC - CALIFORNIA
SHASTA COUNTY
MY COMMISSION EXPIRES
APRIL 27, 2016