1

2

3

4

5

6

7

8   **IN THE UNITED STATES DISTRICT COURT**

9   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SHARIDAN STILES,                    No. 2:14-CV-2234-GEB-CMK

12          Plaintiff,

13      vs.                             <u>ORDER</u>

14  WAL-MART STORES, INC., et al.,

15          Defendants.

16  _____/

17          Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18  court is plaintiff's request (Doc. 5) for permission to file documents in this case electronically.

19  Good cause appearing therefor, the request will be granted.  <u>See</u> Local Rule 133(b)(2).  Good

20  cause also appearing therefor, the initial status/scheduling conference set for February 4, 2015,

21  will be continued to March 4, 2015, at 10:00 a.m. before the undersigned in Redding, California.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    Plaintiff's request (Doc. 5) to file documents in this case electronically is

3    granted;

4        2.    The Clerk of the Court shall contact plaintiff in order to facilitate

5    plaintiff's participation in the court's electronic filing system; and

6        3.    The initial status/scheduling conference in this matter is continued to

7    March 4, 2015, at 10:00 a.m. before the undersigned in Redding, California.

8

9    DATED:  January 28, 2015

10

11                                        CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2