Sharidan Stiles
2570 Harlan Drive
Redding, CA 96001
(530) 339-1933

*Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, | CASE NO.: 2:14-cv-2234-GEB-CMK-PS |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| v. | |
| WALMART-STORES, INC.; AMERICAN INDUSTRIES INTERNATIONAL, INC., and DOES 1-100, | |
| Defendants. | |
| _____ | |

   Plaintiff Sharidan Stiles hereby submits the following Status Report pursuant to the Court's Order Setting Status Conference, dated September 26, 2014, and the Court's Order dated January 28, 2015, resetting the status conference for March 4, 2015.

   **A. Service of Process:** Both Defendants have been served. A stipulation was filed by Defendants on February 6, 2015, requesting an extension of time to respond to the Complaint. No order has been entered yet granting that request.

   **B. Possible Joinder of Additional Parties:** Plaintiff intends to amend the complaint to allege additional causes of action, including claims for antitrust violations and Lanham Act violations by Defendants. Additional parties may be added when the complaint is amended.

   **C. Any Expected or Desired Amendment of the Pleadings:** *See* Section (B) above.

   **D. Jurisdiction and Venue:** This Court has jurisdiction under federal question

jurisdiction outlined in 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) as to the claim for Patent infringement.  This Court has supplemental jurisdiction over the remaining cause of action.  Venue is appropriate in the Eastern District of California as outlined in 28 U.S.C. §§1391 and 1400(b).

**E. Anticipated Motions and the Scheduling Thereof:**  Plaintiff intends to file an Amended Complaint.  At this point, it is unclear to Plaintiff whether Defendants intend to answer the complaint or file a motion to dismiss.

**F. Proposed Discovery Plan Developed Pursuant to Fed. R. Civ. P. 26(f):**  Plaintiff proposes that initial disclosures be conducted on or before 30 days after the filing of Plaintiffs' Amended Complaint.

**G. The Potential for Settlement and Specific Recommendations for Settlement Procedures and Timing, Including Whether a Settlement Conference Should be Scheduled, and if so, When and whether referral to the Court's Voluntary Dispute Resolution Program is appropriate:**

Plaintiff is willing to engage in settlement discussions and has no objection to participating in the Court's Voluntary Dispute Resolution Program.  Plaintiffs' position with regard to the timing of a Settlement Conference is dependent upon the schedule ordered by the Court.

**H. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial:**

Plaintiff requests that trial be scheduled in March or April of 2016, or at the convenience of the Court and the Defendants.  Plaintiff requests discovery cutoff of November 2, 2015, for non-expert discovery and December 2, 2015, for expert discovery.  Plaintiff requests a Pre-Trial Conference approximately three months prior to the trial date or at the convenience of the Court and a Settlement Conference at the convenience of the Court, approximately 60 days prior to trial.

**I. Modification of standard pretrial procedures specified by the rules due to the**

**relative simplicity or complexity of the action or proceedings:**

At this point in the proceedings, Plaintiff does not request modification of any standard pretrial procedures.

**J. Whether the case is related to any other case, including matters in bankruptcy:**

Plaintiff does not believe this case is related to any other case.

**K. Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving any disqualifications by virtue of him so acting, or whether they prefer to have a Settlement Conference before another judge.**

Plaintiff prefers to have Settlement Conference before another judge.

**L. Any other matters that may add to the just and expeditious disposition**

Plaintiff does not have any other matters to add at this time.

Respectfully submitted:

DATED:  February 25, 2015          */s/ Sharidan Stiles*
                                   Sharidan Stiles

                                   *Plaintiff Pro Se*