IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:14-CV-2234-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, who is proceeding pro se, brings this civil action.  In light of the stipulated extension of time to March 11, 2015, for defendants to respond to plaintiff's complaint, the court hereby continues the initial status/scheduling conference in this case to April 22, 2015, at 10:00 a.m., in Redding, California.

     IT IS SO ORDERED.

DATED: March 3, 2015

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1