IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:14-CV-2234-GEB-CMK |
|     Plaintiff, | |
|     vs. | <u>ORDER</u> |
| WAL-MART STORES, INC., et al., | |
|     Defendants. | |
| _____ / | |

      Plaintiff, who is proceeding pro se, brings this civil action. Due to a conflict in the court's calendar, the hearing on defendants' pending motions (Docs. 11 and 12), currently set for April 8, 2015, at 10:00 a.m., is continued to April 22, 2015, at 10:00 a.m., before the undersigned in Redding, California. The initial status/scheduling conference in this matter, set for April 22, 2015, is vacated pending resolution of defendants' motions.

      IT IS SO ORDERED.

DATED: March 16, 2015

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE