1  Mark D. Kremer (SB# 100978)
    *m.kremer@conklelaw.com*
2  Zachary Page (SB# 293885)
    *z.page@conklelaw.com*
3  CONKLE, KREMER & ENGEL
   Professional Law Corporation
4  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California  90403-2351
5  Phone: (310) 998-9100 • Fax: (310) 998-9109

6  Attorneys for Wal-Mart Stores, Inc. and
   American International Industries

7

8                    UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | SHARIDAN STILES, Individual,          | CASE No. CV14-02234-GEB-CMK

12 |              Plaintiff,                | ORDER GRANTING
   |                                        | **STIPULATION FOR EXTENSION
   |      v.                                | OF TIME FOR DEFENDANTS
13 |                                        | WAL-MART STORES, INC. AND
   | WAL-MART STORES, Inc.;                 | AMERICAN INTERNATIONAL
14 | AMERICAN                               | INDUSTRIES TO RESPOND TO
   | INTERNATIONAL INDUSTRIES,              | FIRST AMENDED COMPLAINT
15 | Inc., and                              | BY NOT MORE THAN 14 DAYS**
   | DOES 1-100,                            |
16 |                                        | **[L.R. 144]**
   |              Defendants.               |
17

18

19

20

21

22

23

24

25

26

27

28
   0067.241\9982

# ORDER

Upon consideration of the Stipulation of the Parties submitted in this matter, by Plaintiff, Sharidan Stiles and Defendants American International Industries and Wal-Mart Stores, Inc. that Defendants may have an extension of time to respond to the First Amended Complaint by fourteen (14) days, up to and including April 27, 2015, or such further time as may be allowed;

It is hereby Ordered that the response of Defendants American International Industries and Wal-Mart Stores, Inc. to the First Amended Complaint shall be filed on or before April 27, 2015

Dated:  April 14, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS WAL-MART STORES, INC. AND AMERICAN INTERNATIONAL INDUSTRIES TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 14 DAYS