Sharidan Stiles
2570 Harlan Drive
Redding, CA 9600 I
Telephone (530) 339-1933

*Plaintiff In Propria Persona*

Mark D. Kremer (SB# 100978)
  *m.kremer@conklelaw.com*
Zachary Page (SB# 293885)
  *z.page@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

*Attorneys for Wal-Mart Stores, Inc. and
American International Industries*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHARIDAN STILES, Individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, Inc.; AMERICAN INTERNATIONAL INDUSTRIES, Inc., and DOES 1-100,<br><br>Defendants. | CASE No. CV14-02234-GEB-CMK-PS<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |

1  WHEREAS, Defendants Wal-Mart, Stores, Inc. and American International
2  Industries ("Defendants") filed a Motion to Dismiss Plaintiff's First Amended
3  Complaint on April 27, 2015;

WHEREAS, the Motion was served on Plaintiff Sharidan Stiles on or around April 27, 2105, and pursuant to Local Rule 230, Plaintiff has only 14 days to respond to it;

WHEREAS, Plaintiff has a number of previously scheduled personal commitments, which will require additional time to file an opposition;

WHEREAS, the parties have expressed their mutual interest in exploring settlement and desire time to hold a mediation if possible before the hearing on this Motion and modifying the briefing schedule and moving the hearing date will allow time for that conference to take place; and

WHEREAS, the Parties have agreed to enter into a Stipulation modifying the briefing schedule and hearing date as follows:

1. Plaintiffs' Opposition brief is due on or before May 27, 2015;

2. Defendants' Reply brief is due on or before June 10, 2015; and

3. The hearing on Defendants' Motion to Dismiss shall be held on June 24, 2015, at 10:00 a.m. before Magistrate Judge Kellison.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between Plaintiff, in *propria persona*, and Defendants American International Industries and Wal-Mart Stores, Inc., through their counsel, that Plaintiffs shall serve and file an Opposition

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE AND HEARING DATE ON MOTION TO DISMISS
-1-

to the Motion to Dismiss on or before May 27, 2015, Defendants shall serve and file a Reply brief on or before June 10, 2015; and that the hearing on the Motion to Dismiss shall be held on June 24, 2015, at 10:00 a.m. before Magistrate Judge Kellison.

                                                    Sharidan Stiles

Dated:  May 1, 2015

                                      By:  */s/ Sharidan Stiles*
                                            Sharidan Stiles – In Propria Persona

                                            Mark D. Kremer
Dated:  May 14, 2015                 Zachary Page, members of
                                            CONKLE, KREMER & ENGEL
                                            Professional Law Corporation

                                      By:  */s/ Mark Kremer*
                                            Mark Kremer
                                            *Attorneys for Wal-Mart Stores, Inc. and American International Industries*

1 **IT IS SO ORDERED.**

3 Dated: May 14, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE