Sharidan Stiles
2570 Harlan Drive
Redding, CA  96001
(530) 339-1933

*Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES., and DOES 1-100,<br><br>　　　　　Defendants.<br>_____ | CASE NO.:<br><br>2:14-cv-2234-GEB-CMK-PS<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT, DECLARATION IN SUPPORT THEREOF; ORDER THEREON** |

## APPLICATION

　　Plaintiff Sharidan Stiles ("Stiles") hereby applies for an order allowing Stiles to exceed the page limit for a memorandum of points and authorities in support of the Opposition to Motion to Dismiss First Amended Complaint.

　　Stiles respectfully submits that good cause exists to allow her to exceed the twenty (25) page limitation because the nature of the motion to dismiss, involving both federal claims and state claims, the 25-page length of the moving brief and accompanying request for judicial notice render it impossible to address the issues raised by Defendants' motion within the page limitation.  Despite a good faith effort by Plaintiff to comply with the page limitation, it was impossible to do so while sufficiently addressing all the necessary issues in 25 pages.  Based

upon the foregoing, Plaintiff submits that good cause exists, and thus, the Court should grant this Application.

                                                Respectfully submitted:

Dated:  May 25, 2015                    */s/ Sharidan Stiles*
                                                Sharidan Stiles
                                                2570 Harlan Drive
                                                Redding, CA  96001
                                                (530) 339-1933

                                                *Plaintiff Pro Se*

## **DECLARATION OF SHARIDAN STILES**

I, Sharidan Stiles, declare:

1.     I am the plaintiff in this action and I am the owner and inventor of the Stiles Razor.

2.     The Memorandum in Support of the Motion to Dismiss is twenty-five pages (25), involving both federal and state claims, and in addition, Defendants' filed a Request for Judicial Notice in support.  Plaintiff has attempted in good faith to address the issues raised by Defendants' Motion within the page limitation provided.  Sufficiently addressing the motion and request for judicial notice, Plaintiff anticipates filing an Opposition to the Motion to Dismiss that is approximately thirty (30) pages.

3.     Accordingly, I respectfully request leave to exceed the page limitation.

I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct and if called to testify as a witness in this matter I can and will testify competently as to the matters of fact contained herein based upon my personal knowledge.  Executed this 25th day of May, 2015, at Redding, California.


                                                         */s/ Sharidan Stiles*
                                                         Sharidan Stiles

                                                         *Plaintiff In Pro Se*

## ORDER

Proof of good cause having been made to the satisfaction of the Court that the application sought for Plaintiff to exceed the page limit for a memorandum of points and authorities in support of their Opposition to the Motion to Dismiss the First Amended Complaint should be granted, IT IS SO ORDERED that the application be, and hereby is, GRANTED.  Plaintiff may file points and authorities not to exceed thirty (30) pages in length.

**IT IS SO ORDERED.**

Dated:  May 28, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE