IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:14-CV-2234-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's application (Doc. 34) to continue the hearing on defendants' motion to dismiss, currently set for June 24, 2015, at 10:00 a.m. before the undersigned in Redding, California. Good cause not appearing therefor, the request is denied.

IT IS SO ORDERED.

DATED: June 23, 2015

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1