Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC, *et al.*,<br><br>Defendants. | **CASE NO.:**<br><br>**2:14-cv-2234-GEB-CMK-PS**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Sharidan Stiles ("Plaintiff" or "Stiles") and Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries ("AII," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on February 22, 2016, this Court entered an Order Adopting the Findings and Recommendations of Magistrate Judge Kellison filed on September 2, 2015, in full;

**WHEREAS**, pursuant to the February 22, 2016, Order, this Court granted Plaintiff leave to amend the Complaint "within 30 days of the date of [the] order" which would be due on or before March 23, 2016.

**WHEREAS**, Plaintiff, who was previously represented *in pro per*, has now retained counsel, Joseph M. Alioto of the Alioto Law Firm, who entered his appearance in this case on March 11, 2016 (Dkt. Nos. 46 and 47);

**WHEREAS**, in light of Plaintiff's recent retention of new counsel, Plaintiff believes additional time is required to file an amended complaint;

**AND WHEREAS**, Plaintiff and Defendants have conferred and agreed that, subject to the Court's approval, the deadline for filing Plaintiff's Second Amended Complaint is extended to on or before April 21, 2016.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. The deadline for filing the Second Amended Complaint is extended to on or before April 21, 2016.

Dated:  March 14, 2016 　　　　　　　　**ALIOTO LAW FIRM**

　　　　　　　　　　　　　　　　　　/s/ *Jamie L. Miller*
　　　　　　　　　　　　　　　　　　Jamie L. Miller (SBN 271452)
　　　　　　　　　　　　　　　　　　Joseph M. Alioto (SBN 42680)
　　　　　　　　　　　　　　　　　　ALIOTO LAW FIRM
　　　　　　　　　　　　　　　　　　One Sansome Street, 35th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　Telephone:  415-434-8900
　　　　　　　　　　　　　　　　　　Facsimile:  415-434-9200
　　　　　　　　　　　　　　　　　　Email: jmiller@aliotolaw.com
　　　　　　　　　　　　　　　　　　Email:  jmalioto@aliotolaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Sharidan Stiles*

Dated:  March 14, 2016 　　　　　　　　**CONKLE, KREMER, & ENGLE,**
　　　　　　　　　　　　　　　　　　**PROFESSIONAL LAW CORPORATION**

　　　　　　　　　　　　　　　　　　*/s/ Mark D. Kremer*
　　　　　　　　　　　　　　　　　　Mark David Kremer
　　　　　　　　　　　　　　　　　　Zachary Page
　　　　　　　　　　　　　　　　　　Conkle & Olesten, Professional Law
　　　　　　　　　　　　　　　　　　Corporation
　　　　　　　　　　　　　　　　　　3130 Wilshire Blvd., Suite 500
　　　　　　　　　　　　　　　　　　Santa Monica, CA 90403
　　　　　　　　　　　　　　　　　　(310) 998-9100 x105
　　　　　　　　　　　　　　　　　　Fax: (310) 998-9109
　　　　　　　　　　　　　　　　　　Email: m.kremer@conklelaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Wal-Mart Stores, Inc.*
　　　　　　　　　　　　　　　　　　*and American International Industries*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  March 15, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Stipulation and [Proposed] Order to Extend Deadline to File Second Amended Complaint*