IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, | No. 2:14-CV-2234-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

     Plaintiff, who is proceeding with retained counsel, brings this civil action. At the time the action was filed, plaintiff was proceeding pro se and the matter was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). Because plaintiff is now represented by counsel, the matter is referred back to the assigned District Judge. See id.

     IT IS SO ORDERED.

DATED: May 18, 2016

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE