UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>            Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.; and AMERICAN INTERNATIONAL INDUSTRIES, INC.,<br><br>            Defendants. | No. 2:14-cv-02234-GEB-CMK<br><br>**ORDER** |

Since this action no longer involves a pro se party, (ECF No. 52), and due to the undersigned judge's caseload consisting of primarily criminal cases and other category of cases, the Clerk of the Court shall randomly reassign this case and make the appropriate adjustments.

Dated:  May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1