Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email:  jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, an individual, | CASE NO.: |
| Plaintiff, | 2:14-cv-2234-MCE-CMK |
| v. | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE SECOND AMENDED COMPLAINT** |
| WAL-MART STORES, INC, *et al*., | |
| Defendants. | |

Plaintiff Sharidan Stiles ("Plaintiff" or "Stiles") and Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries ("AII," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on February 22, 2016, this Court entered an Order Adopting the Findings and Recommendations of Magistrate Judge Kellison filed on September 2, 2015, in full;

**WHEREAS**, pursuant to the February 22, 2016, Order, this Court granted Plaintiff

1

leave to amend the Complaint "within 30 days of the date of [the] order" which was due on or before March 23, 2016;

**WHEREAS**, Plaintiff, who was previously represented *in pro per*, retained counsel, Joseph M. Alioto of the Alioto Law Firm, who entered his appearance in this case on March 11, 2016 (Dkt. Nos. 46 and 47);

**WHEREAS**, after Plaintiffs' retention of counsel, the parties stipulated and the Court ordered the time extended for Plaintiff to file a Second Amended Complaint to on or before April 21, 2016, and then later to May 20, 2016;

**AND WHEREAS**, counsel for Plaintiffs has experienced some travel delays this week, and counsel for Plaintiff and Defendants have conferred and agreed that, subject to the Court's approval, the deadline for filing Plaintiff's Second Amended Complaint is extended to on or before May 23, 2016.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE:**

1. The deadline for filing the Second Amended Complaint is extended to on or before May 23, 2016.

Dated:  May 20, 2016                           **ALIOTO LAW FIRM**

*/s Jamie L. Miller*
Jamie L. Miller (SBN 271452)
Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email:  jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorney for Plaintiff Sharidan Stiles*

Dated:  May 20, 2016

**CONKLE, KREMER & ENGEL, PROFESSIONAL LAW CORPORATION**

*/s/ Mark D. Kremer*
Mark David Kremer
Zachary Page
Conkle, Kremer & Engel, Professional Law Corporation
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
(310) 998-9100 x105
Fax: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant Wal-Mart Stores, Inc. and American International Industries*

### ORDER

Pursuant to the foregoing stipulation and good cause appearing, the deadline for filing the Second Amended Complaint is extended to on or before May 23, 2016.

IT IS SO ORDERED.

Dated:  May 26, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE