UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHARIDAN STILES, Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, Inc.;<br>AMERICAN INTERNATIONAL INDUSTRIES, Inc., and<br>DOES 1-100,<br><br>　　　　　Defendants. | CASE No. CV14-02234-MCE-CMK<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties (ECF No. 58), and good cause appearing, Defendants Wal-Mart Stores, Inc. and American International Industries' deadline for responding to Plaintiff Sharidan Stiles' Second Amended Complaint shall be extended from June 9, 2016 to and including July 8, 2016.

IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

0067.241\9963
[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT