UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHARIDAN STILES, Individual,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES, Inc.;<br>AMERICAN INTERNATIONAL INDUSTRIES, Inc., and DOES 1-100,<br><br>  Defendants. | CASE No. CV14-02234-MCE-CMK<br><br>**ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Honorable Morrison C. England, Jr., Judge Presiding<br><br>Complaint Filed: March 30, 2016<br>SAC Filed:   May 23, 2016<br><br>Current Response Due: July 8, 2016<br>New Response Date: August 8, 2016 |

Pursuant to the stipulation of the parties (ECF No. 61), and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants Wal-Mart Stores, Inc. and American International Industries' deadline for responding to Plaintiff Sharidan Stiles' Second Amended Complaint shall be extended from July 8, 2016 to and including August 8, 2016.

IT IS SO ORDERED.

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

0067.241\9959