Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email:  jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC, *et al.*, <br><br> Defendants. | **CASE NO.:** <br><br> **2:14-cv-2234-MCE-CMK** <br><br> **STIPULATION AND ORDER RE: BRIEFING SCHEDULING ON DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE HEARING DATE** |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiff" or "Stiles") and Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries ("AI," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on August 8, 2016, Defendants filed Motions to Dismiss the Second Amended Complaint, (Dkt. Nos. 64 and 65);

**WHEREAS**, the deadline for filing oppositions to Defendants Motions is on or before August 25, 2016; and

**WHEREAS**, the hearing on Defendants' Motions to Dismiss is set for September 8,

1

2016;

**AND WHEREAS**, in light previously scheduled travel and conflicts in other matters, Plaintiff and Defendants have conferred and agreed to modify the briefing schedule and to continue the hearing date on Defendants' Motions to Dismiss to November 3, 2016, at 2:00 p.m.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. The deadline for filing the Oppositions to Defendants' Motions to Dismiss is extended to on or before September 6, 2016;

2. Defendants' deadline for filing any Reply Briefs is extended to on or before October 10, 2016; and

3. The hearing date for Defendants' Motions to Dismiss shall be continued to November 3, 2016, at 2:00 p.m. in Courtroom 7.

Dated:  August 22, 2016                **ALIOTO LAW FIRM**

*/s Jamie L. Miller*
Jamie L. Miller (SBN 271452)
Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorney for Plaintiff Sharidan Stiles*

Dated:  August 22, 2016                **SHEPPARD MULIN RICHTER & HAMPTON, LLP**

*/s/ Laura L. Chapman*
Laura L. Chapman

2

Sheppard Mulin Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  lchapman@sheppardmulin.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated:  August 22, 2016

**CONKLE, KREMER & ENGEL,
PROFESSIONAL LAW CORPORATION**

*/s/ Mark David Kremer*
Mark David Kremer
Conkle, Kremer & Engel, Professional Law Corporation
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
(310) 998-9100 x105
Fax: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

### ORDER

Pursuant to the foregoing stipulation (ECF No. 66) and good cause appearing, the deadline for Plaintiffs to file their oppositions to Defendants' Motions to Dismiss is extended to on or before September 6, 2016.  Defendants' deadline for filing any Reply Briefs is extended to on or before October 10, 2016.  The hearing date for Defendants' Motions to Dismiss shall be continued to November 3, 2016, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  September 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE