Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHARIDAN STILES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WAL-MART STORES, INC, *et al*.,<br><br>　　　　　　　Defendants. | No.  2:14-cv-2234-MCE-CMK<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DEFENDANTS' SECOND MOTION TO DISMISS AND PLAINTIFFS' MOTION TO STRIKE AND TO CONTINUE HEARING DATE** |

1

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiff" or "Stiles") and Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries ("AI," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on October 6, 2016, Defendants filed a Second Motion to Dismiss Claims Three and Four in Plaintiffs' Second Amended Complaint, (Dkt. No. 71);

**WHEREAS**, on October 10, 2016, Plaintiffs filed a Motion to Strike Defendants' Second Motion to Dismiss and an *Ex Parte* Application to Shorten the Time on the Motion to Strike (Dkt. Nos. 75 and 76); and

**WHEREAS**, the Court issued an order continuing the hearing date on all pending Motions to November 17, 2016, and set the deadline for Plaintiffs' response to the Second Motion to Dismiss to on or before November 3, 2016, and stated that, "should plaintiff require additional time beyond 11/03/16, the Court anticipates that the parties will be able to stipulate to an additional extension" (Dkt. No. 78.); and

**AND WHEREAS**, in light of Plaintiffs' counsel's previously scheduled travel and conflicts in other matters, Plaintiffs' counsel has conferred with counsel for Defendants and the parties have agreed to modify the briefing schedule and to continue the hearing date on all pending motions, Defendants' Motions to Dismiss (Dkt. Nos. 64, 65, and 71) and Plaintiffs' Motion Strike (Dkt. No. 75), to December 1, 2016, at 2:00 p.m.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. Plaintiffs' deadline for filing the Opposition to Defendants' Second Motion to Dismiss is extended to on or before November 9, 2016, and Defendants' deadline for filing any Reply Brief is extended to on or before November 23, 2016; and

2. Defendants' deadline for filing the Opposition to Plaintiffs' Motion to Strike is extended to November 9, 2016, and Plaintiffs' deadline for filing any Reply Brief is extended to on or before November 23, 2016; and

3. The hearing dates for all pending motions, Defendants' Motions to Dismiss (Dkt. Nos. 64, 65, and 71) and Plaintiffs' Motion to Strike (Dkt. No. 75) shall be continued to December 1, 2016, at 2:00 p.m. in Courtroom 7.

Dated:  November 2, 2016            **ALIOTO LAW FIRM**

*/s Jamie L. Miller*
Jamie L. Miller (SBN 271452)
Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorney for Plaintiff Sharidan Stiles*

Dated:  November 2, 2016            **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

*/s/ Laura L. Chapman*
Laura L. Chapman
Sheppard Mullin Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  lchapman@sheppardmullin.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

//
//
//
//

3

*Stipulation and Order re:  Briefing Schedule on Motions and to Continue Hearing Date*

Dated:  November 2, 2016

**CONKLE, KREMER & ENGEL,
PROFESSIONAL LAW CORPORATION**

 */s/ Mark D. Kremer*
Mark David Kremer
Conkle, Kremer & Engel, Professional Law Corporation
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
(310) 998-9100 x105
Fax: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that hearings on Defendants' Motions to Dismiss (ECF Nos. 64, 65, and 71) and Plaintiffs' Motion to Strike (ECF No. 75) shall be continued to December 1, 2016, at 2:00 p.m. in Courtroom 7.  The Court further orders that all oppositions to those motions be filed on or before November 9, 2016, and all replies thereto be filed on or before November 23, 2016.

IT IS SO ORDERED.

Dated:  November 7, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Stipulation and Order re:  Briefing Schedule on Motions and to Continue Hearing Date*