1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5
   BIJAL V. VAKIL (SBN 192878)
6  bvakil@whitecase.com
   WHITE & CASE LLP
7  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
8  Palo Alto, CA 94306
   Telephone:  (650) 213-0300
9  Facsimile:  (650) 213-8158

10
11 Attorneys for Defendant
   WAL-MART STORES, INC.
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-2234-MCE-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS (DKT. NOS. 64, 65, 71, AND 72) AND PLAINTIFFS' MOTION TO STRIKE (DKT. NO. 75)** |

Americas 92246019

1  Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries
2  ("AII") (collectively, "Defendants") and plaintiffs Sharidan Stiles and Stiles 4 U, Inc.
3  (collectively, "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:
4  **WHEREAS**, on August 8, 2016, Walmart filed a motion to dismiss Plaintiffs' antitrust
5  claims alleged in the Second Amended Complaint ("Antitrust Motion to Dismiss") (Dkt. No. 64);
6  **WHEREAS**, on August 8, 2016, AII filed a motion to join the Antitrust Motion to Dismiss
7  and to dismiss Plaintiffs' Second Amended Complaint (Dkt. No. 65) ("AII Motion to Dismiss");
8  **WHEREAS**, the Antitrust Motion to Dismiss and the AII Motion to Dismiss are fully
9  briefed (Dkt. Nos. 64, 65, 69, 73, and 74);
10 **WHEREAS**, on October 6, 2016, Walmart filed a motion to dismiss Plaintiffs' Lanham
11 Act claims ("Lanham Act Motion to Dismiss") (Dkt. No. 71), which AII joined (Dkt. No. 72);
12 **WHEREAS**, on October 10, 2016, Plaintiffs filed a motion to strike the Lanham Act
13 Motion to Dismiss ("Motion to Strike") (Dkt. No. 75);
14 **WHEREAS**, on November 9, 2016, Walmart and Plaintiffs, respectively, filed oppositions
15 to the Lanham Act Motion to Dismiss and the Motion to Strike (Dkt. Nos. 83 and 84);
16 **WHEREAS**, in an Order dated November 7, 2016 (Dkt. No. 80), the Court ordered that
17 Walmart's reply in support of its Lanham Act Motion to Dismiss and Plaintiffs' reply in support
18 of their Motion to Strike are to be filed on or before November 23, 2016, and that the Antitrust
19 Motion to Dismiss, the AII Motion to Dismiss, the Lanham Act Motion to Dismiss, and the
20 Motion to Strike are to be heard by the Court on December 1, 2016;
21 **WHEREAS**, on November 22, 2016, Walmart substituted new counsel in place of its prior
22 counsel; and
23 **WHEREAS**, to allow time for Walmart's new counsel to prepare for the hearing on the
24 foregoing motions, they have conferred with counsel for Plaintiffs and AII, and the parties have
25 agreed, subject to the Court's approval, to continue, to January 12, 2017, the hearing on the
26 Defendants' Motions to Dismiss (Dkt. Nos. 64, 65, 71, and 72) and Plaintiffs' Motion to Strike
27 (Dkt. No. 75).
28

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

The hearing date for all pending motions, Defendants' Motions to Dismiss (Dkt. Nos. 64, 65, 71, and 72) and Plaintiffs' Motion to Strike (Dkt. No. 75), shall be continued from December 1, 2016, to January 12, 2017, at 2:00 p.m. in Courtroom 7.

Dated: November 23, 2016           WHITE & CASE LLP


                                   By:    */s/ Bryan A. Merryman*
                                          Bryan A. Merryman

                                   Attorneys for Defendant
                                   Wal-Mart Stores, Inc.


Dated: November 23, 2016           ALIOTO LAW FIRM



                                   By:    */s/ Jamie L. Miller*
                                          Jamie L. Miller

                                   Attorney for Plaintiffs
                                   Sharidan Stiles and Stiles 4U, Inc.


Dated: November 23, 2016           CONKLE, KREMER & ENGEL, PROFESSIONAL
                                   LAW CORPORATION



                                   By:    */s/ Mark David Kremer*
                                          Mark David Kremer

                                   Attorneys for Defendant
                                   American International Industries

Americas 92246019

-2-

STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS'
MOTIONS TO DISMISS (DKT. NOS. 64, 65, 71 AND 72) AND
PLAINTIFFS' MOTION TO STRIKE (DKT. NO. 75)

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that all pending motions—Defendants' Motions to Dismiss (Dkt. Nos. 64, 65, 71, and 72) and Plaintiffs' Motion to Strike (Dkt. No. 75)—shall be continued from December 1, 2016, to January 12, 2017, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: November 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Americas 92246019

-3-

STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS'
MOTIONS TO DISMISS (DKT. NOS. 64, 65, 71 AND 72) AND
PLAINTIFFS' MOTION TO STRIKE (DKT. NO. 75)