Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

SHARIDAN STILES, *et al.,*

        Plaintiffs,

        v.

WAL-MART STORES, INC, *et al.,*

        Defendants.

**CASE NO.:**

**2:14-cv-2234-MCE-CMK**

**STIPULATION AND ORDER EXTENDING THE TIME TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS**

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiff" or "Plaintiffs" or "Stiles") and Defendants Wal-Mart Stores, Inc. ("Walmart") and American International Industries ("AI," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on October 19, 2017, Plaintiffs filed a Third Amended Complaint (Dkt. No. 117);

**WHEREAS**, on November 2, 2017, Defendants filed Answers and Counterclaims to Plaintiffs' Third Amended Complaint (Dkt. Nos. 119 and 122);

**WHEREAS**, Plaintiffs' responses to Defendants' Answers and Counterclaims are currently due on or before November 24, 2017;

**AND WHEREAS**, in light of counsel for Plaintiffs' conflicts in other matters and previously scheduled holiday travel, the parties have agreed to extend the time to answer or otherwise respond to Defendants' Answers and Counterclaims to on or before December 1, 2017.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. Plaintiffs' deadline for answering or otherwise responding to Defendants' Answers and Counterclaims is extended to on or before December 1, 2017.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2017 | **ALIOTO LAW FIRM** |
| 2 | | */s/ Jamie L. Miller* |
| | | Jamie L. Miller (SBN 271452) |
| 3 | | Joseph M. Alioto (SBN 42680) |
| | | ALIOTO LAW FIRM |
| 4 | | One Sansome Street, 35th Floor |
| | | San Francisco, CA 94104 |
| 5 | | Telephone: 415-434-8900 |
| | | Facsimile: 415-434-9200 |
| 6 | | Email: jmiller@aliotolaw.com |
| | | Email: jmalioto@aliotolaw.com |
| 7 | | |
| | | *Attorneys for Plaintiffs Sharidan Stiles and* |
| 8 | | *Stiles 4 U, Inc.* |
| 9 | | |
| 10 | Dated: November 13, 2017 | **WHITE & CASE LLP** |
| 11 | | */s/ Bryan A. Merryman* |
| | | Bryan A. Merryman |
| 12 | | WHITE & CASE LLP |
| | | 555 S. Flower Street, Suite 2700 |
| 13 | | Los Angeles, CA 90071-2433 |
| | | Telephone: (213) 620-7700 |
| 14 | | Facsimile: (213) 452-2329 |
| 15 | | |
| | | *Attorneys for Defendant Wal-Mart Stores, Inc.* |
| 16 | | |
| 17 | Dated: November 13, 2017 | **CONKLE, KREMER & ENGEL,** |
| 18 | | **PROFESSIONAL LAW CORPORATION** |
| 19 | | |
| 20 | | */s/ Zachary Page* |
| | | Zachary Page |
| 21 | | Conkle, Kremer & Engel, Professional Law |
| | | Corporation |
| 22 | | 3130 Wilshire Blvd., Suite 500 |
| | | Santa Monica, CA 90403 |
| 23 | | Telephone: 310-998-9100 x105 |
| | | Facsimile: 310-998-9109 |
| 24 | | Email: z.page@conklelaw.com |
| 25 | | |
| | | *Attorneys for Defendant American International* |
| 26 | | *Industries* |
| 27 | | |
| 28 | | |

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, Plaintiffs' deadline for answering or otherwise responding to Defendants' Answers and Counterclaims is extended to not later than December 1, 2017.

IT IS SO ORDERED.

Dated: November 21, 2017

                                          Troy L. Nunley
                                          United States District Judge