BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND ORDER**<br><br>Judge: The Honorable Morrison C. England, Jr. |

1     This stipulation relates to plaintiffs' counterclaim counts I-III in Plaintiffs and
2  Counterclaim-Defendants Stiles' Answer to Defendant and Counterclaim-Plaintiff American
3  International Industries' Counterclaims; and Counterclaims Against Walmart and American
4  International Industries (ECF No. 131) and counterclaim counts I-III in Plaintiffs and
5  Counterclaim-Defendants Stiles' Answer to Defendant and Counterclaim-Plaintiff Walmart's
6  Counterclaims; and Counterclaims Against Walmart and American International Industries (ECF
7  No. 132) (together, "Plaintiffs' Counterclaims").
8     The parties hereby stipulate that Plaintiffs' Counterclaims are hereby dismissed without
9  prejudice, and plaintiffs' time within which to file any counterclaims against defendants is hereby
10 extended to four business days following the Court's ruling on Plaintiffs' Motion for
11 Reconsideration (ECF No. 104).

Dated: December 19, 2017        WHITE & CASE LLP

                                By:    *s/ Catherine S. Simonsen*
                                       Catherine S. Simonsen

                                Attorneys for Defendant
                                WAL-MART STORES, INC.


Dated: December 19, 2017        CONKLE, KREMER & ENGEL

                                By:    *s/ Mark D. Kremer*
                                       Mark D. Kremer

                                Attorneys for Defendant
                                AMERICAN INTERNATIONAL
                                INDUSTRIES


Dated: December 19, 2017        ALIOTO LAW FIRM

                                By:    *s/ Joseph M. Alioto*
                                       Joseph M. Alioto

                                Attorneys for Plaintiffs
                                SHARIDAN STILES and STILES 4 U, INC.

AMERICAS 93992663

**ORDER**

It is hereby ordered that Plaintiffs' Counterclaims are DISMISSED without prejudice. Plaintiffs' time within which to file any counterclaims against Defendants is hereby extended to not later than four business days following the Court's ruling on Plaintiffs' Motion for Reconsideration.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE