1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  CATHERINE S. SIMONSEN (SBN 307325)
   catherine.simonsen@whitecase.com
3  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
4  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
5  Facsimile:  (213) 452-2329

6  BIJAL V. VAKIL (SBN 192878)
   bvakil@whitecase.com
7  WHITE & CASE LLP
   3000 El Camino Real
8  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
9  Telephone:  (650) 213-0300
   Facsimile:  (650) 213-8158

10 Attorneys for Defendant
11 WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND ORDER**<br><br>Judge:  The Honorable Morrison C. England, Jr. |

| | | |
|---|---|---|
| 1 | WHEREAS plaintiffs filed their fourth amended complaint on July 10, 2018; | |
| 2 | WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), defendants' response to the fourth amended complaint is currently due on July 24, 2018; | |

WHEREAS plaintiffs filed their fourth amended complaint on July 10, 2018;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), defendants' response to the fourth amended complaint is currently due on July 24, 2018;

WHEREAS defendants require additional time to prepare their response to the fourth amended complaint in light of their participation in discovery planning pursuant to the Court's June 20, 2018, order and in light of preexisting time commitments of defendants' counsel in other matters;

THEREFORE the parties hereby stipulate that the time for defendants to respond to the fourth amended complaint shall be extended by 17 days, from July 24, 2018, to and including August 10, 2018. The parties further stipulate that if defendants' response to the first and second claims for relief in plaintiffs' fourth amended complaint is a motion to dismiss those claims, defendants' responsive pleading with respect to those claims shall not be required to be filed and served until 14 days after notice of any denial of the motion to dismiss those claims or postponement of its disposition until trial by the Court.

Dated: July 18, 2018

WHITE & CASE LLP

By: *s/ Catherine S. Simonsen*
Catherine S. Simonsen

Attorneys for Defendant
WAL-MART STORES, INC.

Dated: July 18, 2018

CONKLE, KREMER & ENGEL

By: *s/ Mark D. Kremer*
Mark D. Kremer

Attorneys for Defendant
AMERICAN INTERNATIONAL INDUSTRIES

//
//
//
//

- 1 -

| | | |
|---|---|---|
| Dated: July 18, 2018 | | ALIOTO LAW FIRM |
| | | By: _s/ Jamie L. Miller_ |
| | | Jamie L. Miller |
| | | Attorneys for Plaintiffs |
| | | SHARIDAN STILES and STILES 4 U, INC. |

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the time for Defendants to respond to the Fourth Amended Complaint is hereby extended 17 days, from July 24, 2018, to and including **August 10, 2018**. Pursuant to Fed. R. Civ. Pro. 12, if Defendants' response to any cause of action consists of a motion to dismiss, a responsive pleading with respect to that/those cause(s) of action shall be filed and served fourteen (14) days after denial of those claims, if any.

IT IS SO ORDERED.

Dated: July 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I hereby certify that I am employed in Los Angeles County, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 S. Flower Street, Suite 2700, Los Angeles, CA 90071-2433.

On July 18, 2018, I served true and correct copies of the foregoing document(s) on each of the recipients listed below:

**STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Joseph M. Alioto<br>Jamie L. Miller<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Telephone: 415-434-8900<br>Email: jmiller@aliotolaw.com<br>Email: jmalioto@aliotolaw.com<br><br>Attorneys for Sharidan Stiles and Stiles 4 U, Inc. | Mark D. Kremer<br>Zachary Page<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California 90403-2351<br>Tel: (310) 998-9100<br>Email: m.kremer@conklelaw.com<br>Email: z.page@conklelaw.com<br><br>Attorneys for Wal-Mart Stores, Inc. and American International Industries |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on July 18, 2018, at Los Angeles, California.

                     */s/ Catherine S. Simonsen*
                     Catherine S. Simonsen