# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATED DISCOVERY SCHEDULE AND ORDER**<br><br>Judge: The Honorable Morrison C. England, Jr. |

WHEREAS, Plaintiffs filed the Fourth Amended Complaint in this case on July 10, 2018; and

WHEREAS, this Court's June 20, 2018, Order required the parties to confer ten (10) days after Plaintiff's deadline to file the Fourth Amended Complaint "regarding a timeline for discovery;" and

WHEREAS, the parties met and conferred on July 20, 2018, regarding a timeline for discovery and have agreed on a discovery schedule; and

THEREFORE, the Parties stipulate and agree, and request that the Court order, as follows:

| | |
|---|---|
| Rule 26(f) Conference | July 27, 2018 |
| File Discovery Plan | August 10, 2018 |
| Initial Disclosures | August 17, 2018 |
| Serve Initial Discovery--RFPs, ROGs, and RFAs | On or After August 17, 2018 |
| Close of Fact Discovery | July 10, 2019 |
| Disclosure of Expert Reports | September 9, 2019 |
| Supplemental Expert Reports | October 9, 2019 |
| Dispositive Motions | Within 150 days after the close of fact discovery |
| Joint Notice of Trial Readiness | Not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties will file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery, including statements of intent to forgo the filing of dispositive motions. |

Dated: August 3, 2018     WHITE & CASE LLP

By: */s/ Catherine S. Simonsen*
Catherine S. Simonsen

Attorneys for Defendant
WAL-MART STORES, INC.


Dated: August 3, 2018     CONKLE, KREMER & ENGEL

By: */s/ Mark D. Kremer*
Mark D. Kremer

Attorneys for Defendant
AMERICAN INTERNATIONAL
INDUSTRIES


Dated: August 3, 2018     ALIOTO LAW FIRM

By: */s/ Jamie L. Miller*
Jamie L. Miller

Attorneys for Plaintiffs
SHARIDAN STILES and STILES 4 U, INC.

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court ORDERS the following discovery-related deadlines.

| | |
|---|---|
| Rule 26(f) Conference | July 27, 2018 |
| File Discovery Plan | August 10, 2018 |
| Initial Disclosures | August 17, 2018 |
| Serve Initial Discovery--RFPs, ROGs, and RFAs | On or After August 17, 2018 |
| Close of Fact Discovery | July 10, 2019 |

| Disclosure of Expert Reports | September 9, 2019 |
| --- | --- |
| Supplemental Expert Reports | October 9, 2019 |
| Dispositive Motions | Within 150 days after the close of fact discovery |
| Joint Notice of Trial Readiness | Not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties will file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of discovery, including statements of intent to forgo the filing of dispositive motions. |

IT IS SO ORDERED.

Dated: August 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE