1 | BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
2 | CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
3 | WHITE & CASE LLP
555 S. Flower Street, Suite 2700
4 | Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
5 | Facsimile: (213) 452-2329

6 | BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
7 | WHITE & CASE LLP
3000 El Camino Real
8 | 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
9 | Telephone: (650) 213-0300
Facsimile: (650) 213-8158

10 |
11 | STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
12 | 1221 Avenue of the Americas, Floor 49
New York, New York 10020
13 | Telephone: (212) 819-8200
Facsimile: (212) 354-8113

14 |
15 | Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**JOINT STIPULATION AND ORDER TO REFLECT NAME CHANGE FROM WAL-MART STORES, INC. TO WALMART INC.**<br><br>Judge Morrison C. England |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the parties hereto, defendants Walmart Inc. and American International Industries and plaintiffs Sharidan Stiles, an individual, and Stiles 4 U, Inc., through their respective counsel of record, hereby stipulate as follows:

WHEREAS, counsel for Defendants have informed counsel for Plaintiffs that Defendant has changed its name from Wal-Mart Stores, Inc. to Walmart Inc.; and

WHEREAS the parties have agreed that, from this date forward, they shall refer to Defendant in this action as Walmart Inc., consistent with this name change, and that all documents filed and served previously in this action that reference Wal-Mart Stores, Inc. will be read and understood to refer to Walmart Inc., and that this name change does not affect any substantive issue in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Wal-Mart Stores, Inc. shall now be known as Walmart Inc. in this action and the caption of the case shall be:

SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,

    Plaintiffs,

v.

WALMART INC. f/k/a WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,

    Defendants.

Dated: September 6, 2018

WHITE & CASE LLP

By:    */s/ Bryan A. Merryman*
        Bryan A. Merryman

Attorneys for Defendant
Walmart Inc.

| | |
|---|---|
| Dated: September 6, 2018 | CONKLE, KREMER & ENGEL |
| | By:    */s/ Mark D. Kremer* |
| |           Mark D. Kremer |
| | Attorneys for Defendant<br>American International Industries |
| Dated: September 6, 2018 | ALIOTO LAW FIRM |
| | By:    */s/ Jamie L. Miller* |
| |           Jamie L. Miller |
| | Attorneys for Plaintiffs<br>Sharidan Stiles And Stiles 4 U, Inc. |

## **ORDER**

Pursuant to the stipulation of the parties, Wal-Mart Stores, Inc. shall now be known as Walmart Inc. in this action and the caption of the case shall be:

SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,

                Plaintiffs,

    v.

WALMART INC. f/k/a WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,

                Defendants.

This name change does not affect any substantive issue in this case.

    IT IS SO ORDERED.

Dated: September 6, 2018

                                                                             
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE