# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-MCE-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual and antitrust claims. On November 19, 2018, the court directed the parties to submit a <u>stipulated</u> proposed protective order absent an "attorney's eyes only" provision, pursuant to the court's ruling on plaintiff's discovery motion. On November 27, 2018, plaintiffs filed a proposed protective order (<u>see</u> Doc. 174). The proposed protective order, however, does not indicate whether defendants have stipulated to the provisions thereof as required by the court's November 19, 2018, order. Within five days of the date of this order, plaintiffs shall submit a <u>stipulated</u> proposed protective order, with signatures of all counsel approving as to form and content, or defendants shall file a notice indicating their assent to terms of the proposed protective order submitted by plaintiffs on November 27, 2018. The parties are cautioned that failure to

1

comply with this order may result in the imposition of appropriate sanctions in the court's discretion.

        IT IS SO ORDERED.

Dated: November 28, 2018

                                      DENNIS M. COTA  
                                      UNITED STATES MAGISTRATE JUDGE