BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
bvakil@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, New York 10020
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.  2:14-cv-02234-MCE-CMK<br><br>**NOTICE OF ASSENT RE PROPOSED PROTECTIVE ORDER**<br><br>Judge Morrison C. England, Jr.<br><br>Magistrate Judge Dennis M. Cota |

**PLEASE TAKE NOTICE THAT**, while defendants Walmart Inc. and American International Industries (collectively "Defendants") maintain that an "Attorneys' Eyes Only" designation is warranted for certain highly confidential documents and/or information that Defendants intend to produce, Defendants hereby assent to the filing of the Proposed Protective Order filed on November 27, 2018 (ECF No. 174) pursuant to the Court's November 19, 2018 Order (ECF No. 172).

Dated:   November 30, 2018

WHITE & CASE LLP

By:   */s/ Catherine Simonsen*
         Catherine Simonsen

Attorneys for Defendant
Walmart Inc.

Dated:   November 30, 2018

CONKLE, KREMER & ENGEL

By:   */s/Zachary Page*
         Zachary Page

Attorneys for Defendant
American International Industries

- 1 - NOTICE OF ASSENT RE TERMS OF PROPOSED PRTOECTIVE ORDER