Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., f/k/a WAL-MART STORES, INC, *et al*., <br><br> Defendants. | **CASE NO.:** <br><br> **2:14-cv-2234-MCE-DMC** <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Hon. Morrison C. England, Jr. <br><br> Magistrate Judge Dennis M. Cota |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiff" or "Stiles") and Defendants Walmart Inc. ("Walmart") and American International Industries ("AI," collectively "Defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on November 28, 2018, Plaintiffs filed a Motion to Compel Production of Documents (Dkt. No. 176); and

**WHEREAS**, the deadline for filing a Joint Statement Regarding Discovery Disagreement is on or before December 13, 2018; and

**WHEREAS**, the hearing date on Plaintiffs' Motion to Compel is set for December 20, 2018, at 10:00 a.m.;

**AND WHEREAS**, since the filing of Plaintiffs' Motion, the parties have continued to confer regarding the issues raised by Plaintiffs' Motion to Compel. In order to allow for additional time for the parties to confer and to possibly resolve the issues raised by Plaintiffs' Motion, the parties have agreed to continue the hearing date to January 9, 2019, at 10:00 a.m.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. The hearing on Plaintiffs' Motion to Compel Production of Documents (Dkt. No. 176) is continued to January 9, 2019, at 10:00 a.m.; and

2. The deadline for filing any Joint Statement Regarding Discovery Disagreement or Affidavit is extended to on or before January 2, 2019.

Dated: December 10, 2018          **ALIOTO LAW FIRM**

                                  */s/ Jamie L. Miller*
                                  Jamie L. Miller (SBN 271452)
                                  ALIOTO LAW FIRM
                                  One Sansome Street, 35th Floor

San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorney for Plaintiffs*

Dated: December 10, 2018  **WHITE & CASE LLP**

*/s/ Stefan Mentzer*
Stefan Mentzer
White & Case
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8705
Email: smentzer@whitecase.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: December 10, 2018  **CONKLE, KREMER & ENGEL, PROFESSIONAL LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page
Conkle, Kremer & Engel, Professional Law Corporation
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
(310) 998-9100 x 105
Fax: (310) 998-9109
Email: z.page@conklelaw.com

*Attorneys for Defendant American International Industries*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3
*Stipulation and [Proposed] Order to Continue Hearing on Plaintiffs' Motion to Compel*