IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual and antitrust claims. Pending before the court is plaintiff's motion to compel (Doc. 176). On December 12, 2018, the court approved the parties' stipulation to continue the hearing on plaintiff's motion to January 9, 2019, with a joint statement pursuant to Eastern District of California Local Rule 251 due by January 2, 2019. Under Local Rule 251(a), if there has been a failure to meet and confer, the moving party shall file an affidavit to that effect in lieu of the joint statement. Because the parties have not filed a timely joint statement, and because plaintiff has not filed a timely affidavit regarding a failure to meet and confer, the matter is dropped from the court's hearing calendar without prejudice, and terminated as a pending motion. See Local Rule 251(a).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Doc. 176) is dropped from the court's calendar without prejudice pursuant to Local Rule 251(a);

2. The hearing scheduled for January 9, 2019, before the undersigned in Redding, California, is vacated; and

3. The Clerk of the Court is directed to terminate Doc. 176 as a pending motion.

Dated: January 3, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE