Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, and STILES 4 U, INC, a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., f/k/a WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES, <br><br> Defendants. | **CASE NO.:** <br><br> **2:14-cv-2234-MCE-DMC** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Date:  May 8, 2019 <br> Time:  10:00 a.m. <br> Courtroom:  304, 3rd Floor <br><br> **Judge Morrison C. England, Jr.** <br> **U.S. Magistrate Judge Dennis M. Cota** |

*Plaintiffs' Notice of Motion and Motion to Compel Production of Documents*

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that on May 8, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 304, Third Floor of the United States District Court for the Eastern District of California, Redding Federal Courthouse, located at 2986 Bechelli Lane, Redding, CA 96002, before the United States Magistrate Judge Dennis M. Cota, Plaintiffs Sharidan Stiles and Stiles 4U, Inc. ("Plaintiff" or "Stiles") will, and hereby do, move the Court for an order compelling *Walmart* to comply with their obligations under Fed. R. Civ. P. 34 and this Court's November 19, 2018, Order, to produce documents in response to Plaintiffs' Amended First Request for Production of Documents to Defendants Walmart and American International Industries.

The specifics of the parties' dispute and the parties' respective contentions will be detailed in a Joint Statement Re: Discovery Disagreement or an affidavit as required by Local Rule 251 within seven (7) days of the scheduled hearing date. Outstanding disputed discovery issues include, without limitation:

1. Plaintiffs served an Amended First Request for Production of Documents ("RFP") on Defendants Walmart and American International Industries on August 27, 2018. On September 26, 2018, Defendant Walmart served Responses to Plaintiffs' RFP.

2. On November 19, 2018, after a hearing on Plaintiffs' Motion to Resolve Dispute Regarding Protective Order, this Court Ordered Defendants to produce responsive documents to these Requests on December 7, 2018, "without objection." (Dkt. No. 172).

3. The parties began conferring on production of ESI in December 2018. During the course of those discussions, on December 12, 2018, counsel for Walmart emailed a list of custodians and search dates it proposed to search for relevant ESI. The following date, on December 13, 2018, counsel for Plaintiffs notified Walmart that the search timeframe for one

custodian, Heather Ronchetto, omitted approximately a year of relevant ESI.  Counsel for Walmart agreed to look into the matter.  However, when Walmart's last substantial production was made on February 25, ESI for Ms. Ronchetto from the earlier timeframe, as requested by counsel for Plaintiffs, was not produced by Walmart.  The parties have been continuing to confer on this issue, however, counsel for Walmart has not provided any date for production of these documents.  Plaintiffs believe that without further Court Order, Walmart will continue to delay production of these documents.[1]

This Motion is made pursuant to Local Rule 251 and Fed. R. Civ. P. 37.  This Motion is based upon this Notice of Motion and Motion, the forthcoming Joint Statement Re: Discovery Disagreement or affidavit, the pleadings on file in this action, and upon all other matters presented to the Court at the time of the hearing.

Respectfully submitted:

Dated:  April 17, 2019               **ALIOTO LAW FIRM**

*/s/ Jamie L. Miller*
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

---

[1] When Plaintiffs learned that Magistrate Judge Cota's only hearing date next month is May 8, and that, consequently, today is the last day to properly notice a motion, counsel for Plaintiffs made another attempt to resolve this issue without Court intervention.  For the first time, today, Walmart agreed to produce the missing Ronchetto documents, but would not provide a date for production.  Delay of production of these documents is impairing Plaintiffs' ability to take depositions in this case and to move the discovery process forward.  Because the deadline for the close of fact discovery in this case is July 10, time is of the essence.

*Plaintiffs' Notice of Motion and Motion to Compel Production of Documents*
2