Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email: jmiller@aliotolaw.com
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, an individual, and STILES 4 U, INC, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., f/k/a WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | **CASE NO.:**<br><br>**2:14-cv-2234-MCE-DMC**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  May 8, 2019<br>Time:  10:00 a.m.<br>Courtroom:  304, 3rd Floor<br><br>Judge Morrison C. England, Jr.<br>U.S. Magistrate Judge Dennis M. Cota |

*Plaintiffs' Notice of Motion and Motion to Compel Production of Documents*

## NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that on May 8, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 304, Third Floor of the United States District Court for the Eastern District of California, Redding Federal Courthouse, located at 2986 Bechelli Lane, Redding, CA  96002, before the United States Magistrate Judge Dennis M. Cota, Plaintiffs Sharidan Stiles and Stiles 4U, Inc. ("Plaintiff" or "Stiles") will, and hereby do, move the Court for an order compelling *American International Industries* to comply with their obligations under Fed. R. Civ. P. 34 and this Court's November 19, 2018, Order, to produce documents in response to Plaintiffs' Amended First Request for Production of Documents to Defendants Walmart and American International Industries.

The specifics of the parties' dispute and the parties' respective contentions will be detailed in a Joint Statement Re: Discovery Disagreement or an affidavit as required by Local Rule 251 within seven (7) days of the scheduled hearing date.  Outstanding disputed discovery issues include, without limitation:

1. Plaintiffs served an Amended First Request for Production of Documents ("RFP") on Defendants Walmart and American International Industries on August 27, 2018.  On October 10, 2018, Defendant AI served Responses to Plaintiffs' RFP.

2. On November 19, 2018, after a hearing on Plaintiffs' Motion to Resolve Dispute Regarding Protective Order, this Court Ordered Defendants to produce responsive documents to these Requests on December 7, 2018, "without objection."  (Dkt. No. 172).

3. American Industries did not produce any documents in this case until January 28, 2019.  On January 31, 2019, the counsel for Plaintiffs and AI first conferred with regard to deficiencies in American International Industries' production, including:

    a.    Missing and incomplete sales data regarding relevant products;

*Plaintiffs' Notice of Motion and Motion to Compel Production of Documents*

1

    b.  Documents from custodians with relevant information, including Terri Cooper, William Ko, Nicole Frazier, Balisa Sherman, Delight Slotemaker DeBruine, and Anita Tsai; and

    c.  Additional documents concerning line review meetings in 2012 for the year 2013, and in 2011 for the 2012 year.

Despite numerous emails (and meet and confers) with counsel for AI regarding these issues since the end of January, no documents have been produced with regard to the missing custodians and documents related to line reviews and line review meetings. In addition, AI's sales data continues to be incomplete, omitting any sales data from before 2012.

The parties have been continuing to confer on these issues, however, counsel for AI has not provided any date for production of these documents. Plaintiffs believe that without further Court Order, AI will continue to delay production of these documents.[1]

This Motion is made pursuant to Local Rule 251 and Fed. R. Civ. P. 37. This Motion is based upon this Notice of Motion and Motion, the forthcoming Joint Statement Re: Discovery Disagreement or affidavit, the pleadings on file in this action, and upon all other matters presented to the Court at the time of the hearing.

---

[1] When Plaintiffs learned that Magistrate Judge Cota's only hearing date next month is May 8, and that, consequently, today is the last day to properly notice a motion, counsel for Plaintiffs made another attempt to resolve this issue without Court intervention. The issues raised in this Motion remain unresolved. Delay of production of these documents is impairing Plaintiffs' ability to take depositions in this case and to move the discovery process forward. Because the deadline for the close of fact discovery in this case is July 10, time is of the essence.

*Plaintiffs' Notice of Motion and Motion to Compel Production of Documents*
2

|   |   |
|---|---|
|   | Respectfully submitted: |
| Dated:  April 17, 2019 | **ALIOTO LAW FIRM** |
|   | */s/ Jamie L. Miller* <br> Jamie L. Miller (SBN 271452) <br> ALIOTO LAW FIRM <br> One Sansome Street, 35th Floor <br> San Francisco, CA  94104 <br> Email: jmalioto@aliotolaw.com |
|   | *Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.* |