Joseph M. Alioto (SBN 42680)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | **CASE NO.:**<br><br>**2:14-cv-2234-MCE-CMK**<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS AND TO CONTINUE HEARING DATE** |

*Stipulation and Order to Modify the Briefing Schedule on
Defendants' Motion for Reconsideration, Or in the Alternative, for Judgment on the Pleadings
and to Continue Hearing Date*

1

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs") and Defendants Walmart Inc. ("Walmart") and American International Industries ("AI") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on April 18, 2019, Defendants filed a Joint Motion for Reconsideration of Order Denying Motion to Dismiss or, in the Alternative, for Judgment on the Pleadings (Dkt. No. 193) (the "Motion"); and

**WHEREAS**, a hearing on the Motion is scheduled for May 16, 2019;

**WHEREAS**, the deadline for Plaintiffs to respond to Defendants' Motion is May 2, 2019; and

**WHEREAS**, on April 24, 2019, Plaintiffs' counsel contacted Defendants' counsel and requested that Defendants stipulate to extend the time for Plaintiffs to respond to Defendants' Motion;

**WHEREAS**, Plaintiffs' counsel represents that, in light of Plaintiffs' counsel's previously scheduled travel and conflicts in other matters, additional time is necessary to respond to Defendants' Motion; and

**WHEREAS**, in light of the conflicts identified by Plaintiffs, the parties have agreed to modify the briefing schedule and to continue the hearing date on Defendants' Motion;

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

1. Plaintiffs' deadline to respond to Defendants' Motion is extended to May 10, 2019; and

*Stipulation and Order to Modify the Briefing Schedule on*
*Defendants' Motion for Reconsideration, Or in the Alternative, for Judgment on the Pleadings*
*and to Continue Hearing Date*

2

2. The hearing date on Defendants' Motion is continued from May 16, 2019, to May 30, 2019, at 2:00 p.m.; and

3. Defendants' deadline for filing any reply in support of the Motion is May 23, 2019.

Dated: April 29, 2019  **ALIOTO LAW FIRM**

    <u>/s/ Jamie L. Miller</u>
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorney for Plaintiffs*

Dated: April 29, 2019  **WHITE & CASE LLP**

    <u>/s/ Catherine S. Simonsen</u>
Catherine S. Simonsen (SBN 307325)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: catherine.simonsen@whitecase.com

*Attorneys for Defendant Walmart Inc.*

*Stipulation and Order to Modify the Briefing Schedule on
Defendants' Motion for Reconsideration, Or in the Alternative, for Judgment on the Pleadings
and to Continue Hearing Date*

3

| | | |
|---|---|---|
| 1 | Dated: April 29, 2019 | **CONKLE, KREMER & ENGEL,**<br>**PROFESSIONAL LAW CORPORATION** |
| 2 | | |
| 3 | | /s/ Zachary Page |
| | | Zachary Page |
| 4 | | Conkle, Kremer & Engel, Professional Law Corporation |
| 5 | | 3130 Wilshire Blvd., Suite 500 |
| | | Santa Monica, CA 90403 |
| 6 | | 3130 Wilshire Blvd., Suite 500 |
| 7 | | Santa Monica, CA 90403 |
| | | (310) 998-9100 x105 |
| 8 | | Fax: (310) 998-9109 |
| | | Email: m.kremer@conklelaw.com |

*Attorneys for Defendant American International Industries*

**ORDER**

Pursuant to the Parties' Stipulation (ECF No. 193), Plaintiffs' deadline to respond to Defendants' Motion for Reconsideration (ECF No. 188) is extended to **May 10, 2019**. Defendants' deadline for filing any Reply in support of the Motion is **May 23, 2019**. The hearing date on Defendants' Motion is continued from May 16, 2019, to **June 6, 2019**, at 2:00 p.m., unless otherwise modified by this Court.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Stipulation and Order to Modify the Briefing Schedule on*
*Defendants' Motion for Reconsideration, Or in the Alternative, for Judgment on the Pleadings*
*and to Continue Hearing Date*

4