BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (213) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS** |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs") and Defendants Walmart Inc. ("Walmart") and American International Industries ("AI") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on April 18, 2019, Defendants filed a Joint Motion for Reconsideration of Order Denying Motion to Dismiss or, in the Alternative, for Judgment on the Pleadings (ECF No. 193) (the "Motion"); and

**WHEREAS**, on April 29, 2019, the parties stipulated to move the hearing date to May 30, 2019; and

**WHEREAS**, on May 1, 2019, the Court ordered the motion to be heard on June 6, 2019; and

**WHEREAS**, Counsel for Defendants are unavailable on June 6, 2019; and

**WHEREAS**, on May 3, 2019, the parties met and conferred regarding the hearing date for the Motion; and

**WHEREAS**, in light of the conflicts identified by Defendants, the parties have agreed to continue the hearing date on Defendants' Motion;

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

The hearing date on Defendants' Motion is continued from June 6, 2019, to June 13, 2019.

Dated: May 8, 2019            **WHITE & CASE LLP**

                                       */s/ Catherine S. Simonsen*
Catherine S. Simonsen (SBN 307325)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: catherine.simonsen@whitecase.com

*Attorneys for Defendant Walmart Inc.*

| | | |
|---|---|---|
| 1 | Dated: May 8, 2019 | **CONKLE, KREMER & ENGEL,** |
| 2 | | **PROFESSIONAL LAW CORPORATION** |

Dated: May 8, 2019   **CONKLE, KREMER & ENGEL, PROFESSIONAL LAW CORPORATION**

  */s/ Zachary Page*
Zachary Page
  *(as authorized on May 8, 2019)*
Conkle, Kremer & Engel, Professional Law Corporation
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
(310) 998-9100 x105
Fax: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

Dated: May 8, 2019   **ALIOTO LAW FIRM**

  */s/ Jamie L. Miller*
Jamie L. Miller (SBN 271452)
  *(as authorized on May 8, 2019)*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmiller@aliotolaw.com
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

**ORDER**

Pursuant to stipulation, the hearing date on Defendants' Motion (ECF No. 193) is continued from June 6, 2019, to **June 13, 2019**, unless otherwise modified by this Court.

IT IS SO ORDERED.

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION