# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual property and antitrust claims. Pending before the court is plaintiffs' amended motion to compel (ECF No. 201). Under Eastern District of California Local Rule 251(a), if there has been a failure to meet and confer, the moving party shall file an affidavit to that effect in lieu of the joint statement required under Local Rule 251(c). Because the parties have not filed a timely joint statement, and because plaintiffs have not filed a timely affidavit regarding a failure to meet and confer, the matter is dropped from the court's hearing calendar without prejudice, and terminated as a pending motion. See Local Rule 251(a).

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' amended motion to compel (ECF No. 201) is dropped from the court's calendar without prejudice pursuant to Local Rule 251(a);

2. The hearing scheduled for June 12, 2019, at 10:00 a.m., before the undersigned in Redding, California, is vacated; and

3. The Clerk of the Court is directed to terminate ECF No. 201 as a pending motion.

Dated: June 6, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE