BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
JEREMY OSTRANDER (SBN 233489)
jostrander@whitecase.com
HALLIE KIERNAN (SBN 313541)
hallie.kiernan@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, NY  10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for Defendant
Walmart Inc.

Brian J. Dunne (SBN 275689)
PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA  90071
Telephone:  (213) 262-9333
Facsimile:  (213) 279-2008
Email:  bdunne@piercebainbridge.com

Harmett K. Dhillon (SBN 207873)
DHILLON LAW GROUP
177 Post Street, Suite 700
San Francisco, CA  94108
Telephone:  (415) 433-1700
Facsimile:  (415) 520-6593
Email:  harmeet@dhillonlaw.com

Attorneys for Plaintiffs Sharidan L. Stiles and
Stiles 4 U, Inc.

Zachary Page (SBN 293885)
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA  90403
Telephone:  (310) 998-9100, ext. 105
Facsimile:  (310) 998-9109
Email:  mkremer@conklelaw.com

Attorneys for Defendant American
International Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.  2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE SCHEDULE SIX MONTHS AND FOR CASE MANAGEMENT CONFERENCE** |

1    Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs") and Defendants Walmart Inc.
2    and American International Industries (collectively, "Defendants"), by and through their
3    respective counsel, hereby stipulate as follows:
4    **WHEREAS**, on June 4, 2019, the parties met and conferred on the current case schedule;
5    and
6    **WHEREAS**, the parties submit this joint stipulation to the Court for an extension of all
7    operative deadlines in the case schedule established in the Stipulated Discovery Schedule and
8    Order (ECF No. 146) by six (6) months; and
9    **WHEREAS**, given the recent order allowing substitution of new counsel for Plaintiffs
10   and the pending motions, the parties agree that such an extension best serves the interests of the
11   Court and the parties in efficiently managing the issues in the case; and
12   **WHEREAS**, the parties agree that this stipulation moots Defendants' Initial Ex Parte
13   Application to Modify Scheduling Order (ECF No. 206) and reply (ECF No. 210), as well as
14   Plaintiffs' opposition (ECF No. 209).
15   **WHEREAS**, the parties further request the Court set a case management conference
16   immediately following the currently calendared hearing on Defendants' Joint Motion for
17   Reconsideration of Order Denying Motion to Dismiss Antitrust Claims, or in the Alternative, for
18   Judgment on the Pleadings (ECF No. 193) on June 13, 2019, or as soon thereafter as is
19   convenient for the Court.  The parties would like the opportunity to address the need for
20   additional scheduling deadlines given the factual and legal issues presented by the claims in this
21   matter; and
22   **WHEREAS**, the parties propose they will submit a joint statement on Monday, June 10,
23   2019 (or no later than three (3) business days prior to the case management conference if it is set
24   at a later date).  Such statement will not exceed two (2) pages and will address the need for
25   additional deadlines in this matter and make proposals for said deadlines.
26   **THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE**
27   **UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS**
28   **AS FOLLOWS:**

1  All operative deadlines in the case schedule as outlined in the Stipulated Discovery
2  Schedule and Order (ECF No. 146) are extended six (6) months.  A case management conference
3  is scheduled for June 13, 2019, immediately following the hearing on Defendants' Joint Motion
4  for Reconsideration of Order Denying Motion to Dismiss Antitrust Claims, or in the Alternative,
5  for Judgment on the Pleadings (ECF No. 193).  The parties shall submit a joint statement, not to
6  exceed two (2) pages, on Monday, June 10, 2019, addressing the need for additional deadlines in
7  this matter and making proposals for said deadlines.

Dated:  June 6, 2019

**WHITE & CASE LLP**

*/s/ Bryan A. Merryman*
Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
Email:  bmerryman@whitecase.com

*Attorneys for Defendant Walmart Inc.*

Dated:  June 6, 2019

**CONKLE, KREMER, ENGEL,
PROFESSIONAL  LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page (SBN 293885)
 (as authorized on June 6, 2019)
Conkle, Kremer & Engel
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA  90403
Telephone:  (310) 998-9100, ext. 105
Facsimile:  (310) 998-9109
Email:  m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

| | |
|---|---|
| Dated: June 6, 2019 | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| | */s/ Brian J. Dunne*<br>Brian J. Dunne (SBN 275689)<br> *(as authorized on June 6, 2019)*<br>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA  90071<br>Telephone:  (213) 262-9333<br>Facsimile:  (213) 279-2008<br>Email:  bdunne@piercebainbridge.com |
| | **DHILLON LAW GROUP** |
| | Harmeet K. Dhillon<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA  94108<br>Telephone:  (415) 433-1700<br>Facsimile:  (415) 520-6593<br>Email:  harmeet@dhillonlaw.com |
| | *Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____          _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE SCHEDULE
Case No. 2:14-cv-02234-MCE-CMK
- 3 -