| | |
|---|---|
| BRYAN A. MERRYMAN (SBN 134357)<br>bmerryman@whitecase.com<br>CATHERINE S. SIMONSEN (SBN 307325)<br>catherine.simonsen@whitecase.com<br>WHITE & CASE LLP<br>555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br><br>BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>JEREMY OSTRANDER (SBN 233489)<br>jostrander@whitecase.com<br>HALLIE KIERNAN (SBN 313541)<br>hallie.kiernan@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>STEFAN M. MENTZER (admitted *pro hac vice*)<br>smentzer@whitecase.com<br>WHITE & CASE LLP<br>1221 Avenue of the Americas, Floor 49<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>Attorneys for Defendant<br>Walmart Inc. | Brian J. Dunne (SBN 275689)<br>PIERCE BAINBRIDGE BECK PRICE &<br>HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br>Email: bdunne@piercebainbridge.com<br><br>Harmett K. Dhillon (SBN 207873)<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br>Email: harmeet@dhillonlaw.com<br><br>Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.<br><br>Zachary Page (SBN 293885)<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, CA 90403<br>Telephone: (310) 998-9100, ext. 105<br>Facsimile: (310) 998-9109<br>Email: mkremer@conklelaw.com<br><br>Attorneys for Defendant American International Industries |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>    Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE SCHEDULE SIX MONTHS AND FOR CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs") and Defendants Walmart Inc. |
| 2 | and American International Industries (collectively, "Defendants"), by and through their |
| 3 | respective counsel, hereby stipulate as follows: |
| 4 | **WHEREAS**, on June 4, 2019, the parties met and conferred on the current case schedule; |
| 5 | and |
| 6 | **WHEREAS**, the parties submit this joint stipulation to the Court for an extension of all |
| 7 | operative deadlines in the case schedule established in the Stipulated Discovery Schedule and |
| 8 | Order (ECF No. 146) by six (6) months; and |
| 9 | **WHEREAS**, given the recent order allowing substitution of new counsel for Plaintiffs |
| 10 | and the pending motions, the parties agree that such an extension best serves the interests of the |
| 11 | Court and the parties in efficiently managing the issues in the case; and |
| 12 | **WHEREAS**, the parties agree that this stipulation moots Defendants' Initial Ex Parte |
| 13 | Application to Modify Scheduling Order (ECF No. 206) and reply (ECF No. 210), as well as |
| 14 | Plaintiffs' opposition (ECF No. 209). |
| 15 | **WHEREAS**, the parties further request the Court set a case management conference |
| 16 | immediately following the currently calendared hearing on Defendants' Joint Motion for |
| 17 | Reconsideration of Order Denying Motion to Dismiss Antitrust Claims, or in the Alternative, for |
| 18 | Judgment on the Pleadings (ECF No. 193) on June 13, 2019, or as soon thereafter as is |
| 19 | convenient for the Court. The parties would like the opportunity to address the need for |
| 20 | additional scheduling deadlines given the factual and legal issues presented by the claims in this |
| 21 | matter; and |
| 22 | **WHEREAS**, the parties propose they will submit a joint statement on Monday, June 10, |
| 23 | 2019 (or no later than three (3) business days prior to the case management conference if it is set |
| 24 | at a later date). Such statement will not exceed two (2) pages and will address the need for |
| 25 | additional deadlines in this matter and make proposals for said deadlines. |
| 26 | **THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE** |
| 27 | **UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS** |
| 28 | **AS FOLLOWS:** |

| | |
|---|---|
|1| All operative deadlines in the case schedule as outlined in the Stipulated Discovery |
|2| Schedule and Order (ECF No. 146) are extended six (6) months. A case management conference |
|3| is scheduled for June 13, 2019, immediately following the hearing on Defendants' Joint Motion |
|4| for Reconsideration of Order Denying Motion to Dismiss Antitrust Claims, or in the Alternative, |
|5| for Judgment on the Pleadings (ECF No. 193). The parties shall submit a joint statement, not to |
|6| exceed two (2) pages, on Monday, June 10, 2019, addressing the need for additional deadlines in |
|7| this matter and making proposals for said deadlines. |

Dated: June 6, 2019

**WHITE & CASE LLP**

*/s/ Bryan A. Merryman*
Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: bmerryman@whitecase.com

*Attorneys for Defendant Walmart Inc.*

Dated: June 6, 2019

**CONKLE, KREMER, ENGEL,
PROFESSIONAL LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page (SBN 293885)
 (as authorized on June 6, 2019)
Conkle, Kremer & Engel
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403
Telephone: (310) 998-9100, ext. 105
Facsimile: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

| | |
|---|---|
| Dated: June 6, 2019 | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| | |
| | */s/ Brian J. Dunne* <br> Brian J. Dunne (SBN 275689) <br> *(as authorized on June 6, 2019)* <br> PIERCE BAINBRIDGE BECK PRICE & HECHT LLP <br> 355 S. Grand Avenue, 44th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 262-9333 <br> Facsimile: (213) 279-2008 <br> Email: bdunne@piercebainbridge.com |
| | **DHILLON LAW GROUP** |
| | Harmeet K. Dhillon <br> DHILLON LAW GROUP <br> 177 Post Street, Suite 700 <br> San Francisco, CA 94108 <br> Telephone: (415) 433-1700 <br> Facsimile: (415) 520-6593 <br> Email: harmeet@dhillonlaw.com |
| | *Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.* |

# ORDER

Pursuant to the Parties' Stipulation (ECF No. 226), and for good cause, all operative deadlines in the case schedule as outlined in the Stipulated Discovery Schedule and Order (ECF No. 146) are EXTENDED six (6) months. However, the Parties' request for a case management conference on June 13, 2019, immediately following a hearing on Defendants' Joint Motion for Reconsideration (ECF No. 193), is DENIED without prejudice as moot given that the hearing on Defendants' Motion was continued to July 25, 2019. ECF No. 228. In requesting a case management conference, the Parties stipulate that they would like the opportunity to address the need for additional scheduling deadlines given the factual and legal issues presented by the claims in this matter. The Court advises that modifications to scheduling deadlines are typically best addressed via stipulations if agreed upon by all Parties, or via noticed motions if contested.

IT IS SO ORDERED.

Dated: June 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE