1  **Pierce Bainbridge Beck Price & Hecht LLP**
   Brian J. Dunne (SBN 275689)
2  *bdunne@piercebainbridge.com*
   355 South Grand Avenue, 44th Floor
3  Los Angeles, California 90071
   (213) 262-9333
4  *Attorneys for Plaintiffs Sharidan Stiles
   and Stiles 4 U, Inc.*
5

6                UNITED STATES DISTRICT COURT

7                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation | Case No. 2:14-cv-02234-MCE-CMK |
| 10           Plaintiffs, | **Declaration of Brian Dunne In Support of Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Motion Seeking Leave to Join Additional Defendants** |
| 11       v. | |
| 12  WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES, | |
| 14           Defendants. | **Hon. Morrison C. England, Jr.** Hearing date: August 8, 2019 **Courtroom: 7** Time: 2:00 P.M. |

**Declaration of Brian Dunne**

I, Brian Dunne, declare and state as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and am a partner at Pierce Bainbridge Beck Price & Hecht LLP. The firm currently serves as counsel to Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. in this action ("Plaintiffs"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an e-mail chain between Rachel Brown of Pacific World Corporation ("PWC"), Sheri Davis of American Industries ("AI"), and Melanie Patrick and Keslyn Wells of Walmart, Inc. ("Walmart") dated from September 17, 2014 to November 10, 2014, Doc. ID 6899.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from AI's Sheri Davis to AI's Reuben Driggers with a subject line "Re: stiles razor," dated July 28, 2014, Bates No. AII_00001592.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Walmart's Melanie Patrick to PWC employees with a subject line "Request for Proposal: Category Advisor for Beauty Accessories," dated February 16, 2015, Doc. ID 12908.

5. Attached hereto as **Exhibit 4a** is a true and correct copy of a PWC email, attaching a Weekly Category Report—Beauty Accessories Spreadsheet dated October 4, 2015, Doc. ID 11386.

6. Attached hereto as **Exhibit 4b** is a true and correct copy of an Excel spreadsheet containing a Weekly Category Report—Beauty Accessories Spreadsheet, exchanged internally at PWC by email on October 4, 2015, Doc. ID 11389.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a June 26, 2016 Weekly Category Pivot Table Report created by PWC, Doc. ID 7995.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a Procter & Gamble ("P&G") sales forecasts sent to Walmart's Heather Ronchetto dated October 8, 2018, Bates Nos. WM-STILES-0004538–0004539.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email from P&G's Matthew Williamson to Walmart's Heather Ronchetto with a subject line "Week 37 Inventory Report and New Item Tracker," dated October 13, 2008, Bates Nos. WM-STILES-0004545–0004546.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an Inventory Report attached to an email dated October 13, 2008, created by P&G's Sarah Kamm, that analyzes price, sales, and inventory information for new and carryover products throughout Walmart's Wet Shave category, Bates No. WM-STILES-0004547.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an Excel spreadsheet attached to an email dated October 13, 2008, created by Sarah Kamm of P&G, that analyze price, sales, and inventory information for new and carryover products throughout the Wet Shave category, Bates No. WM-STILES-0004548.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003319.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003326.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Walmart's Heather Ronchetto to Quest Products Inc.'s Don Ryan with a subject line "FW: Quest Products Stiles Razor for Woman and new Mens Version," dated August 20, 2009, Bates Nos. WM-STILES-0003316–0003318.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Add Delete #3," dated September 18, 2009, Bates No. WM-STILES-0003320.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Add/Delete," dated September 18, 2009, Bates No. WM-STILES-0003327.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Coty's Robin Foshee to Walmart's Esther Gifford with a subject line "Re: stiles," attaching analysis on the Stiles Razor, dated October 7, 2011, Bates Nos. WM-STILES-0001954–0001955.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an Excel spreadsheet titled "Stiles Analysis 10.6.11 Revised," Bates No. WM-STILES-0001956.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an Excel spreadsheet, titled "Stiles Analysis WM Request Revised 10.17.11," Bates No. WM-STILES-0001960.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Stiles," dated November 16, 2009, Bates No. WM-STILES-0002185.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "Re: Stiles," dated November 16, 2009, Bates No. WM-STILES-0002186.

22. Attached hereto as **Exhibit 20** is a true and correct copy of an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles," dated November 16, 2009, Bates No. WM-STILES-0002189.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "RE: Stiles," dated November 17, 2009, Bates No. WM-STILES-0002197.

24. Attached hereto as **Exhibit 22** is a true and correct copy of an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002236.

25. Attached hereto as **Exhibit 23** is a true and correct copy of an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman and Nicole Sentivany with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002237.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002239.

27. Attached hereto as **Exhibit 25** is a true and correct copy of an Excel spreadsheet titled "201017 Item Ranking-2," Bates No. WM-STILES-0003375.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an email from AI's Delight Slotemaker de Bruine to AI's Reuben Driggers with a subject line "New Salon Perfect 'Skinny Razor' New Item-Incorporate into 're-worked' October $2.98 Towers and Sidekicks?" dated February 24, 2011, Bates No. AII_00000624.

29. Attached hereto as **Exhibit 27** is a true and correct copy of an Excel spreadsheet titled "201017 Item Ranking-2," Bates No. WM-STILES-0003375.

30. Attached hereto as **Exhibit 28** is a true and correct copy of an email from AI's Delight Slotemaker de Bruine to multiple AI employees with a subject line "UPDATES : Please review for Item Rankings overall, and within Brand Segment as well as Costs and Retails," dated March 2, 2011, Bates Nos. AII_00000018–00000027.

31. Attached hereto as **Exhibit 29** is a true and correct copy of internal emails between AI's Reuben Driggers and Balisa Sherman with a subject line " WM SP/Ardell Updated Brief with 2012 Proposed Modular and 2011 Promo," dated March 14, 2011, Bates No. AII_00000034.

5

32. Attached hereto as **Exhibit 30** is a true and correct copy of an Excel spreadsheet created by AI and titled "Salon Perfect 2011 Promo and 2012 Mod Brief 03-14-11," Bates No. AII_00000035.

33. Attached hereto as **Exhibit 31** is a true and correct copy of an email from Coty's Robin Foshee to Walmart's Esther Gifford with a subject line "Re: FW: 2008 Data," dated October 14, 2011, Bates Nos. WM-STILES-0001961–0001962.

34. Attached hereto as **Exhibit 32** is a true and correct copy of an Excel spreadsheet titled "Stiles Analysis WM Request Revised 10.14.11) provided by Coty's Robin Foshee to Walmart's Esther Gifford on October 14, 2011, Bates No. WM-STILES-0001963.

35. Attached hereto as **Exhibit 33** is a true and correct copy of an email from Coty's Robin Foshee to Walmart's Esther Gifford with a subject line "RE: FW" 2008 Data," dated October 17, 2011, Bates Nos. WM-STILES-0001957–0001959.

36. Attached hereto as **Exhibit 34** is a true and correct copy of an email between Walmart employees with a subject line "FW: 2008 Data," dated October 12, 2011, Bates No. WM-STILES-0002437.

37. Attached hereto as **Exhibit 35** is a true and correct copy of an email from AI's Delight Slotemaker de Bruine dated February 18, 2011, Bates Nos. AII_00000619–00000620.

38. Attached hereto as **Exhibit 36** is a true and correct copy of an email from AI's Reuben Driggers dated September 20, 2012, Bates No. AII_00000849.

39. Attached hereto as **Exhibit 37** is a true and correct copy of photograph attached to the AI email dated September 20, 2012, Bates No. AII_00002406.

40. Attached hereto as **Exhibit 38** is a true and correct copy of an email from AI's Reuben Driggers dated April 8, 2013, Bates No. AII_00001134.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that it was executed June 28, 2019, in Los Angeles, California.

By:

/s/Brian J. Dunne_____

Brian Dunne