**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Notice of Lodging of Exhibits in Support of Motion Seeking Leave to Join Additional Defendants**<br><br>**Hon. Morrison C. England, Jr.**<br>**Hearing date: August 8, 2019**<br>**Courtroom: 7**<br>**Time: 2:00 P.M.** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Sharidan Stiles and Stiles 4 U, Inc hereby lodges true and correct copies of the following documents with the Court in support of Plaintiffs Motion Seeking Leave to Join Additional Defendants:

**Exhibit 4b:** copy of a PWC email, attaching a Weekly Category Report—Beauty Accessories Spreadsheet dated October 4, 2015, Doc. ID 11386.

**Exhibit 5:** June 26, 2016 Weekly Category Pivot Table Report created by PWC, Doc. ID 7995.

**Exhibit 8:** Procter & Gamble ("P&G") sales forecasts sent to Walmart's Heather Ronchetto dated October 8, 2018, Bates Nos. WM-STILES-0004538–0004539.

**Exhibit 9:** Excel spreadsheet attached to an email dated October 13, 2008, created by Sarah Kamm of P&G, that analyze price, sales, and inventory information for new and carryover products throughout the Wet Shave category, Bates No. WM-STILES-0004548.

**Exhibit 10:** Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003319.

**Exhibit 11:** Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003326.

**Exhibit 16:** Excel spreadsheet titled "Stiles Analysis 10.6.11 Revised," Bates No. WM-STILES-0001956.

**Exhibit 17:** Excel spreadsheet, titled "Stiles Analysis WM Request Revised 10.17.11," Bates No. WM-STILES-0001960.

**Exhibit 25:** Excel spreadsheet titled "201017 Item Ranking-2," Bates No. WM-STILES-0003375.

**Exhibit 27:** Excel spreadsheet titled "201017 Item Ranking-2," Bates No. WM-

2

1  STILES-0003375.

2  **Exhibit 30:** Excel spreadsheet created by AI and titled "Salon Perfect 2011 Promo and 2012 Mod Brief 03-14-11," Bates No. AII_00000035.

4  **Exhibit 32:** Excel spreadsheet titled "Stiles Analysis WM Request Revised 10.14.11) provided by Coty's Robin Foshee to Walmart's Esther Gifford on October 14, 2011, Bates No. WM-STILES-0001963.

Dated: June 28, 2019                    Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:   /s/ Brian J. Dunne
       Brian J. Dunne (SBN 275689)
       bdunne@piercebainbridge.com
       Yavar Bathaee (SBN 282388)
       yavar@piercebainbridge.com
       David Hecht (*pro hac vice*)
       dhecht@piercebainbridge.com
       355 South Grand Avenue, 44th Floor
       Los Angeles, California 90071
       (213) 262-9333

**Dhillon Law Group Inc.**

       Harmeet K. Dhillon (SBN 207873)
       harmeet@dhillonlaw.com
       Nitoj Singh (SBN 265005)
       nsingh@dhillonlaw.com
       177 Post Street, Suite 700
       San Francisco, CA 94108
       (415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*