**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Notice of Request to Seal Documents and Redact Motion**<br><br>Hon. Morrison C. England, Jr.<br>Hearing date: August 8, 2019<br>**Courtroom: 7**<br>**Time: 2:00 P.M.** |

Pursuant to the Court's Stipulated Protective Order and Local Rule 141, Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby file their Notice of Request to Seal Documents designated as

1

Confidential Material by Defendants Walmart Inc. ("Walmart") and American International Industries ("AI" and together, "Defendants") (the "Request"). The Request seeks to seal Exhibits 1 through 38 (the "Exhibits") to the concurrently filed Declaration of Brian Dunne. Additionally, pursuant to Local Rule 140(b), the Request seeks to redact any citations, quotations, or other referenes to such Confidential Material within the concurrently filed Motion for Order Granting Plaintiffs Leave to Amend Complaint (the "Motion").

Pursuant to Local Rule 141, documents may be sealed only by written order of the Court. *See* L.R. 141(a). Ordinarily, a party seeking to seal a document must "describe generally the documents sought to be sealed, the basis for sealing, the manner in which the Request to Seal Documents, proposed order, and documents were served on all other parties." L.R. 141(b) (internal quotations omitted). In this case, the provisions of Local Rule 141(b) have been modified as stipulated by the parties (the "Stipulated Protective Order"). *See* ECF No. 178 (Order Granting Stipulated Protective Order).

Under the Court's Stipulated Protective Order, in this case, "[i]f a party files papers that include Confidential Material of another party, the filing party shall file a request to seal indicating that another party has designated the Confidential Material for protection . . . ." *See* ECF No. 178 ¶ 14. However, the requesting party is not required to set forth "'the basis for sealing,' 'the statutory or other authority for sealing, the requested duration, [and] the identity, by name or category, of persons to be permitted access to the documents'"—which it would ordinarily be required to do under Local Rule 141(b). *See id.* Rather, under the Court's Stipulated Protective Order, because the confidential material at issue is material designated as confidential by Defendants, Defendants must "respond to the request to seal within three (3) days setting forth the

1  reasons such material should remained sealed. *See id.* Accordingly, Plaintiffs will not set forth the basis for sealing these documents, and Defendants, pursuant to the Protective Order, shall within three (3) days respond to this Request.

Plaintiffs seek to seal the following Exhibits which Defendants have designated as Confidential Material:

(1)   Exhibit 1 – an email chain among Rachel Brown of Pacific World Corporation ("PWC"), Sheri Davis of AI, and Melanie Patrick and Keslyn Wells of Walmart dated from September 17, 2014 to November 10, 2014, Doc. ID 6899.

(2)   Exhibit 2 – an email from AI's Sheri Davis to AI's Reuben Driggers with a subject line "Re: stiles razor," dated July 28, 2014, Bates No. AII_00001592.

(3)   Exhibit 3 – an email from Walmart's Melanie Patrick to PWC employees with a subject line "Request for Proposal: Category Advisor for Beauty Accessories," dated February 16, 201, Doc. ID 12908.

(4)   Exhibit 4a – a PWC email attaching a Weekly Category Report—Beauty Accessories Spreadsheet dated October 4, 2015, Doc. ID 11386.

(5)   Exhibit 4b – an Excel spreadsheet containing a Weekly Category Report—Beauty Accessories Spreadsheet, exchanged internally at PWC by email on October 4, 2015, Doc. ID 11389.

(6)   Exhibit 5 – a June 26, 2016 Weekly Category Pivot Table Report created by PWC, Doc. ID 7995.

(7)   Exhibit 6 – a Procter & Gamble ("P&G") sales forecast sent to Walmart's Heather Ronchetto dated October 8, 2018, Bates Nos. WM-STILES-0004538–0004539.

  (8) Exhibit 7 – an email from P&G's Matthew Williamson to Walmart's Heather Ronchetto with a subject line "Week 37 Inventory Report and New Item Tracker," dated October 13, 2008, Bates Nos. WM-STILES-0004545–0004546.

  (9) Exhibit 8 – an Inventory Report attached to an email dated October 13, 2008, created by P&G's Sarah Kamm, Bates No. WM-STILES-0004547.

  (10) Exhibit 9 – an Excel spreadsheet attached to an email dated October 13, 2008, created by Sarah Kamm of P&G, Bates No. WM-STILES-0004548.

  (11) Exhibit 10 – an Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003319.

  (12) Exhibit 11 – an Excel spreadsheet containing the line review, brand ranking, and modular placement for the Stiles Razor created in 2010, Bates No. WM-STILES-0003326.

  (13) Exhibit 12 – an email from Walmart's Heather Ronchetto to Quest Products Inc.'s Don Ryan with a subject line "FW: Quest Products Stiles Razor for Woman and new Mens Version," dated August 20, 2009, Bates Nos. WM-STILES-0003316–0003318.

  (14) Exhibit 13 – an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Add Delete #3," dated September 18, 2009, Bates No. WM-STILES-0003320.

  (15) Exhibit 14 – an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Add/Delete," dated September 18, 2009, Bates No. WM-STILES-0003327.

(16)   Exhibit 15 – an email to Walmart's Esther Gifford with a subject line "Re: stiles," attaching analysis on the Stiles Razor, dated October 7, 2011, Bates Nos. WM-STILES-0001954-0001955.

(17)   Exhibit 16 – an Excel spreadsheet titled "Stiles Analysis 10.6.11 Revised," Bates No. WM-STILES-0001956.

(18)   Exhibit 17 – an Excel spreadsheet, titled "Stiles Analysis WM Request Revised 10.17.11," Bates No. WM-STILES-0001960.

(19)   Exhibit 18 – an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "Stiles," dated November 16, 2009, Bates No. WM-STILES-0002185.

(20)   Exhibit 19 – an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "Re: Stiles," dated November 16, 2009, Bates No. WM-STILES-0002186.

(21)   Exhibit 20 – an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles," dated November 16, 2009, Bates No. WM-STILES-0002189.

(22)   Exhibit 21 – an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman with a subject line "RE: Stiles," dated November 17, 2009, Bates No. WM-STILES-0002197.

(23)   Exhibit 22 – an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002236.

(24) Exhibit 23 – an email from Walmart's Heather Ronchetto to P&G's Cheryl Chapman and Nicole Sentivany with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002237.

(25) Exhibit 24 – an email from P&G's Cheryl Chapman to Walmart's Heather Ronchetto with a subject line "RE: Stiles Razor," dated March 10, 2010, Bates No. WM-STILES-0002239.

(26) Exhibit 25 – an Excel spreadsheet titled "201017 Item Ranking-2," Bates No. WM-STILES-0003375.

(27) Exhibit 26 – an email from AI's Delight Slotemaker de Bruine to AI's Reuben Driggers with a subject line "New Salon Perfect 'Skinny Razor' New Item-Incorporate into 're-worked' October $2.98 Towers and Sidekicks?" dated February 24, 2011, Bates No. AII_00000624.

(28) Exhibit 27 – an Excel spreadsheet titled "Walmart A || Spring 2012 New Item Proposals-price-ranking worksheet-rev.03.02.11," Bates No. AII_00000028.

(29) Exhibit 28 – an email from AI's Delight Slotemaker de Bruine to multiple AI employees with a subject line "UPDATES : Please review for Item Rankings overall, and within Brand Segment as well as Costs and Retails," dated March 2, 2011, Bates Nos. AII_00000018–00000027.

(30) Exhibit 29 – internal emails between AI's Reuben Driggers and Balisa Sherman with a subject line " WM SP/Ardell Updated Brief with 2012 Proposed Modular and 2011 Promo," dated March 14, 2011, Bates No. AII_00000034.

(31) Exhibit 30 – an Excel spreadsheet created by AI and titled "Salon Perfect 2011 Promo and 2012 Mod Brief 03-14-11," Bates No. AII_00000035.

(32)  Exhibit 31 – an email to Walmart's Esther Gifford with a subject line "Re: FW: 2008 Data," dated October 14, 2011, Bates Nos. WM-STILES-0001961–0001962.

(33)  Exhibit 32 – an Excel spreadsheet titled "Stiles Analysis WM Request Revised 10.14.11) provided to Walmart's Esther Gifford on October 14, 2011, Bates No. WM-STILES-0001963.

(34)  Exhibit 33 – an email to Walmart's Esther Gifford with a subject line "RE: FW" 2008 Data," dated October 17, 2011, Bates Nos. WM-STILES-0001957–0001959.

(35)  Exhibit 34 – an email between Walmart employees with a subject line "FW: 2008 Data," dated October 12, 2011, Bates No. WM-STILES-0002437.

(36)  Exhibit 35 – an email from Delight Slotemaker de Bruine dated February 18, 2011, Bates No. AII_00000619.

(37)  Exhibit 36 – an email from AI's Reuben Driggers dated September 20, 2012, Bates No. AII_00000849.

(38)  Exhibit 37 – photograph attached to the AI email dated September 20, 2012, Bates No. AII_00002406.

(39)  Exhibit 38 – an email from AI's Reuben Driggers dated April 8, 2013, Bates No. AII_00001134.

(40)  Motion at p. 8 – quote from Exhibit 18.

(41)  Motion at p. 8 – quote from Exhibit 20.

(42)  Motion at p. 8 – quotes from Exhibit 22.

(43)  Motion at p. 9 – quote from Exhibit 23.

(44)  Motion at p. 9 – quote from Exhibit 24.

(45)  Motion at p. 9 – chart containing information from Exhibit 25.

1     (46)    Motion at p. 10 – excerpt from Exhibit 35.

2     (47)    Motion at p. 11 – excerpt from Exhibit 26.

3     (48)    Motion at p. 11 – excerpt and quote from Exhibit 27.

4     (49)    Motion at p. 12 – quotes from Exhibit 30.

5     (50)    Motion at p. 12 – quote from Exhibit 15.

6     (51)    Motion at p. 12 – quotes from Exhibit 16.

7     (52)    Motion at p. 13 – quote from Exhibit 34.

Pursuant to Local Rule 141(b), the Request, proposed order, and Exhibits will be emailed to the "Proposed Orders" email box of the Honorable Morrison C. England, Jr. Plaintiff will also serve Defendants' counsel with a copy of the Notice, Request, proposed order, and Exhibits via electronic mail.  Plaintiff is also willing to undertake such other notice as this Court deems reasonable and appropriate.

In light of the privacy interests involved with these Exhibits, Plaintiffs respectfully ask that their Request to Seal Exhibits 1 through 38 and Redact Motion be granted.

Dated: June 28, 2019                        Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: /s/ Brian J. Dunne
    Brian J. Dunne (SBN 275689)
    bdunne@piercebainbridge.com
    Yavar Bathaee (SBN 282388)
    yavar@piercebainbridge.com
    David Hecht (pro hac vice)
    dhecht@piercebainbridge.com
    355 South Grand Avenue, 44th Floor
    Los Angeles, California 90071
    (213) 262-9333

| | |
|---|---|
| 1 | **Dhillon Law Group Inc.** |
| 2 | Harmeet K. Dhillon (SBN 207873) |
| | harmeet@dhillonlaw.com |
| 3 | Nitoj Singh (SBN 265005) |
| | nsingh@dhillonlaw.com |
| 4 | 177 Post Street, Suite 700 |
| | San Francisco, CA 94108 |
| 5 | (415) 433-1700 |
| 6 | *Attorneys for Plaintiffs Sharidan Stiles* |
| 7 | *and Stiles 4 U, Inc.* |