Mark D. Kremer (SB# 100978)
  *m.kremer@conklelaw.com*
Zachary Page (SB# 293885)
  *z.page@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for American International Industries

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, Inc., AMERICAN INTERNATIONAL INDUSTRIES, Inc., and DOES 1-100,<br><br>　　　　Defendants. | CASE No. CV14-02234-MCE-CMK<br><br>**DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' REQUEST TO MAINTAIN CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Date:　August 8, 2019<br>Time:　2:00 p.m.<br>Crtrm.: 7 |

0067.241\9902

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Sharidan Stiles and Stiles 4 U Inc. filed a Motion Seeking Leave to Join Additional Defendants ("Motion") on June 28, 2019. In connection with Plaintiffs' Motion, Plaintiffs submitted purported evidence consisting of documents marked by Defendant American International Industries ("AI") as "CONFIDENTIAL" pursuant to the Protective Order entered by the Court on December 3, 2018 (Dkt. No. 178). Plaintiffs have not contested AI's designation of these documents as confidential. As such, AI requests that the Court maintain **Exhibits 26, 27, 28, 30, 35, 36 and 38** under seal. AI does not object to the public filing of Exhibits 2, 29 or 37.

While courts have long recognized the public's right to access documents filed in judicial proceedings, "[t]he public policies that support the right of access to dispositive motions, and related materials, do not apply with equal force to non-dispositive materials." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Thus, for confidential discovery documents submitted in connection with a non-dispositive motion such as Plaintiffs' Motion, "the usual presumption of the public's right of access is rebutted." *Id.* at 1180. Federal courts in the Ninth Circuit recognize that "the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action." *Id*. (internal quotation marks omitted). As such, a lesser showing of "good cause" is required for non-dispositive motions, as opposed to the heightened "compelling reasons" standard for dispositive motions. *Id.* As required by Paragraph 14 of the Protective Order, AI hereby submits the following bases for sealing the confidential documents submitted in connection with Plaintiff's Motion:

**Exhibit 26** consists of internal communications between then-employees at AI regarding AI's strategy for the introduction and development of its "Micro Razor" or "Skinny Razor" product. Federal Rule of Civil Procedure 26(c)(1)(G) provides that the court may appropriately protect the confidentiality of documents containing "trade secret or other confidential research, development, or commercial information." Courts similarly recognize that this protection extends to documents like those contained in Plaintiffs' Exhibit 26. *See, e.g., ZUP, LLC v. Nash Mfg., Inc.*, No. 3:16-CV-125-HEH, 2016 WL 11082038, at *1 (E.D. Va. Oct. 27, 2016) (granting motion to seal documents relating to parties "pricing, sourcing, and business strategies").

**Exhibit 28** consists of internal emails at AI containing pricing proposals for products introduced in Spring 2012, including item costs that are maintained in confidence at AI and are not generally known to the public. This information is similarly commercially sensitive under FRCP 26(c)(1)(G), and is appropriately protected from public disclosure. *See, e.g., ATI Indus. Automation, Inc. v. Applied Robotics, Inc.*, 801 F. Supp. 2d 419, 427 (M.D.N.C. 2011) (permitting filing of "price lists" under seal under more rigorous standard for documents in support of dispositive motions). Similarly, **Exhibits 27 and 30** consist of spreadsheets containing confidential business information such as price lists, and should therefore be protected from public disclosure.

**Exhibit 35** consists of an internal email sent by Delight Slotemaker de Bruine containing various confidential updates on the status of AI's business operations, including dollar amount of sales, percentage increases in sales, general business plans and marketing strategies. For the same reasons as the prior Exhibits, and particularly Exhibit 26, Exhibit 35 should be filed under seal. *See ZUP*, 2016 WL 11082038 at *1. **Exhibits 36 and 38** also consist of emails relating to the development of AI's "Micro Razor" product, both internal and with AI's supplier. These emails contain product

development information and pricing strategies, and should be filed under seal accordingly. *Id*.

Dated: July 1, 2019
          Mark D. Kremer
          Zachary Page, members of
          CONKLE, KREMER & ENGEL
          Professional Law Corporation

         By: */s/Zachary Page*
          Zachary Page
          Attorneys for American International Industries

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California  90403-2351.

On July 1, 2019, I served true copies of the following document(s) described as **DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' REQUEST TO MAINTAIN CONFIDENTIAL DOCUMENTS UNDER SEAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 1, 2019, at Santa Monica, California.

*/s/Zachary Page*
Zachary Page

0067.241\9902

--

DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES' REQUEST TO
MAINTAIN CONFIDENTIAL DOCUMENTS UNDER SEAL

# SERVICE LIST
*Stiles v. Wal-Mart Stores Inc, et al.*, **CV14-02234-GEB-CMK**

**Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.:**

Yavar Bathaee
Pierce Bainbridge Beck Price and Hecht LLP
277 Park Ave.
45th Floor
New York, NY 10172
646-612-7658
646-968-4125 (fax)
*ybathaee@piercebainbridge.com*

Brian James Dunne
Maximillian Wolden Hirsch
Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Ave.
44th Floor
Los Angeles, CA 90071
213-262-9333
213-279-2008 (fax)
*bdunne@piercebainbridge.com*
*mhirsch@piercebainbridge.com*

David L. Hecht, PHV
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, NY 10172
212-484-9866
646-968-4125 (fax)
*dhecht@piercebainbridge.com*

Andrew Williamson, PHV
Pierce Bainbridge Beck Price & Hecht LLP
601 Pennsylvania Ave. NW
South Tower Suite 700
Washington, DC 20004
202-839-3531
646-968-4125 (fax)
*awilliamson@piercebainbridge.com*

Harmeet Kaur Dhillon
Dhillon Law Group, Inc.
177 Post Street
Suite 700
San Francisco, CA 94108
415-433-1700
415-520-6593 (fax)
*harmeet@dhillonlaw.com*

**Attorneys for Defendant Walmart, Inc.:**

Bryan Alexander Merryman
Catherine Susan Simonsen
White and Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071-2433
213-620-7700-7802
213-452-2329 (fax)
*bmerryman@whitecase.com*
*catherine.simonsen@whitecase.com*

Stefan M. Mentzer, PHV
White & Case, LLP
1221 Avenue of the Americas
Floor 49
New York, NY 10020
212-819-8200
212-354-8113 (fax)
*smentzer@whitecase.com*

Bijal Vijay Vakil
Jeremy Kent Ostrander
Hallie Elizabeth Kiernan
White & Case LLP
3000 El Camino Real
2 Palo Alto Square
Suite 900
Palo Alto, CA 94306-2109
650-213-0316
650-213-8158 (fax)
*bvakil@whitecase.com*
*jostrander@whitecase.com*
*hallie.kiernan@whitecase.com*