**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs' Motion to Hold Supplemental Briefing in Abeyance**<br><br>**Hon. Morrison C. England, Jr.**<br><br>Hearing Date: August 8, 2019[1]<br><br>**Courtroom: 7**<br><br>**Time: 2:00 p.m.** |

---

[1] Per Dkt. 228, supplemental briefing is due July 11, 2019.

# NOTICE OF MOTION AND MOTION TO HOLD SUPPLEMENTAL BRIEFING IN ABEYANCE

**PLEASE TAKE NOTICE THAT** on August 8, 2019, at 2:00 p.m., or as soon thereafter as the matter may be heard,[2] in Courtroom 7 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, before the Honorable Morrison C. England, Jr., Plaintiffs Sharidan Stiles and Stiles 4U, Inc. ("Plaintiffs" or "Stiles") will, and hereby do, move the Court for an order holding in abeyance the supplemental briefing ordered by the Court in its June 10, 2019 Order[3] (the "Motion"). This Motion is made pursuant to Federal Rules of Civil Procedure 6(b) and 78(b). This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and upon all other matters presented to the Court at the time of the hearing.

Dated: July 3, 2019              Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:   /s/ Brian J. Dunne
      Brian Dunne
      *Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

---

[2] Plaintiffs note that per Dkt. 228, supplemental briefing is currently due July 11, 2019.
[3] *See* Dkt. 228

**Plaintiffs' Motion to Hold Supplemental Briefing in Abeyance**

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs" or "Stiles"), by and through the undersigned counsel, respectfully submit this brief in support of Plaintiffs' Motion to Hold Supplemental Briefing in Abeyance (the "Motion").

**ARGUMENT**

Currently pending before the court is a Motion for Reconsideration of Order Denying Motion to Dismiss or, in the Alternative, for Judgment on the Pleadings filed by Defendants Walmart, Inc. and American International Industries (Dkt. 193) ("Reconsideration Motion"). On June 10, 2019, the Court ordered supplemental briefing on the Reconsideration Motion, to be filed by July 11, 2019. (Dkt. 228.) A hearing on the Reconsideration Motion is set for July 25, 2019. (*Id.*) The Reconsideration Motion and the supplemental briefing thereon pertain to Plaintiffs' Fourth Amended Complaint.

However, on June 28, 2019, Plaintiffs filed a Motion for Leave to Join Additional Defendants ("Motion for Joinder"), after discovering from recently-produced documents the direct participation of non-parties Coty Inc., Pacific World Corporation, and Procter & Gamble Co. in a horizontal price-fixing conspiracy that directly led to Plaintiffs' ouster from Walmart shelves. (*See* Dkt. 232.) Accordingly, in the interests of judicial economy, Plaintiffs respectfully request that the court hold in abeyance briefing on the Reconsideration Motion pending resolution of Plaintiffs' Motion for Leave to Join Additional Defendants. (*See* Fed. R. Civ. P. 78(b)) (*see also* Fed. R. Civ. P. 6(b).)

**CONCLUSION**

For the reasons stated above, Plaintiffs' motion should be granted.

Dated: July 3, 2019

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: /s/ Brian J. Dunne
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**

Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*