UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-CMK<br><br>**Order Granting Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Request to Seal Documents and Redact Motion**<br><br>Hon. Morrison C. England, Jr.<br>Hearing date: August 8, 2019<br>Courtroom: 7<br>Time: 2:00 P.M. |

Before the Court are Plaintiffs Sharidan Stiles and Stiles 4 U Inc.'s ("Plaintiffs") Request to Seal Documents and Redact Motion (ECF No. 234), as well as Defendant American International Industries and Walmart's Responses thereto. ECF Nos. 235, 236. Upon consideration, this Court GRANTS the Request. The following documents may be filed under permanent seal:

1

(1) Exhibits 1 through 38; and

(2) Motion at pages 8, 9, 10, 11, 12 and 13.

Additionally, parts of the Motion which reference, cite, or quote the sealed exhibits may also be redacted.

IT IS SO ORDERED.

Dated:  July 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE