**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs' Application for Reconsideration of Order Granting Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Request to Seal Documents and Redact Motion (Dkt. 242)**<br><br>**Hon. Morrison C. England, Jr.**<br>**Hearing date: August 8, 2019**<br>**Courtroom: 7**<br>**Time: 2:00 P.M.** |

**Plaintiffs' Motion Seeking Leave to Amend the Fourth Amended Complaint**

**PLAINTIFFS' APPLICATION FOR RECONSIDERATION**

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. (collectively, "Stiles") respectfully submit this Application for Reconsideration under L.R. 230(j). Specifically, in briefing on Plaintiffs' Request to Seal Documents and Redact Motion (Dkt. 231, 234), no justification was shown (or even proffered) to seal Exhibits 1-5, 25, 29, and 37 to Plaintiff's Motion Seeking Leave to Join Additional Defendants (Dkt. 232). Plaintiffs respectfully request that the Court reconsider its July 19, 2019 Order (Dkt. 242) to the extent it states that Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion "may be permanently sealed." There is no legal basis for sealing these documents.

BACKGROUND AND ARGUMENT

On July 19, 2019, the Court electronically filed an Order Granting Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Request to Seal Documents and Redact Motion. (Dkt. 243.). The Order states that Exhibits 1-38 to Plaintiffs' Motion Seeking Leave to Join Additional Defendants (Dkt. 232) may be filed under permanent seal. (Dkt. 242 at 1-2.)

Local Rule 141 specifies that "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law." L.R. 141(a). Under Ninth Circuit law, a party seeking to seal documents bears the burden of establishing a "compelling reason for sealing" each document sought to be sealed. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Here, there has been no "showing required by applicable law" to support the sealing of Exhibits 1-5, 25, 29, or 37 to Plaintiffs' Motion. Specifically, neither Walmart Inc. ("Walmart") nor American International Industries ("AI") even **requested** to seal Exhibits 1-5, 25, 29, or 37, let alone proffered a "compelling reason for sealing" any of them, as required under applicable law. Nonetheless, the Court's

1  July 19, 2019 Order states that "Exhibits 1-38" may be sealed.

2      Plaintiffs respectfully request that the Court reconsider its July 19, 2019 Order
3  (Exh. 242) to the extent it states that Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion
4  Seeking Leave to Join Additional Defendants "may be permanently sealed."  There
5  is no legal basis for sealing these documents under L.R. 141 and Ninth Circuit
6  precedent.
7
8  Dated: July 19, 2019

                                   Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:   /s/ Brian J. Dunne
      Brian J. Dunne (SBN 275689)
      bdunne@piercebainbridge.com
      Yavar Bathaee (SBN 282388)
      yavar@piercebainbridge.com
      David Hecht (*pro hac vice*)
      dhecht@piercebainbridge.com
      355 South Grand Avenue, 44th Floor
      Los Angeles, California 90071
      (213) 262-9333

**Dhillon Law Group Inc.**

      Harmeet K. Dhillon (SBN 207873)
      harmeet@dhillonlaw.com
      Nitoj Singh (SBN 265005)
      nsingh@dhillonlaw.com
      177 Post Street, Suite 700
      San Francisco, CA 94108
      (415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*