**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles
and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs':**<br><br>**(1) Notice of Motion and Motion for Reconsideration of Order Granting Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Request to Seal Documents and Redact Motion (Dkt. 242)**<br><br>**(2) Application for Reconsideration in Support Thereof**<br><br>**Hon. Morrison C. England, Jr.**<br>**Hearing date: August 22, 2019**<br>**Courtroom: 7**<br>**Time: 2:00 P.M.** |

**Plaintiffs' Motion Seeking Leave to Amend the Fourth Amended Complaint**

**PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR RECONSIDERATION OF ORDER GRANTING REQUEST TO SEAL
<u>DOCUMENTS AND REDACT MOTION (DKT. 242)</u>**

**PLEASE TAKE NOTICE THAT** on August 22, 2019, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, before the Honorable Morrison C. England, Jr., Plaintiffs Sharidan Stiles and Stiles 4U, Inc. ("Plaintiffs" or "Stiles") will, and hereby do, move the Court for reconsideration of its Order Granting Request to Seal Documents and Redact Motion (Dkt. 242). This Motion is made pursuant to Local Rule 230(j). This Motion is based upon this Notice of Motion and Motion, the accompanying Application for Reconsideration, the pleadings on file in this action, and upon all other matters presented to the Court at the time of the hearing.

Dated: July 19, 2019　　　　　　　　Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:　/s/ Brian J. Dunne
　　　Brian Dunne
　　　*Attorneys for Plaintiffs Sharidan
　　　Stiles and Stiles 4 U, Inc.*

**PLAINTIFFS' APPLICATION FOR RECONSIDERATION**

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. (collectively, "Stiles") respectfully submit this Application for Reconsideration under L.R. 230(j). Specifically, in briefing on Plaintiffs' Request to Seal Documents and Redact Motion (Dkt. 231, 234), no justification was shown (or even proffered) to seal Exhibits 1-5, 25, 29, and 37 to Plaintiff's Motion Seeking Leave to Join Additional Defendants (Dkt. 232). Plaintiffs respectfully request that the Court reconsider its July 19, 2019 Order (Dkt. 242) to the extent it states that Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion "may be permanently sealed." There is no legal basis for sealing these documents.

BACKGROUND AND ARGUMENT

On July 19, 2019, the Court electronically filed an Order Granting Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Request to Seal Documents and Redact Motion. (Dkt. 243.). The Order states that Exhibits 1-38 to Plaintiffs' Motion Seeking Leave to Join Additional Defendants (Dkt. 232) may be filed under permanent seal. (Dkt. 242 at 1-2.)

Local Rule 141 specifies that "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law." L.R. 141(a). Under Ninth Circuit law, a party seeking to seal documents bears the burden of establishing a "compelling reason for sealing" each document sought to be sealed. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Here, there has been no "showing required by applicable law" to support the sealing of Exhibits 1-5, 25, 29, or 37 to Plaintiffs' Motion. Specifically, neither Walmart Inc. ("Walmart") nor American International Industries ("AI") even ***requested*** to seal Exhibits 1-5, 25, 29, or 37, let alone proffered a "compelling reason for sealing" any of them, as required under applicable law. Nonetheless, the Court's

July 19, 2019 Order states that "Exhibits 1-38" may be sealed.

     Plaintiffs respectfully request that the Court reconsider its July 19, 2019 Order (Exh. 242) to the extent it states that Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion Seeking Leave to Join Additional Defendants "may be permanently sealed." There is no legal basis for sealing these documents under L.R. 141 and Ninth Circuit precedent.

Dated: July 19, 2019

          Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: /s/ Brian J. Dunne
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**

Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*