**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Notice of Request to Seal Documents in Support of Reply and Redact Reply Brief**<br><br>Hon. Morrison C. England, Jr.<br>Hearing date: August 8, 2019<br>Courtroom: 7<br>Time: 2:00 P.M. |

Pursuant to the Court's Stipulated Protective Order and Local Rule 141, Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby file their Notice of Request to Seal Documents designated as

1  Confidential Material by Defendants Walmart Inc. ("Walmart") and American International
2  Industries ("AI" and together, "Defendants") (the "Request").  The Request seeks to seal
3  Exhibits 1-2 and 4-7 (the "Exhibits") to the concurrently filed Declaration of Brian Dunne.
4  Additionally, pursuant to Local Rule 140(b), the Request seeks to redact any citations,
5  quotations, or other referenes to such Confidential Material within the concurrently filed
6  Motion for Order Granting Plaintiffs Leave to Amend Complaint (the "Motion").
7      Pursuant to Local Rule 141, documents may be sealed only by written order of the
8  Court.  *See* L.R. 141(a).  Ordinarily, a party seeking to seal a document must "describe
9  generally the documents sought to be sealed, the basis for sealing, the manner in which
10  the Request to Seal Documents, proposed order, and documents were served on all other
11  parties." L.R. 141(b) (internal quotations omitted).  In this case, the provisions of Local
12  Rule 141(b) have been modified as stipulated by the parties (the "Stipulated Protective
13  Order").  *See* ECF No. 178 (Order Granting Stipulated Protective Order).
14
15      Under the Court's Stipulated Protective Order, in this case, "[i]f a party files papers
16  that include Confidential Material of another party, the filing party shall file a request to
17  seal indicating that another party has designated the Confidential Material for
18  protection . . . ."  *See* ECF No. 178 ¶ 14.  However, the requesting party is not required
19  to set forth "'the basis for sealing,' 'the statutory or other authority for sealing, the
20  requested duration, [and] the identity, by name or category, of persons to be permitted
21  access to the documents'"—which it would ordinarily be required to do under Local Rule
22  141(b).  *See id.*  Rather, under the Court's Stipulated Protective Order, because the
23  confidential material at issue is material designated as confidential by Defendants,
24  Defendants must "respond to the request to seal within three (3) days setting forth the
25

1   reasons such material should remained sealed.  *See id.*  Accordingly, Plaintiffs will not set forth the basis for sealing these documents, and Defendants, pursuant to the Protective Order, shall within three (3) days respond to this Request.

Plaintiffs seek to seal Exhibits 1-2 and 4-7 to the Declaration of Brian Dunne in Support of Reply, which Defendants have designated as Confidential Material.

Pursuant to Local Rule 141(b), the Request, proposed order, and Exhibits will be emailed to the "Proposed Orders" email box of the Honorable Morrison C. England, Jr. Plaintiff will also serve Defendants' counsel with a copy of the Notice, Request, proposed order, and Exhibits via electronic mail.  Plaintiff is also willing to undertake such other notice as this Court deems reasonable and appropriate.

In light of the privacy interests involved with these Exhibits, Plaintiffs respectfully ask that their Request to Seal Exhibits 1 through 3 and 4 through 7 and Redact Motion be granted.

Dated: August 1, 2019

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: /s/ Brian J. Dunne
    Brian J. Dunne (SBN 275689)
    bdunne@piercebainbridge.com
    Yavar Bathaee (SBN 282388)
    yavar@piercebainbridge.com
    David Hecht (pro hac vice)
    dhecht@piercebainbridge.com
    355 South Grand Avenue, 44th Floor
    Los Angeles, California 90071
    (213) 262-9333

**Dhillon Law Group Inc.**

    Harmeet K. Dhillon (SBN 207873)
    harmeet@dhillonlaw.com
    Nitoj Singh (SBN 265005)
    nsingh@dhillonlaw.com
    177 Post Street, Suite 700
    San Francisco, CA 94108
    (415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*