| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | No. 2:14-cv-02234-MCE-DMC<br><br>**ORDER** |

Plaintiffs Sharidan Stiles and Stiles 4 U Inc.'s Request to Seal Documents (ECF No. 234) previously came before this Court, to which Defendants Walmart Inc. and American International Industries ("Defendants") filed a Response agreeing with Plaintiffs' request. ECF No. 236. Thereafter, the Court granted the request (ECF No. 242) by executing the proposed order filed by Plaintiffs. ECF No. 234-1. Curiously, however, in response to the Court signing her own proposed order, Plaintiff filed Motions for Reconsideration (ECF Nos. 243, 246) contending that Defendants did not proffer any evidence in support of sealing Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion.

///

///

To the extent that Plaintiffs' proposed order (ECF No. 234-1) requested the sealing of Exhibits 1-5, 25, 29, and 37 without proper basis, the Court acknowledges that its order sealing of these documents was made in error. Accordingly, the Court's earlier Order (ECF No. 242) is AMENDED as follows: Exhibits 1-5, 25, 29, and 37 to Plaintiffs' Motion Seeking Leave to Join Additional Defendants (ECF No. 232) are UNSEALED and shall be filed publicly on the docket. Plaintiffs' pending Motions for Reconsideration (ECF No. 243, 246) are DENIED as moot.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE