**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Response to Walmart's Notice of Intent to Oppose (Dkt. 259)** |

This is a response to defendant Walmart's "Notice of Intent to Oppose Plaintiffs' Motion for Reconsideration of the Court's July 19, 2019 Order," filed earlier this evening. (Dkt. 259.) Plaintiffs are unclear what the point of this filing is—it opposes a motion that

is not pending, and seeks to seal documents that Walmart already declined to move to seal over a month ago—but in any event, the filing flatly misstates facts. Plaintiffs' filing will be limited to correcting the record—with documentary support.

On July 1, 2019, Walmart filed a request to maintain documents under seal and accompanying declaration. This request never sought to seal any of the documents it now claims need to be sealed. The request to maintain documents under seal and declaration (Dkt. 236 and 236-1) are attached as Exhibit A.

On July 31, 2019, Plaintiffs emailed counsel for Pacific World Corporation to notify that party that its designated-confidential information had been filed under seal in this case, and was subject to unsealing. A true and correct copy of this email is attached as Exhibit B. Plaintiffs' July 31, 2019 email attached each Pacific World Corporation documents that had been filed as an exhibit in conjunction with Plaintiffs' Motion for Leave to Add Parties, and linked the Court's local rules regarding time and procedure to maintain documents under seal. Plaintiffs' email copied counsel for Walmart and American International Industries. No one from Pacific World Coporation responded or moved to seal. None of the defendants complained about the July 31, 2019—or contacted Plaintiffs about it in any way before submitting a filing with the Court.

Plaintiffs believe the documents—and the docket—speak for themselves here. There is no pending motion. There was no faliure to notify. Finally, it is lamentable that Walmart decided to file something—let alone something misleading—without even contacting Plaintiffs about their alleged concerns.

| | |
|---|---|
| 1  Dated: August 7, 2019 | Respectfully submitted, |

**Pierce Bainbridge Beck Price & Hecht LLP**

By: <u>/s/ Brian J. Dunne</u>
    Brian J. Dunne (SBN 275689)
    bdunne@piercebainbridge.com
    Yavar Bathaee (SBN 282388)
    yavar@piercebainbridge.com
    David Hecht (pro hac vice)
    dhecht@piercebainbridge.com
    355 South Grand Avenue, 44th Floor
    Los Angeles, California 90071
    (213) 262-9333

**Dhillon Law Group Inc.**

    Harmeet K. Dhillon (SBN 207873)
    harmeet@dhillonlaw.com
    Nitoj Singh (SBN 265005)
    nsingh@dhillonlaw.com
    177 Post Street, Suite 700
    San Francisco, CA 94108
    (415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*