# EXHIBIT B

| | |
|---|---|
| **Subject:** | Stiles v. Walmart, 2:14-cv-02234-MCE-DMC (E.D. Cal.) - PWC Documents Filed Under Temporary Seal |
| **Date:** | Wednesday, July 31, 2019 at 1:42:21 PM Pacific Daylight Time |
| **From:** | Brian Dunne |
| **To:** | jli@prospectcap.com |
| **CC:** | Harmeet K. Dhillon (DhillonLaw), Nitoj Singh (DhillonLaw), David Hecht, Yavar Bathaee, Andrew Williamson, Max Hirsch, Erick Kuylman, Zachary Page, Sherron Wiggins, Ostrander, Jeremy, W&C Walmart-Stiles Team |
| **Attachments:** | image001.png, 2018-12-03 (doc 178) Protective Order.pdf, PWC .zip |

Jonathan,

Pursuant to the attached protective order in the above-referenced case, I am writing to notify you that the documents in the attached password-protected ZIP, which were produced by Pacific World Corporation pursuant to subpoena, were filed under temporary seal with the court. Please note that Eastern District of California L.R. 141 sets forth a specific process and time-frame for applications to seal documents. I have linked the local rules below for your convenience:

http://www.caed.uscourts.gov/caednew/assets/File/Local%20Rules%20Effective%202-1-2019(3).pdf

I will send a password to open the ZIP in a separate email.

Best,

**Brian Dunne,** Partner
Pierce Bainbridge Beck Price & Hecht LLP

355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
bdunne@piercebainbridge.com
P: (213) 246-2411

Boston  |  Cleveland  |  **Los Angeles**  |  New York  |  Washington, D.C.

**PIERCE BAINBRIDGE**

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.