1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   SHARIDAN STILES, an individual, STILES        Case No. 2:14-cv-02234-MCE-DMC
     4 U, INC., a California corporation,
12                                                  **ORDER GRANTING DEFENDANTS'**
                 Plaintiffs,                        **NOTICE OF REQUEST TO SEAL**
13                                                  **DOCUMENTS AND REDACT**
                                                    **OPPOSITION TO PLAINTIFFS'**
14         v.                                       **MOTION SEEKING LEAVE TO JOIN**
                                                    **ADDITIONAL DEFENDANTS**
15   WALMART INC.; AMERICAN
     INTERNATIONAL INDUSTRIES,
16                                                  Judge: The Honorable Morrison C.
                 Defendants.                        England, Jr.
17

18

19         Defendants Walmart Inc.'s Request to Seal Documents and Redact Opposition to

20   Plaintiffs' Motion Seeking Leave to Join Additional Defendants (ECF No. 249) is now before this

21   Court.  Having so reviewed, and upon consideration, the Court GRANTS this Request.  The

22   following documents may be filed under seal:

23         1.  Exhibits A and B to the Declaration of Jeremy Ostrander in support of Defendants'

24             Opposition to Plaintiffs' Motion Seeking Leave to Join Additional Defendants.

25   ///

26   ///

27   ///

28   ///

                                              - 1 -

1    Additionally, parts of the Opposition which reference, cite, or quote the sealed exhibits

2    or exhibits previously sealed by this Court (ECF No. 258) and the confidential portions of the

3    Declaration of Esther Gifford can be redacted.

4         IT IS SO ORDERED.

5    Dated:  September 10, 2019

6

7    MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -