**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-CMK<br><br>**Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.'s Notice of Request to Seal Documents in Support of Joint Statement re Discovery Disagreement**<br><br>Hon. Morrison C. England, Jr.<br>U.S. Magistrate Judge Dennis M. Cota<br>Hearing date: December 11, 2019<br>Courtroom: 7<br>Time: 10:00 A.M. |

Pursuant to the Court's Stipulated Protective Order and Local Rule 141, Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby file their Notice of Request to Seal Documents designated as Confidential Material by Defendants Walmart

1

Inc. ("Walmart") and American International Industries ("AI" and together, "Defendants") (the "Request"). The Request seeks to seal Exhibits 11a–c, 14a-c, 29–44a-c, 46a-c, 48–52, 55–56, 58–61, 63, 65–70, 72–74 (the "Exhibits") to the concurrently filed Declaration of Andrew Williamson. Additionally, pursuant to Local Rule 140(b), the Request seeks to redact any citations, quotations, or other references to such Confidential Material within the concurrently filed Joint Statement re Discovery Disagreement (the "Joint Statement").

Pursuant to Local Rule 141, documents may be sealed only by written order of the Court. *See* L.R. 141(a). Ordinarily, a party seeking to seal a document must "describe generally the documents sought to be sealed, the basis for sealing, the manner in which the Request to Seal Documents, proposed order, and documents were served on all other parties." L.R. 141(b) (internal quotations omitted). In this case, the provisions of Local Rule 141(b) have been modified as stipulated by the parties (the "Stipulated Protective Order"). *See* ECF No. 178 (Order Granting Stipulated Protective Order).

Under the Court's Stipulated Protective Order, in this case, "[i]f a party files papers that include Confidential Material of another party, the filing party shall file a request to seal indicating that another party has designated the Confidential Material for protection . . . ." ECF No. 178 ¶ 14. However, the requesting party is not required to set forth "'the basis for sealing,' 'the statutory or other authority for sealing, the requested duration, [and] the identity, by name or category, of persons to be permitted access to the documents'"—which it would ordinarily be required to do under Local Rule 141(b). *See id.* Rather, under the Court's Stipulated Protective Order, because the Confidential Material at issue is material designated as confidential by Defendants, Defendants must "respond to the request to seal within three (3) days setting forth the reasons such material should remained sealed. *See id.* Accordingly, Plaintiffs will not set forth the basis for sealing

2

these documents, and Defendants, pursuant to the Protective Order, shall within three (3) days respond to this Request.

Plaintiffs seek to seal the following Exhibits which Defendants have designated as Confidential Material:

(1) **Exhibit 11a** - 2012 Line Review Form for Beauty Accessories, Bates Nos. WM-STILES-0004358 – 00004360; **Exhibit 11b** - excerpt of Walmart's Merchandise Presentation Sheet, Bates Nos. WM-STILES-0004655 – 0004658; and **Exhibit 11c** - email between Procter & Gamble and Walmart re Wet Shave Category Summary thru 200742, Bates Nos. WM-STILES-0004436 – 0004437.

(2) **Exhibit 14a** - email thread between Stiles and Walmart, then between Walmart personnel internally re Update for meeting, dated Oct. 10–11, 2011, Bates Nos. WM-STILES-0003411 – 0003412; **Exhibit 14b** - email thread between Walmart employees re 2008 data, dated Oct. 11–17, 2011, Bates Nos. WM-STILES-0003387 – 0003389; and **Exhibit 14c** is a true and correct copy of an email thread between Stiles and Walmart, then between Walmart personnel internally re Update for meeting, dated Oct. 20–12. 2011, Bates Nos. WM-STILES-0003393–0003396.

(3) **Exhibit 29** - Walmart email attaching a Pacific World Corp. ("PWC") Weekly Category Report, dated Oct. 4, 2015, Doc. ID 11386.

(4) **Exhibit 30** - Weekly Category Report—Beauty Accessories Spreadsheet, dated Oct. 4, 2015, Doc. ID 11389.

(5) **Exhibit 31** - Weekly Category Pivot Table Report, dated June 26, 2016, Doc. ID 7995.

(6) **Exhibit 32** - email from AI to Walmart, dated July 28, 2014, Bates No. AII_00001592.

(7) **Exhibit 33** - email from AI to Walmart, dated Feb. 18, 2011, Bates Nos. AII_00000619–00000620.

(8) **Exhibit 34** - Excel spreadsheet, price-ranking new items, produced by Walmart, dated Mar. 2, 2011, Bates No. AII_00000028.

(9) **Exhibit 35** - AI's Excel spreadsheet attached to an email sent to Walmart, dated Mar. 14, 2011, Bates No. AII_00000035.

(10) **Exhibit 36** - Coty's Excel spreadsheet attached to an email to Walmart, dated October 7, 2011, Bates No. WM-STILES-0001956.

(11) **Exhibit 37** - email from Procter & Gamble ("P&G") to Walmart, dated Nov. 16, 2009, Bates No. WM-STILES-0002185.

(12) **Exhibit 38a** - email regarding P&G's Sales Forecasts to Walmart, WM-STILES-0004538; **Exhibit 38b** - P&G's Sales Forecasts to Walmart, dated Oct. 8, 2018, Bates No. WM-STILES-0004539.

(13) **Exhibit 39** - email from P&G to Walmart re Inventory Report and New Item Tracker, dated Oct. 13, 2008, Bates Nos. WM-STILES-0004545 – 0004546.

(14) **Exhibit 40** - P&G's Inventory Report sent to Walmart, dated Oct. 13, 2008, Bates No. WM-STILES-0004547.

(15) **Exhibit 41** - Pricing Analysis, Sales, and Inventory Information for Products in Walmart's Wet Shave Category, dated Oct. 13, 2008, Bates No. WM-STILES-0004548.

(16) **Exhibit 42** - email from Walmart to P&G re Add/Delete #3, dated Sep. 18, 2009, Bates No. WM-STILES-0003320.

(17)    **Exhibit 43** - email from Walmart to P&G re Add/Delete, dated Sep. 18, 2009, Bates No. WM-STILES-0003327.

(18)    **Exhibit 44a** - email from Coty to Walmart, dated Oct. 7, 2011, Bates Nos. WM-STILES-0001954 – 0001955; **Exhibit 44b** - email from AI to Walmart, dated Mar. 2, 2011, Bates Nos. AII_00000018 – 00000027; and **Exhibit 44c** - email from Coty to Walmart, dated Oct. 14, 2011, Bates Nos. WM-STILES-0001961 - WM-STILES-0001962.

(19)    **Exhibit 46a** - email thread between PWC and Walmart, dated July 11, 2011, Bates Nos. WM-STILES-0002070 – 0002072; **Exhibit 46b** - Walmart email with attachments, dated Jan. 19, 2010, Bates Nos. WM-STILES-0003360 – 0003369, and **Exhibit 46c** - email between PWC and Walmart with attachments, dated Nov. 1 2012, Bates Nos. WM-STILES-0003519 – 0003523.

(20)    **Exhibit 48** - 2010 American Safety Razor Modular Planning spreadsheet, Bates No. WM-STILES-0003331.

(21)    **Exhibit 49** - email thread between Walmart and Procter & Gamble re not giving Stiles more stores, dated Nov. 16, 2009, Bates No. WM-STILES-0002187.

(22)    **Exhibit 50** - email from Procter & Gamble to Walmart re Wet Shave Category Summary 200733, dated Sep. 17, 2007, Bates No. WM-STILES-0004428.

(23)    **Exhibit 51** - 2008 Wet Shave New Item Tracking Report, Bates No. WM-STILES-0004429.

(24)    **Exhibit 52** - Walmart email re Stiles update, dated Oct. 15, 2009, Bates No. WM-STILES-0002158.

(25)    **Exhibit 55** - email thread between Walmart and Quest Products re Stiles razor decision, dated Sep. 17–18, 2009, Bates No. WM-STILES-0002161.

(26)   **Exhibit 56** - weekly recap for the Wet Shave Category (Wk 37), Bates No. WM-STILES-0004551.

(27)   **Exhibit 58** - email between Walmart and PWC re Stiles updated matrix, dated July 24–25, 2011, Bates No. WM-STILES-0001785.

(28)   **Exhibit 59** - email thread between Walmart and Coty re Line Review Form, dated July 16, 2013, Doc. ID 6814.

(29)   **Exhibit 60** - email thread between Walmart employees re Stiles Razor Analysis, dated Oct. 10–11, 2011, Bates No. WM-STILES-0001951.

(30)   **Exhibit 61** - email between Walmart and Coty re Stiles Analysis Request Revised, dated Oct. 17, 2011, Bates No. WM-STILES-0001957.

(31)   **Exhibit 63** - email from Quest Products to Walmart re Stiles Razor modular, dated Sep. 11, 2009, Bates No. WM-STILES-0000653.

(32)   **Exhibit 65** - email thread between Walmart employees re Stiles Razor, dated Aug. 10–11, 2010, Bates No. WM-STILES-0002419.

(33)   **Exhibit 66** - email thread between Walmart and Stiles requesting men's sample disposable razor, dated June 23, 2011, Bates Nos. WM-STILES-0001125 – 0001126.

(34)   **Exhibit 67** - email thread between Walmart and AI re Accessory Modular Changes, dated Oct. 7–8, 2014, Bates No. AII_00001913.

(35)   **Exhibit 68** - email thread between Walmart and AI re Accessory Modular Changes, dated Oct. 7–9, 2014, Bates Nos. AII_00001928 – 00001940.

(36)   **Exhibit 69** - email thread between Walmart and AI reprice Change for SP Brow Trim & Shape, date Dec. 18–19, 2014, Bates Nos. AII_00001291 – 00001292.

(37)  **Exhibit 70** - email thread between Walmart and AI re Accessory Modular Changes, dated Oct. 8, 2014, Bates Nos. AII_00001273 – AII_00001281.

(38)  **Exhibit 72** - emails between Walmart and Stiles re insight as to supplier response, dated Aug. 4 and 10, 2010, Bates No. WM-STILES-0002395.

(39)  **Exhibit 73** - emails between Walmart and Stiles re supplying supporting documents from supplier, dated Aug. 4, 2010, Bates No. WM-STILES-0002371.

(40)  Attached hereto as **Exhibit 74** - email thread between Walmart employees re Stiles Razor, dated Aug. 10–11, 2010, Bates Nos. WM-STILES-0002425 – 0002426.

(41)  Joint Statement at p. 3 – description of Exhibits 14a–c.

(42)  Joint Statement at p. 12 – description of Exhibit 29.

(43)  Joint Statement at p. 13 – description of Exhibits 30–31; summary and description of Exhibits 32–33.

(44)  Joint Statement at p. 28 – summary and description of Exhibits 34–37.

(45)  Joint Statement at p. 29 – description of a portion of the declaration of Esther Gifford in support of Walmart's Opposition to Plaintiffs' Motion Seeking Leave to Joint Additional Defendants ("Gifford Declaration"); summary and description of Exhibits 38–39.

(46)  Joint Statement at p. 30 – summary and description of Exhibits 34, 40–43; description of a portion of the Gifford Declaration; description of Exhibits 44a–c.

(47)  Joint Statement at p. 32 – summary and description of Exhibits 32–33.

(48)  Joint Statement at p. 38 – description of Exhibit 34; description of a portion of the Gifford Declaration.

(49)  Joint Statement at p. 49 – description of Exhibits 46a–c.

(50)  Joint Statement at p. 51 – description of Exhibits 14a–b.

(51)   Joint Statement at p. 54 – description of Exhibit 16.

Pursuant to Local Rule 141(b), the Request, proposed order, and Exhibits will be emailed to the "Proposed Orders" email box of the Honorable Dennis M. Cota.  Plaintiffs will also serve Defendants' counsel with a copy of the Notice, Request, Proposed Order, and Exhibits via electronic mail.  Plaintiffs are also willing to undertake such other notice as this Court deems reasonable and appropriate.

In light of the privacy interests involved with these Exhibits, Plaintiffs respectfully ask that their Request to Seal Exhibits 11a–c, 14a-c, 29–44a-c, 46a-c, 48–52, 55–56, 58–61, 63, 65–70, 72–74 and Redact Joint Statement be granted.

Dated: December 4, 2019                          Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: /s/ Brian J. Dunne
Brian J. Dunne (SBN 275689)
bdunne@piercebainbridge.com
Yavar Bathaee (SBN 282388)
yavar@piercebainbridge.com
David Hecht (pro hac vice)
dhecht@piercebainbridge.com
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**

Harmeet K. Dhillon (SBN 207873)
harmeet@dhillonlaw.com
Nitoj Singh (SBN 265005)
nsingh@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*