**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Yavar Bathaee (SBN 282388)
*yavar@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>Hon. Dennis M. Cota<br><br>**Declaration of Brian Dunne in support of Plaintiffs' Motion to Compel Additional Depositions and/or for Leave to Take Depositions in Excess of 10**<br><br>Hearing date:<br>Time:<br>Dept: 304<br>2986 Bechelli Lane<br>Redding, CA 96002 |

1

**Declaration of Brian Dunne in Support of Plaintiffs' Motion to Compel Depositions and/or for Leave to Take Depositions in Excess of 10**

**Declaration of Brian Dunne**

I, Brian Dunne, declare and state as follows:

1.  I am an attorney at law admitted to practice law before this Court and am a partner at Pierce Bainbridge Beck Price & Hecht LLP. The firm currently serves as counsel of record for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("Plaintiffs") in this action. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.  On November 29, 2019, Plaintiffs sent Defendants Walmart, Inc. ("Walmart") and American International Industries ("AI") an email with an attached letter seeking Defendants' stipulation for Plaintiffs to take 13 listed depositions. Attached hereto as Exhibits 1A and 1B are true and correct copies of Plaintiffs' November 29, 2019 email and letter.

3.  On December 3, 2019, the parties held a meet and confer call to discuss Plaintiffs' November 29, 2019 request for stipulation to take 13 depositions. During the call, Defendants Walmart and AI both refused to stipulate to Plaintiffs' request to take 13 depositions in this action because 13 is more than the presumptive limit of 10. Defendants acknowledged, however, that there may possibly be overlap between the designees for the Rule 30(b)(6) depositions and the individually named depositions.

4.  Attached as Exhibit 2 is a true and correct copy of a document that AI produced in discovery in this action: an email from Melanie Patrick to Sheri Davis.

5.  Attached as Exhibit 3 is a true and correct copy of a document that Pacific World Cosmetics produced in discovery in this action: an email from Melanie Jones to Melanie Patrick.

6.  Attached as Exhibit 4A is a true and correct copy of a document that Plaintiffs produced in discovery in this action: an email from Sharidan Stiles to Esther Gifford and Melanie

2

Jones. Attached as Exhibit 4B is a true and correct copy of a PDF excerpt of a native Excel document that Plaintiffs produced in discovery in this action. Exhibit 4B is an attachment to 4A.

7. Attached as Exhibit 5 is a true and correct copy of a document that AI produced in discovery in this action: an email from Delight Slotemaker de Bruine to Reuben Driggers and others.

8. Attached as Exhibit 6 is a true and correct copy of a document that AI produced in discovery in this action: an email from Reuben Driggers to Terri Cooper.

9. Attached as Exhibit 7 is a true and correct copy of a document that AI produced in discovery in this action: an email from Reuben Driggers.

10. Attached as Exhibit 8 is a true and correct copy of a document that AI produced in discovery in this action: an email to Reuben Driggers.

11. Attached as Exhibit 9 is a true and correct copy of a document that AI produced in discovery in this action: an email from Sheri Davis to Reuben Driggers and others.

12. Attached as Exhibit 10 is a true and correct copy of a document that AI produced in discovery in this action: an email from Sheri Davis.

13. Attached as Exhibit 11 is a true and correct copy of a document that AI produced in discovery in this action: an email from Delight Slotemaker de Bruine to Terri Cooper, Reuben Driggers, and others.

14. Attached as Exhibit 12 is a true and correct copy of a document that AI produced in discovery in this action: an email from Terri Cooper.

15. Attached as Exhibit 13 is a true and correct copy of a document that AI produced in discovery in this action: an email from Terri Cooper to Sheri Davis.

16. Attached as Exhibit 14 is a true and correct copy of a document that AI produced in discovery in this action: an email from Terri Cooper.

3

**Declaration of Brian Dunne in Support of Plaintiffs' Motion to Compel Depositions and/or for Leave to Take Depositions in Excess of 10**

17. Attached as Exhibit 15 is a true and correct copy of a document that Walmart produced in discovery in this action: an email from Procter & Gamble's Cheryl Chapman to Heather Ronchetto.

18. Attached as Exhibit 16 is a true and correct copy of a document that Walmart produced in discovery in this action: an email from Heather Ronchetto to Procter & Gamble's Cheryl Chapman.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that it was executed December 6, 2019, in Los Angeles, CA.

Dated: December 6, 2019   Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**


By:   /s/ *Brian Dunne*
      Brian Dunne
      *Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*