| | |
|---|---|
| BRYAN A. MERRYMAN (SBN 134357)<br>bmerryman@whitecase.com<br>CATHERINE S. SIMONSEN (SBN 307325)<br>catherine.simonsen@whitecase.com<br>WHITE & CASE LLP<br>555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br><br>BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>JEREMY OSTRANDER (SBN 233489)<br>jostrander@whitecase.com<br>HALLIE KIERNAN (SBN 313541)<br>hallie.kiernan@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>STEFAN M. MENTZER (admitted *pro hac vice*)<br>smentzer@whitecase.com<br>WHITE & CASE LLP<br>1221 Avenue of the Americas, Floor 49<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>*Attorneys for Defendant*<br>*Walmart Inc.* | Brian J. Dunne (SBN 275689)<br>PIERCE BAINBRIDGE BECK PRICE &<br>HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br>Email: bdunne@piercebainbridge.com<br><br>Harmett K. Dhillon (SBN 207873)<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br>Email: harmeet@dhillonlaw.com<br><br>*Attorneys for Plaintiffs Sharidan L. Stiles and*<br>*Stiles 4 U, Inc.*<br><br>Zachary Page (SBN 293885)<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, CA 90403<br>Telephone: (310) 998-9100, ext. 105<br>Facsimile: (310) 998-9109<br>Email: mkremer@conklelaw.com<br><br>*Attorneys for Defendant American*<br>*International Industries* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO CONDUCT FACT DEPOSITIONS THROUGH AND INCLUDING FEBRUARY 15, 2020** |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("plaintiffs") and defendants Walmart Inc. ("Walmart") and American International Industries ("AII") (collectively, "defendants"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, the present close of fact discovery is January 10, 2020; and

**WHEREAS**, on December 3, 2019, the parties met and conferred regarding depositions of fact witnesses and agreed to stipulate to extend the deadline to conduct fact depositions through and including February 15, 2020; and

**WHEREAS**, Federal Rule of Civil Procedure 16(b)(4) permits the modification of a pretrial scheduling order for good cause. The parties submit that good cause exists to extend the deadline to conduct fact depositions. Plaintiffs and defendants each anticipate using the allotted ten (10) depositions per side. The parties are facing scheduling issues as there are multiple holidays in the last month of fact discovery and counsel for all parties—plaintiffs, Walmart, and AII—need to attend all depositions, in addition to counsel for third parties (in the case of third party depositions), all of whose schedules—in addition to the schedules of the witnesses themselves—need to be accommodated. Furthermore, the parties are still producing documents and intend to serve supplemental written discovery responses. In addition, three motions to compel are scheduled to be heard before Magistrate Judge Cota on December 11, 2019; the resolution of such motions may result in additional productions and other written discovery supplementation. The parties agree and submit that with respect to many of the contemplated depositions, such depositions should occur following the substantial completion of document production and service of final written discovery responses, so that witnesses can be questioned based on a substantially complete documentary record. Finally, the parties agree there is sufficient time between the requested extension date of February 15, 2020, and the deadline for disclosure of expert reports of March 9, 2020, for the parties to complete expert disclosure without further extensions; and

**WHEREAS**, the parties agree that the requested extension best serves the interests of the Court and the parties in efficiently conducting fact depositions.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

The deadline to conduct fact witness depositions by all parties is extended up to and including February 15, 2020. This stipulation does not foreclose future modifications of the case schedule by stipulation, motion, and/or order of the Court.

Respectfully submitted,

Dated: December 5, 2019     **WHITE & CASE LLP**

*/s/ Bryan A. Merryman*
Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: bmerryman@whitecase.com

*Attorneys for Defendant Walmart Inc.*

Dated: December 5, 2019     **CONKLE, KREMER, ENGEL, PROFESSIONAL LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page (SBN 293885)
 *(as authorized on December 5, 2019)*
Conkle, Kremer & Engel
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403
Telephone: (310) 998-9100, ext. 105
Facsimile: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

Dated: December 5, 2019     **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

*/s/ Brian J. Dunne*
Brian J. Dunne (SBN 275689)
 *(as authorized on December 5, 2019)*

| | |
|---|---|
| 1 | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |
| 2 | 355 S. Grand Avenue, 44th Floor |
| | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 262-9333 |
| | Facsimile: (213) 279-2008 |
| 4 | Email: bdunne@piercebainbridge.com |

**DHILLON LAW GROUP**

Harmeet K. Dhillon
DHILLON LAW GROUP
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facscimile: (415) 520-6593
Email: harmeet@dhillonlaw.com

*Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: December 9, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE