BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
JEREMY OSTRANDER (SBN 233489)
jostrander@whitecase.com
HALLIE KIERNAN (SBN 313541)
hallie.kiernan@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>            Defendants. | Case No. 2:14-cv-02234-MCE-DMC<br><br>**WALMART INC.'S RESPONSE TO PLAINTIFFS SHARIDAN STILES AND STILES 4 U, INC.'S NOTICE OF REQUEST TO SEAL DOCUMENTS AND REDACT MOTION TO COMPEL**<br><br>Hon. Morrison C. England, Jr.<br>U.S. Magistrate Judge Dennis M. Cota<br>Hearing date:<br>Courtroom: 304<br>Time: |

1    Pursuant to the Stipulated Protective Order (ECF No. 178) and Local Rule 141, Walmart
2  Inc., ("Walmart") by and through its undersigned counsel, hereby files its Response to Plaintiffs
3  Sharidan Stiles and Stiles 4 U, Inc.'s Notice of Request to Seal Documents and Redact Motion to
4  Compel, ECF No. 289.

5    Under the Protective Order, the party designating a document as CONFIDENTIAL –
6  SUBJECT TO PROTECTIVE ORDER bears the burden of demonstrating the basis for sealing
7  the document, the statutory or other authority for sealing, the requested duration, and the identity
8  of persons to be permitted access to the documents. (ECF No. 178 ¶ 14; L.R. 141.) The
9  documents produced by Walmart and attached by plaintiffs to the plaintiffs' motion to compel
10 depositions and/or motion for leave to take depositions in excess of 10 ("the Motion") (ECF No.
11 288), are all designated confidential under the Protective Order as containing "privileged,
12 confidential, or nonpublic information, including, but not limited to, trade secrets, research,
13 design, development, financial, technical, marketing, planning, personal, or commercial
14 information, as such terms are used in the Federal Rules of Civil Procedure and any applicable
15 case law interpreting Rule 26(c)(1)(G) or the former Rule 26(c)(7), contracts; proprietary
16 information; vendor agreements; personnel files; claim/litigation information; or certain policies
17 and procedures." (ECF No. 178 at 2–3.)

18    Here Walmart, the party seeking to seal documents, bears the burden of showing the basis
19 for sealing the requested documents. *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172,
20 1178 (9th Cir. 2006). However, "[t]he public policies that support the right to access of
21 dispositive motions, and related materials, do not apply with equal force to non-dispositive
22 materials." *Id.* at 1179. "[T]he usual presumption of the public's right to access is rebutted,"
23 where, as here, the documents are attached to a non-dispositive motion. *Id.* at 1180.

24    Exhibits 15 and 16 were previously attached to plaintiffs' motion seeking leave to join
25 additional defendants as Exhibits 6 and 18, respectively, and ordered sealed by the Court on July
26 19, 2019. (ECF No. 242.) Walmart requests these documents be sealed in accordance with the
27 Court's prior order. Walmart also requests that the Court maintain the redaction of any
28 quotations or descriptions of the Exhibits in the Motion.

WALMART'S RESPONSE TO PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND REDACT MOTION TO COMPEL
Case No. 2:14-cv-02234-MCE-DMC

Respectfully Submitted,

Dated:   December 9, 2019                                WHITE & CASE LLP

                                                         By:   */s/ Jeremy Ostrander*
                                                               Jeremy Ostrander

                                                         Attorneys for Defendant
                                                         Walmart Inc.