UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-DMC<br><br>**ORDER GRANTING DEFENDANT WALMART, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO COMPEL BY COURT CALL**<br><br>Date: January 29, 2020<br>Time: 10:00 a.m.<br>Crtrm.: 304<br>Hon. Dennis M. Cota |

Defendant Walmart Inc.'s Request to Appear Telephonically, having been considered and for good cause shown, is hereby GRANTED.

Walmart Inc.'s counsel is hereby permitted to attend the hearing on Plaintiffs Sharidan Stiles' and Stiles 4 U, Inc.'s Motion to Compel scheduled for January 29, 2020 at 10:00 a.m. telephonically.

**IT IS SO ORDERED.**

Dated: January 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE