**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual property and antitrust claims. Pending before the court is plaintiffs' motion to compel (ECF No. 324). Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for January 29, 2020, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: January 28, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1