| | |
|---|---|
| BRYAN A. MERRYMAN (SBN 134357)<br>bmerryman@whitecase.com<br>CATHERINE S. SIMONSEN (SBN 307325)<br>catherine.simonsen@whitecase.com<br>WHITE & CASE LLP<br>555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br><br>BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>JEREMY OSTRANDER (SBN 233489)<br>jostrander@whitecase.com<br>HALLIE KIERNAN (SBN 313541)<br>hallie.kiernan@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>STEFAN M. MENTZER (admitted *pro hac vice*)<br>smentzer@whitecase.com<br>WHITE & CASE LLP<br>1221 Avenue of the Americas, Floor 49<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>*Attorneys for Defendant*<br>*Walmart Inc.* | Brian J. Dunne (SBN 275689)<br>PIERCE BAINBRIDGE BECK PRICE &<br>HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br>Email: bdunne@piercebainbridge.com<br><br>Harmett K. Dhillon (SBN 207873)<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br>Email: harmeet@dhillonlaw.com<br><br>*Attorneys for Plaintiffs Sharidan L. Stiles and*<br>*Stiles 4 U, Inc.* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-CMK<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON WALMART'S MOTION TO ENFORCE THE COURT'S ORDER REGARDING DEPOSITIONS AND/OR FOR PROTECTIVE ORDER (ECF NO. 332)** |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("plaintiffs") and defendant Walmart Inc. ("Walmart") (together, the "parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on January 27, 2020, plaintiffs served defendants with notices of depositions of Jeanne Helfrich for February 11, 2020, and Robin Foshee for February 13, 2020; and

**WHEREAS**, the parties dispute whether plaintiffs are entitled to take the depositions of Ms. Helfrich and Ms. Foshee; and

**WHEREAS**, the deadline to complete all fact depositions in this case is February 15, 2020; and

**WHEREAS**, Walmart has filed a Motion to Enforce the Court's Order Regarding Depositions and/or for Protective Order (ECF No. 332) ("Motion"); and

**WHEREAS**, the parties have agreed to a schedule re: briefing of the joint statement re: Walmart's Motion whereby Walmart agreed to serve plaintiffs with its portion of the joint statement by Tuesday, January 28, 2020, and plaintiffs agreed to serve Walmart with their portion of the joint statement by Friday, January 31, 2020, for filing on Friday, January 31, 2020; and

**WHEREAS**, the parties agree that advancing the hearing on the Motion to February 5, 2020, best serves the interests of the Court and the parties in that advancing the hearing to February 5, 2020 will allow the Court to resolve Walmart's Motion prior to the noticed deposition dates for Ms. Helfrich and Ms. Foshee of February 11, and February 13, 2020, respectively.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

The parties shall file on January 31, 2020, their joint statement re: discovery disagreement re: Walmart's Motion; and

The time for hearing the Motion is shortened to February 5, 2020. The Court will hear argument on the Motion on February 5, 2020.

|   |                          |                                                           |
|---|--------------------------|-----------------------------------------------------------|
| 1 |                          | Respectfully submitted,                                   |
| 2 | Dated: January 29, 2020  | **WHITE & CASE LLP**                                      |
| 3 |                          |                                                           |
| 4 |                          | */s/ Bryan A. Merryman*<br>Bryan A. Merryman (SBN 134357)<br>WHITE & CASE LLP |
| 5 |                          | 555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433 |
| 6 |                          | Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329    |
| 7 |                          | Email: bmerryman@whitecase.com                            |
| 8 |                          | *Attorneys for Defendant Walmart Inc.*                    |
| 9 |                          |                                                           |
| 10| Dated: January 29, 2020  | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**              |
| 11|                          |                                                           |
| 12|                          | */s/ Brian J. Dunne*<br>Brian J. Dunne (SBN 275689)<br>*(as authorized on January 28, 2020)* |
| 13|                          | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP                  |
| 14|                          | 355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071  |
| 15|                          | Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008    |
| 16|                          | Email: bdunne@piercebainbridge.com                        |
| 17|                          | **DHILLON LAW GROUP**                                     |
| 18|                          | Harmeet K. Dhillon<br>DHILLON LAW GROUP                   |
| 19|                          | 177 Post Street, Suite 700<br>San Francisco, CA 94108     |
| 20|                          | Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593    |
| 21|                          | Email: harmeet@dhillonlaw.com                             |
| 22|                          | *Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.* |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED AS FOLLOWS:**

1. The parties' Joint Statement re Discovery Dispute shall be filed on or before 5:00 p.m. on January 31, 2020.
2. The matter is set for hearing on February 5, 2020, at 10:00 a.m. before the undersigned in Redding, California.
3. The parties are notified that, upon the filing of the Joint Statement, the court may determine in its discretion that the matter is appropriate for decision without a hearing.
4. If the hearing is not vacated, personal appearances of counsel for Walmart and plaintiffs are required.

Dated: January 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE