Karen L. Jacobsen - 125684
Kristina L. Sager – 249746
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
kjacobsen@jacobsenmcelroy.com
ksager@jacobsenmcelroy.com

Attorneys for Non-Party Subpoenaed Witnesses
JEANNE HELFRICH and WALGREEN CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No.: 2:14-cv-02234-MCE-DMC<br><br>ACTION FILED: 04/16/18<br><br>**NONPARTY SUBPOENAED WITNESSES JEANNE HELFRICH AND WALGREEN CO.'S JOINDER IN WALMART'S MOTION TO ENFORCE THE COURT'S ORDER RE: DEPOSITIONS AND/OR FOR PROTECTIVE ORDER**<br><br>F.R.C.P. 37(b)(2)(A), 30(a)(2)(A)(i), 26(c); Local R. 251<br><br>Date: February 5, 2020<br>Time: 10:00 a.m.<br>Courtroom: 304<br>Judge: Hon. Dennis M. Cota |

Pursuant to Federal Rules of Civil Procedure 26(c), 30(a)(2)(A)(i), 37(b)(2)(A), and Local Rule 251, and the accompanying declaration of attorney Kristina L. Sager, non-party subpoenaed witnesses JEANNE HELFRICH (hereinafter "Helfrich") and WALGREEN CO. (hereinafter "Walgreens") hereby join defendant WALMART INC.'S (hereinafter "WALMART") motion to enforce the court's order regarding depositions and/or for protective order in its entirety as the motion relates to HELFRICH and

WALGREENS, scheduled for 10:00 a.m. on February 5, 2020 in courtroom 304 of the United States District Court for the Eastern District of California.

DATED: January 31, 2020

**JACOBSEN & McELROY PC**

By: _____
    Kristina L. Sager
    Attorneys for Non-Party Subpoenaed Witnesses
    JEANNE HELFRICH and WALGREEN CO.

## DECLARATION OF KRISTINA L. SAGER

I, Kristina L. Sager, do hereby state and declare as follows:

1.   I am an attorney at law duly licensed to practice before the Eastern District of California and am Senior Counsel at the law firm of Jacobsen & McElroy PC.  Our office has been retained to protect the interests of non-party subpoenaed witnesses JEANNE HELFRICH (hereinafter "Helfrich") and WALGREEN CO. (hereinafter "Walgreens") in the above-entitled matter.

2.   HELFRICH and WALGREENS join in WALMART's motion to enforce this court's order as it relates to HELFRICH and WALGREENS as the arguments and authority presented by WALMART in its motion to enforce this court's order are well articulated, thoughtful and solidly grounded in facts and law.

3.   It is HELFRICH and WALGREENS' contention that plaintiffs have demonstrated HELFRICH is solely a tangential witness and not a material and necessary witness in this matter. HELFRICH is a lead paralegal for WALGREENS and, in her capacity as a lead paralegal for WALGREENS, prepared a declaration in this matter concerning WALGREENS' policies and procedures, which was served on plaintiffs by WALMART.

4.   Subsequent to HELFRICH preparing the declaration, plaintiffs subpoenaed HELFRICH for deposition.

5.   HELFRICH and WALGREENS are informed and believe and herein allege plaintiffs have moved this court on multiple occasions to request authority to proceed with depositions of specific witnesses, none of whom included HELFRICH.  Plaintiffs had the opportunity to request leave to include HELFRICH in the scope of requested depositions during the hearing of January 15, 2020 and failed to do

-2-

NONPARTY SUBPOENAED WITNESSES JEANNE HELFRICH AND WALGREEN CO.'S JOINDER IN WALMART'S
MOTION TO ENFORCE THE COURT'S ORDER RE: DEPOSITIONS AND/OR FOR PROTECTIVE ORDER

so, despite full knowledge that plaintiffs had every intention to depose HELFRICH as plaintiffs issued a deposition subpoena for HELFRICH on January 13, 2020.

6. Since plaintiffs issued the subpoena to its employee HELFRICH, WALGREENS has engaged in discussions with plaintiffs to withdraw of both HELFRICH's declaration and plaintiffs' subpoena. Plaintiffs' counsel offered to withdraw the deposition subpoena if WALGREENS and HELFRICH would withdraw the Declaration. WALGREENS later spoke with plaintiffs' counsel to advise him that WALGREENS and HELFRICH were agreeable to plaintiffs' proposal. However, after plaintiffs' counsel received WALMART's portion of the joint statement regarding the instant motion, WALGREENS was informed today by plaintiffs' counsel that he would no longer agree to withdraw the subpoena in exchange for the withdrawal of the HELFRICH declaration, necessitating HELFRICH and WALGREENS' joining WALMART in its motion to enforce the court's order.

7. HELFRICH and WALGREENS join in WALMART's arguments and legal authority and request the court grant WALMART's motion. Alternatively, HELFRICH and WALGREENS join in WALMART's request to limit HELFRICH's deposition to no more than two hours of questioning by plaintiffs' counsel and to the subject matter contained in her declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on January 31, 2020, at Sacramento, California.

_____
Kristina L. Sager

NONPARTY SUBPOENAED WITNESSES JEANNE HELFRICH AND WALGREEN CO.'S JOINDER IN WALMART'S MOTION TO ENFORCE THE COURT'S ORDER RE: DEPOSITIONS AND/OR FOR PROTECTIVE ORDER