BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
JEREMY OSTRANDER (SBN 233489)
jostrander@whitecase.com
HALLIE E. KIERNAN
hallie.kiernan@whitecase.com
KRISTEN PREVITO
kristen.previto@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

*Attorneys for Defendant Walmart Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-TLN-DMC<br><br>**WALMART'S RESPONSE RE: PLAINTIFFS' NOTICE REGARDING JUDICIAL REASSIGNMENT** |

1    Defendant Walmart, Inc. ("Walmart") hereby responds to plaintiffs Sharidan Stiles and
2 Stiles 4 U, Inc.'s ("plaintiffs") Notice Regarding Judicial Reassignment ("Notice"), filed on
3 February 8, 2020.  ECF No. 367.  On February 6, 2020, on the Court's own motion, the Clerk's
4 Office was directed to reassign this action to another district judge for all further proceedings.
5 ECF No. 361.  On February 7, 2020, this action was reassigned to the Honorable Troy L. Nunley
6 for all further proceedings.  ECF No. 364.

7    Hallie Kiernan, an attorney with White & Case, is one of the attorneys representing
8 Walmart and also served as a judicial law clerk to Judge Nunley from August 2016 to September
9 2018.  Ms. Kiernan is subject to a two-year "cooling off" period with Judge Nunley following her
10 clerkship, per Judge Nunley's standing policy, pursuant to which she is not to work on cases
11 assigned to Judge Nunley.  In this case, however, Ms. Kiernan has worked on this case since
12 December 2018 (after joining White & Case in October 2018).  Ms. Kiernan entered an
13 appearance on behalf of Walmart on May 21, 2019.  ECF No. 212.  At that time, this case was not
14 assigned to Judge Nunley.  Had this case already been assigned to Judge Nunley at that time, Ms.
15 Kiernan would not have been assigned to this case.  Removing Ms. Kiernan from the case now,
16 after working on it for fifteen months and after the close of fact discovery (and one week before
17 the close of an extended fact deposition cutoff by stipulation and order of the magistrate judge),
18 would substantially prejudice Walmart.  Walmart respectfully requests the Court either waive the
19 last seven and one-half months of the two-year "cooling off" period to allow Ms. Kiernan to
20 continue to work on this case, or reassign the case to another district judge, to prevent prejudice to
21 Walmart.

22    In addition, it appears this case should have been reassigned to the Honorable John A.
23 Mendez.  This is because plaintiffs first filed an action *pro se* against Walmart in July 2014,
24 which was assigned to Judge Mendez.  See *Stiles v. Walmart, et al.* ("*Stiles I*"), No. 2:14-cv-JAM-
25 CMK (E.D. Cal. July 11, 2014), ECF No. 1.  While Walmart's motion to dismiss in *Stiles I* was
26 pending, plaintiffs filed this second action *pro se* on September 25, 2014.  ECF No. 1.  Because of
27 plaintiffs' *pro se* status, this action was initially assigned to the Honorable Garland E. Burrell, Jr.
28 *See* ECF No. 1; ECF No. 53.  After plaintiffs retained counsel, the case was reassigned to Judge

1  England.  ECF No. 53.  Thus, under the first-filed rule, this second action should also have been
2  assigned to Judge Mendez.  *See generally Pacesetter Sys. v. Medtronic, Inc.*, 678 F.2d 93, 94 (9th
3  Cir. 1982) (explaining the first-filed rule).
4      In summary, if the Court declines to allow Ms. Kiernan to appear before Judge Nunley on
5  behalf of Walmart, in order to avoid prejudice to Walmart, Walmart respectfully requests the
6  Court either reassign this action to Judge Mendez under the first-filed rule, or reassign the case to
7  another district judge.

Dated:  February 11, 2020

WHITE & CASE LLP

By:  */s/ Bryan A. Merryman*
      Bryan A. Merryman

Attorneys for Defendant
WAL-MART STORES, INC.