1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   LAURA L. CHAPMAN, Cal. Bar No. 167249
3  *lchapman@sheppardmullin.com*
   DYLAN I. BALLARD, Cal. Bar No. 253929
4  *dballard@sheppardmullin.com*
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:   415.434.9100
6  Facsimile:   415.434.3947

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIDAN STILES, as individual, STILES 4 U, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02234-JAM-DMC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that the law firm of Sheppard, Mullin, Richter & Hampton LLP is no longer counsel of record for any party in this case.  White & Case filed a notice of appearance for Defendant Wal-Mart Stores, Inc. on September 29, 2017 and Sheppard, Mullin, Richter & Hampton LLP has not been counsel for any party since on or about that date.  Accordingly, please remove the following from your service list:

　　　　　LAURA L. CHAPMAN
　　　　　*lchapman@sheppardmullin.com*
　　　　　DYLAN I. BALLARD
　　　　　*dballard@sheppardmullin.com*
　　　　　Four Embarcadero Center, 17th Floor
　　　　　San Francisco, California 94111-4109

1  According to the court docket, Defendants Walmart, Inc. and American
2  International Industries are currently represented by White & Case LLP and Conkle,
3  Kremer & Engel, respectively.

4  Dated:  February 14, 2020       Respectfully submitted,

  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

  By     */s/ Laura L. Chapman*
         LAURA L. CHAPMAN
         DYLAN I. BALLARD