# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual; STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-MCE-DMC<br><br>**ORDER GRANTING NON-PARTY COTY INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO COMPEL BY COURT CALL**<br><br>Date: March 4, 2020<br>Time: 10:00 a.m.<br>Crtrm.: 304<br>Hon. Dennis M. Cota |

Non-Party Coty Inc.'s Request to Appear Telephonically, having been considered and for good cause shown, is hereby GRANTED.

Coty Inc's counsel is hereby permitted to attend the hearing on Plaintiffs Sharidan Stiles' and Stiles 4 U, Inc.'s motion regarding depositions [ECF No. 381] scheduled for March 4, 2020 at 10:00 a.m. telephonically.

**IT IS SO ORDERED.**

Dated: 3-3-2020

Hon. Dennis M. Cota
United States Magistrate Judge