# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARIDAN STILES, et al.,

    Plaintiffs,

    v.

WALMART, INC., et al.,

    Defendants.

No. 2:14-CV-2234-KJM-DMC

ORDER

Plaintiffs, who are proceeding with retained, bring this civil action. Pending before the court is plaintiffs' motion for leave to file a surreply. See ECF No. 362.

On January 22, 2020, plaintiffs filed a notice of request to seal documents. On January 27, 2020, Walmart filed a response. On January 30, 2020, plaintiffs submitted their opposition to Walmart's response. On February 3, 2020, Walmart submitted its reply. Plaintiffs seek leave to file a surreply in response to Walmart's February 3, 2020, reply. Having considered the parties' arguments both in support and against the requested relief, and good cause appearing therefor, plaintiffs' motion for leave to file a surreply is granted. The Clerk of the Court is

/ / /

/ / /

/ / /

/ / /

1

directed to file plaintiffs' surreply, attached to its motion at Exhibit A, ECF No. 329-1, as of February 6, 2020.

IT IS SO ORDERED.

Dated: March 5, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE