| | |
|---|---|
| 1 | **Pierce Bainbridge Beck Price & Hecht LLP** |
| | Brian J. Dunne (SBN 275689) |
| 2 | *bdunne@piercebainbridge.com* |
| | Yavar Bathaee (SBN 282388) |
| 3 | *yavar@piercebainbridge.com* |
| | Dan Terzian (SBN 283835) |
| 4 | *dterzian@piercebainbridge.com* |
| | 355 South Grand Avenue, 44th Floor |
| 5 | Los Angeles, California 90071 |
| | (213) 262-9333 |
| 6 | |
| | **Dhillon Law Group Inc.** |
| 7 | Harmeet K. Dhillon (SBN 207873) |
| | harmeet@dhillonlaw.com |
| 8 | Nitoj Singh (SBN 265005) |
| | nsingh@dhillonlaw.com |
| 9 | 177 Post Street, Suite 700 |
| | San Francisco, CA 94108 |
| 10 | (415) 433-1700 |
| 11 | |
| | *Attorneys for* |
| 12 | *Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.* |

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation | Case No. 2:14-cv-02234-KJM-DMC |
| 18 | Plaintiffs, | Hon. Kimberly J. Mueller |
| | v. | U.S. Magistrate Dennis M. Cota |
| 19 | WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES, | **Notice of Withdrawal of Yavar Bathaee as Counsel for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.** |
| 21 | Defendants. | |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS GIVEN that Yavar Bathaee hereby withdraws his appearance as counsel of record for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. in this action. Dan Terzian from Pierce Bainbridge Beck Price & Hecht LLP remains as counsel for service in this action.

Dated: March 5, 2020               Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

*/s/ Yavar Bathaee*
Yavar Bathaee
Brian J. Dunne
Dan Terzian

**Dhillon Law Group Inc.**
Harmeet K. Dhillon
Nitoj Singh

*Attorneys for*
*Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*