**Pierce Bainbridge Beck Price & Hecht LLP**
Dan Terzian (SBN 283835)
*dterzian@piercebainbridge.com*
David L. Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**
Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-KJM-DMC<br><br>Hon. Kimberly J. Mueller<br>U.S. Magistrate Dennis M. Cota<br><br>**Notice of Withdrawal of Brian J. Dunne as Counsel for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.** |

**Notice of Withdrawal of Brian J. Dunne as Counsel**

1  TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

2  NOTICE IS GIVEN that Brian J. Dunne hereby withdraws his appearance as counsel of record for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. in this action. Dan Terzian and David Hecht from Pierce Bainbridge Beck Price & Hecht LLP remain as counsel for service in this action.

Dated: March 8, 2020                Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By:  */s/ Brian J. Dunne*
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Dan Terzian (SBN 283835)
*dterzian@piercebainbridge.com*
David Hecht (*pro hac vice*)
*dhecht@piercebainbridge.com*
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

**Dhillon Law Group Inc.**

Harmeet K. Dhillon (SBN 207873)
*harmeet@dhillonlaw.com*
Nitoj Singh (SBN 265005)
*nsingh@dhillonlaw.com*
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Attorneys for Plaintiffs Sharidan Stiles and Stiles 4 U, Inc.*