# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 612, the hearing set for April 15, 2020, before the undersigned in Redding, California, on plaintiffs' motion for leave to file sur-replies is hereby vacated and plaintiffs' motion is submitted on the papers. Opposition to plaintiffs' motion is due by April 1, 2020. Plaintiffs' reply is due by April 8, 2020. The Court will address plaintiffs' motion upon completion of briefing.

IT IS SO ORDERED.

Dated: March 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE