# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| _____ | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court are: (1) plaintiffs' ex parte application to modify the scheduling order, see ECF No. 387; and (2) the parties' stipulation to modify the schedule, see ECF No. 417.

Good cause appearing therefor, the parties' stipulation is approved. Pursuant to the parties' stipulation:

- The deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Proctor & Gamble, and Onyx Corp. is extended up to and including May 1, 2020.

- The deadline to disclose rebuttal expert lists/reports is extended up to and including May 9, 2020.

- Fact discovery otherwise remains closed and all other dates and deadlines remain unchanged.

1

In their ex parte application, plaintiffs seek an order extending the time for initial expert witness disclosures. Given the parties' representation in the subsequently filed stipulation, approved above, that initial disclosures were timely made on March 9, 2020, plaintiffs' ex parte application is denied as moot.

IT IS SO ORDERED.

Dated: March 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE