| | |
|---|---|
| BRYAN A. MERRYMAN (SBN 134357)<br>bmerryman@whitecase.com<br>CATHERINE S. SIMONSEN (SBN 307325)<br>catherine.simonsen@whitecase.com<br>WHITE & CASE LLP<br>555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br><br>BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>JEREMY OSTRANDER (SBN 233489)<br>jostrander@whitecase.com<br>HALLIE KIERNAN (SBN 313541)<br>hallie.kiernan@whitecase.com<br>KRISTEN PREVITO<br>kristen.previto@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>STEFAN M. MENTZER (admitted *pro hac vice*)<br>smentzer@whitecase.com<br>WHITE & CASE LLP<br>1221 Avenue of the Americas, Floor 49<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>*Attorneys for Defendant*<br>*Walmart Inc.* | Dan Terzian (SBN 283835)<br>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br>Email: bdunne@piercebainbridge.com<br><br>Harmeett K. Dhillon (SBN 207873)<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br>Email: harmeet@dhillonlaw.com<br><br>*Attorneys for Plaintiffs Sharidan L. Stiles and*<br>*Stiles 4 U, Inc.*<br><br>Zachary Page (SBN 293885)<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, CA 90403<br>Telephone: (310) 998-9100, ext. 105<br>Facsimile: (310) 998-9109<br>Email: mkremer@conklelaw.com<br><br>*Attorneys for Defendant American*<br>*International Industries* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>     Plaintiffs,<br><br>   v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>     Defendants. | Case No. 2:14-cv-02234-KJM-DMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES TO CONDUCT CERTAIN FACT DEPOSITIONS TO MAY 1, 2020 AND TO DISCLOSE EXPERT REBUTTAL REPORTS TO MAY 9, 2020** |

Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("plaintiffs") and defendants Walmart Inc. ("Walmart") and American International Industries ("AII") (collectively, "defendants"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, the present deadline to complete the fact depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. is March 31, 2020, and discovery is otherwise closed; and

**WHEREAS**, the present deadline to disclose expert rebuttal reports is April 9, 2020, and defendants need to depose plaintiffs' experts, whom were just disclosed on March 9, 2020, well in advance of the deadline to serve expert rebuttal reports; and

**WHEREAS**, Federal Rule of Civil Procedure 16(b)(4) permits the modification of a pretrial scheduling order for good cause;

**WHEREAS**, the parties submit that good cause exists (1) to extend the deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. to May 1, 2020, and (2) to extend the deadline to disclose expert rebuttal reports by one month, to May 9, 2020, to allow additional time to depose plaintiffs' three experts (as well as potentially defendants' disclosed expert)[1] prior to service of rebuttal reports, because the global Coronavirus (COVID-19) pandemic has created considerable risks associated with travel, *see* Bill Chappell, NPR, *Coronavirus: COVID-19 Is Now Officially A Pandemic, WHO Says* (Mar. 11, 2020); the leading health authorities counsel against all non-essential travel, *see* Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19)* (Mar. 7, 2020); and the aforementioned depositions would require multiple attorneys and the witnesses to travel around the country on seven or eight occasions over the next approximately three weeks—subjecting them to substantial risk of contracting and/or spreading COVID-19—if the aforementioned deadlines are not extended;

**WHEREAS**, the parties agree that the requested extension best serves the interests of the Court and the parties in efficiently and safely conducting fact depositions and the depositions of

---

[1] Plaintiffs will likely elect to depose defendants' disclosed expert after the service of rebuttal reports.

- 1 -

| | |
|---|---|
| 1 | experts prior to service of expert rebuttal reports; |
| 2 | **THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE** |
| 3 | **UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS** |
| 4 | **AS FOLLOWS:** |
| 5 | The deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Procter & |
| 6 | Gamble, and Onyx Corp. is extended up to and including May 1, 2020; |
| 7 | The deadline to disclose expert rebuttal reports is extended up to and including May 9, |
| 8 | 2020; and |
| 9 | Fact discovery otherwise remains closed, and all other dates and deadlines remain |
| 10 | unchanged. |

Respectfully submitted,

Dated: March 13, 2020 **WHITE & CASE LLP**

*/s/ Bryan A. Merryman*
Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: bmerryman@whitecase.com

*Attorneys for Defendant Walmart Inc.*

Dated: March 13, 2020 **CONKLE, KREMER, ENGEL,**
**PROFESSIONAL  LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page (SBN 293885)
 *(as authorized on March X, 2020)*
Conkle, Kremer & Engel
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA  90403
Telephone: (310) 998-9100, ext. 105
Facsimile: (310) 998-9109
Email: m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

| | |
|---|---|
| Dated: March 13, 2020 | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| | */s/ Dan Terzian*<br>Dan Terzian (SBN 283835)<br> *(as authorized on March X, 2020)*<br>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br>Email: bdunne@piercebainbridge.com |
| | **DHILLON LAW GROUP**<br><br>Harmeet K. Dhillon<br>DHILLON LAW GROUP<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>Facsimile: (415) 520-6593<br>Email: harmeet@dhillonlaw.com<br><br>*Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.* |

**ORDER**

Accordingly, IT IS SO ORDERED THAT:

1. The deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. is extended up to and including May 1, 2020;

2. The deadline to disclose expert rebuttal reports is extended up to and including May 9, 2020; and

3. Fact discovery otherwise remains closed, and all other dates and deadlines remain unchanged.

DATED: March 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE