BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
JEREMY OSTRANDER (SBN 233489)
jostrander@whitecase.com
HALLIE KIERNAN (SBN 313541)
hallie.kiernan@whitecase.com
KRISTEN PREVITO (SBN 320196)
kristen.previto@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
smentzer@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas, Floor 49
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Defendant*
*Walmart Inc.*

Dan Terzian (SBN 283835)
PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008
Email: bdunne@piercebainbridge.com

Harmett K. Dhillon (SBN 207873)
DHILLON LAW GROUP
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
Email: harmeet@dhillonlaw.com

*Attorneys for Plaintiffs Sharidan L. Stiles and*
*Stiles 4 U, Inc.*

Zachary Page (SBN 293885)
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403
Telephone: (310) 998-9100, ext. 105
Facsimile: (310) 998-9109
Email: mkremer@conklelaw.com

*Attorneys for Defendant American*
*International Industries*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-KJM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES TO CONDUCT CERTAIN FACT DEPOSITIONS TO MAY 22, 2020 AND TO DISCLOSE EXPERT REBUTTAL REPORTS TO MAY 29, 2020** |

1   Plaintiffs Sharidan Stiles and Stiles 4 U, Inc. ("plaintiffs") and defendants Walmart Inc. ("Walmart") and American International Industries ("AII") (collectively, "defendants"), by and through their respective counsel, hereby stipulate as follows:

   **WHEREAS**, the present deadline to complete the fact depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. is May 1, 2020, and discovery is otherwise closed;

   **WHEREAS**, the present deadline to disclose expert rebuttal reports is May 11, 2020, and the parties may need to depose opposing parties' experts, whom were disclosed on March 9, 2020, in advance of the deadline to serve expert rebuttal reports;

   **WHEREAS**, Federal Rule of Civil Procedure 16(b)(4) permits the modification of a pretrial scheduling order for good cause;

   **WHEREAS**, the parties submit that good cause exists (1) to extend the deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. to May 22, 2020, and (2) to extend the deadline to disclose expert rebuttal reports to May 29, 2020, to allow additional time to depose opening experts, whether in person or by other means such as video conference.  As established in the parties' March 13, 2020 stipulation (ECF No. 417), the global Coronavirus (COVID-19) pandemic has created considerable risks associated with travel, *see* Bill Chappell, NPR, *Coronavirus: COVID-19 Is Now Officially A Pandemic, WHO Says* (Mar. 11, 2020); the leading health authorities counsel against all non-essential travel, *see* Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19)* (Mar. 7, 2020); and the aforementioned depositions would require multiple attorneys and the witnesses to travel around the country on several occasions over the next four to five weeks—subjecting them to substantial risk of contracting and/or spreading COVID-19—if the aforementioned deadlines are not extended.  Recently, the President extended federal social distancing guidelines through April 30, 2020—just 11 days prior to the current deadline to serve expert rebuttal reports.  *See* Paul LeBlanc, Jason Hoffman and Kevin Liptak, Trump extends federal social distancing guidelines to April 30, CNN.com, *available at* https://www.cnn.com/2020/03/29/politics/trump-coronavirus-press-conference/index.html; and

**WHEREAS**, the parties agree that the requested extensions best serve the interests of the Court and the parties in efficiently and safely conducting fact depositions and the depositions of opening experts.

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:**

The deadline to complete the depositions of Jeanne Helfrich, Robin Foshee, Procter & Gamble, and Onyx Corp. is extended up to and including May 22, 2020;

The deadline to disclose expert rebuttal reports is extended up to and including May 29, 2020; and

Fact discovery otherwise remains closed, and all other dates and deadlines remain unchanged.

Respectfully submitted,

Dated:  April 9, 2020         **WHITE & CASE LLP**

*/s/ Bryan A. Merryman*
Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
Email:  bmerryman@whitecase.com

*Attorneys for Defendant Walmart Inc.*

Dated:  April 9, 2020         **CONKLE, KREMER, ENGEL, PROFESSIONAL LAW CORPORATION**

*/s/ Zachary Page*
Zachary Page (SBN 293885)
 *(as authorized on April X, 2020)*
Conkle, Kremer & Engel
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA  90403
Telephone:  (310) 998-9100, ext. 105
Facsimile:  (310) 998-9109
Email:  m.kremer@conklelaw.com

*Attorneys for Defendant American International Industries*

Dated: April 9, 2020

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

*/s/ Dan Terzian*
Dan Terzian (SBN 283835)
 *(as authorized on April X, 2020)*
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA  90071
Telephone:  (213) 262-9333
Facsimile:  (213) 279-2008
Email:  bdunne@piercebainbridge.com

**DHILLON LAW GROUP**

Harmeet K. Dhillon
DHILLON LAW GROUP
177 Post Street, Suite 700
San Francisco, CA  94108
Telephone:  (415) 433-1700
Facscimile:  (415) 520-6593
Email:  harmeet@dhillonlaw.com

*Attorneys for Plaintiffs Sharidan L. Stiles and Stiles 4 U, Inc.*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: April 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE