**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| WALMART, INC, et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is plaintiffs' motion for leave to file surreplies. <u>See</u> ECF No. 421. Having considered the parties' arguments both in support and against the requested relief, and good cause appearing therefor, plaintiffs' motion for leave to file surreplies is granted. The Clerk of the Court is directed to file plaintiffs' surreplies, attached to its motion at Exhibits A and B, ECF Nos. 421-2 and 421-3, as of March 18, 2020.

IT IS SO ORDERED.

Dated: April 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1