# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| WALMART, INC, et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is plaintiffs' motion to strike changes to the deposition transcript of Carmen Bauza, noticed for hearing before the undersigned in Redding, California, on May 13, 2020, at 10:00 a.m. <u>See</u> ECF No. 430. Good cause appearing therefor, the parties are authorized to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated: April 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1