**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| WALMART INC., et al., | |
| Defendants. | |
| AND RELATED ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for May 13, 2020, at 10:00 a.m. before the undersigned in Redding, California, on plaintiffs' motion to strike changes to the deposition transcript of Carmen Bauza is hereby taken off calendar and the matter is submitted on the record without oral argument.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1