# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED ACTIONS | |

Plaintiffs, who are proceeding without counsel, bring this civil action. On July 14, 2020, the Court granted plaintiffs' counsel's motion to withdraw in this and related actions. See ECF No. 486. That order provided that counsel's withdrawal would be effective on September 18, 2020. See id. As that date has now passed, counsel's withdrawal is now effective and has been effective since September 18, 2020. Plaintiffs are now and have been since September 18, 2020, proceeding without counsel.

A plaintiff to this action is a corporate entity, Stiles 4 U, Inc. As a corporate entity may not appear without counsel, plaintiffs shall show cause in writing why Stile 4 U, Inc., should not be dismissed from this action.

///

Finally, the Court addresses improper pro se filings.  On August 18, 2020 – while plaintiff was represented by counsel – plaintiff filed a document pro se entitled "Joint Status Report; Motion to Change Venue; Motion to Compel Witness Answers; Motion to Compel all Work Product."  See ECF No. 493.  On September 13, 2020 – while plaintiff was represented by counsel – she filed a document pro se entitled :Motion's [sic] to Recuse; Change of Venue; Remove Stay's [sic]; Obstruction of Justice; Obstruction of Witness's [sic]; Destruction of Evidence."  See ECF No. 497.  Both filings are improper and will be stricken for two reasons.  First, they are both filed pro se by a litigant who was at the time represented by counsel.  Second, they are both deficient to the extent they seek relief by way of motions which are not properly noticed under the Local Rules.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs are and have been since September 18, 2020, proceeding pro se;

2. Plaintiffs shall show cause in writing within 30 days of the date of this order why unrepresented corporate plaintiff Stiles 4 U, Inc., should not be dismissed; and

3. Plaintiffs' improper and deficient pro se filings, ECF Nos. 493 and 497, are stricken.

Dated:  September 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE