# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual property and antitrust claims. On September 23, 2020, the Court directed Plaintiffs, who were proceeding pro se at the time, to show cause in writing why the corporate

///
///
///
///
///
///
///

1

plaintiff, Stiles 4 U, Inc., should not be dismissed.  See ECF No. 498.  A review of the docket reflects that Plaintiffs have since retained counsel.  See ECF No. 503.  The order to show cause is, therefore, discharged.

        IT IS SO ORDERED.

Dated:  November 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE