UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sharidan Stiles, et al., | No. 2:14-cv-02234-KJM-DMC |
| Plaintiffs, | ORDER |
| v. | |
| Walmart, Inc., et al., | |
| Defendants. | |

The court has considered the parties' joint response, ECF No. 511, to the court's Minute Order, ECF No. 507.  In addressing plaintiffs' Motion for Leave to File Oppositions to Defendants' Motions for Summary Judgment and Partial Summary Judgment, ECF No. 506, the court submits the matter on the papers and finds good cause for granting plaintiffs' request and any prejudice mitigated by granting defendants extra time to reply.  Thus, plaintiffs' motion is **granted.**

The court sets a hearing for **March 5, 2021**, at which point the court will hear argument on the following motions:

1. Defendants' Joint Motion for Reconsideration of Order Denying Motion to Dismiss Antitrust Claims or, in the Alternative, for Judgment on the Pleadings. ECF No 193;

/////

1

2. Defendants' Motions for Summary Judgment and Partial Summary Judgment. ECF Nos. 457 and 473; and

3. Walmart's Renewed Request to Seal Documents. ECF No. 501.

Parties will brief the motions for summary judgment according to the briefing schedule set out in their joint response. ECF No. 511 at 3. Plaintiff's opposition will be due **February 8, 2021** and defendants will reply by **February 26, 2021**. The renewed request to seal will be briefed in accordance with Local Rule 230 (c) &(d).

This order resolves ECF No. 506.

IT IS SO ORDERED.

DATED: December 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2