Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200
Email:  jmalioto@aliotolaw.com
Email: twallace@aliotolaw.com

Josephine L. Alioto (SBN 282989)
THE VEEN FIRM, PC
20  Haight Street
San Francisco, CA 94102
Telephone:  415-673-4800
Facsimile:  415-771-5845
Email:  j.alioto@veenfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, an individual, and STILES 4 U, INC, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | CASE NO.:<br><br>2:14-cv-2234-KJM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS FOR RECONSIDERATION [ECF NO. 193], SUMMARY JUDGMENT [ECF NO. 457], PARTIAL SUMMARY JUDGMENT [ECF NO. 473], AND REQUEST TO SEAL DOCUMENTS [ECF NO. 501]**<br><br>Current Date: March 5, 2021<br>Current Time: 10AM<br><br>Proposed Date: March 26, 2021<br>Proposed Time: 10AM<br><br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3, 15th Floor |

Plaintiffs SHARIDAN STILES and STILES 4 U, INC, and Defendants WALMART INC., and AMERICAN INTERNATIONAL INDUSTRIES hereby stipulate and agree as follows:

1. Defendants' Motions for Reconsideration [ECF No. 193], Summary Judgment [ECF No. 457], Partial Summary Judgment [ECF No. 473], and Request To Seal Documents [ECF No. 501] are currently scheduled to be heard on March 5, 2021, at 10AM. Defendants' Motion for Reconsideration has been fully briefed. The briefing schedule for Defendants' Motions for Summary and Partial Summary Judgment and Defendant's Request to Seal were outlined in Chief District Judge Kimberly J. Mueller's December 10, 2020 order (ECF No. 514).

2. Plaintiffs previously requested a four-month extension of time to file their oppositions to Defendants' summary judgment motions, from October 2, 2020, to February 8, 2021, which the Court granted (*see* ECF No. 514). Plaintiffs submit that good cause exists to continue the hearing again to the next available hearing date of March 26, 2021, 10AM, pursuant to Federal Rule of Civil Procedure 6(b)(1). Plaintiffs' counsel, the Alioto Law Firm, who previously represented plaintiffs in this action until May 24, 2019 (*see* ECF No. 217), and again appeared in this action on October 14, 2020 (*see* ECF No. 503), have experienced significant obstacles to obtaining the file in this case, including the sealed exhibits attached to Defendants' Motions for Summary Judgment partly due to COVID-related office closures. Further, the file so far contains 87GB of data, which Plaintiffs' counsel would like an opportunity to fully review. Moreover, Plaintiffs associated additional counsel on January 28, 2021 (ECF No. 515), who must also have an opportunity to review the voluminous motions and evidence.

3. Defendants do not oppose Plaintiffs' request for approximately three additional weeks, as long as Defendants have at least 18 days to file their replies following the deadline for Plaintiffs to file their oppositions, as the Court previously ordered (ECF No. 514).

4. The parties propose the following briefing schedule on Defendants' Motions for Summary and Partial Summary Judgment. (ECF Nos. 457 and 473).

**March 1, 2021:** Deadline for Plaintiffs to file oppositions to motions

**March 19, 2021:** Deadline for Defendants to file replies in support of motions

**March 26, 2021:** Hearing on motions

5. Walmart's Renewed Request to Seal Documents (ECF No. 501) will be briefed in accordance with Local Rule 230(c) and (d).

**It is so stipulated.**

Dated: February 3, 2021

THE VEEN FIRM, PC

By: */s/ Joseph M. Alioto*
  Joseph M. Alioto

JOSEPH M. ALIOTO (SBN 42680)
jmalioto@aliotolaw.com
Tatiana V. Wallace (SBN 233939)
twallace@aliotolaw.com
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

JOSEPHINE L. ALIOTO (SBN 282989)
j.alioto@veenfirm.com
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

*Attorneys for Plaintiffs Sharidan Stiles and STILES 4 U, Inc.*

| | |
|---|---|
| Dated:  February 3, 2021 | WHITE & CASE LLP |
| | By: ___*/s/ Bryan A. Merryman*___<br>Bryan A. Merryman<br>*(as authorized on February 1, 2021)* |

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

BIJAL V. VAKIL (SBN 192878)
bvakil@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

*Attorneys for Defendant Walmart Inc.*

| | |
|---|---|
| Dated:  February 3, 2021 | CONKLE, KREMER & ENGEL |
| | By: ___*/s/ Zachary Page*___<br>Zachary Page<br>*(as authorized on February 1, 2021)* |

ERIC S. ENGEL (SBN 105656)
e.engel@conklelaw.com
ZACHARY PAGE (SBN 293885)
z.page@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Telephone:  (310) 998-9100
Facsimile:  (310) 998-9109

*Attorneys for Defendant American International Industries*

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

DATED: February 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE