UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, an individual, STILES 4 U, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; AMERICAN INTERNATIONAL INDUSTRIES,<br><br>Defendants. | Case No. 2:14-cv-02234-KJM-DMC<br><br>**ORDER GRANTING DEFENDANT WALMART INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO TAKE 30(b)(6) DEPOSITION OF THE PROCTER & GAMBLE COMPANY**<br><br>Date:  March 23, 2022<br>Time:  10:00 a.m.<br>Judge:  Hon. Dennis M. Cota |

1  Defendant Walmart Inc.'s Request to Appear Telephonically at Hearing on Plaintiffs'
2  Motion for an Extension of Time to Take 30(b)(6) Deposition of the Procter & Gamble Company
3  ("Motion"), having been considered and for good cause shown based on counsel's declaration
4  regarding the distance between counsel's place of business in Palo Alto, California, and the
5  courthouse in Redding, California, as well as preexisting family obligations on March 23 and 24,
6  2022, is hereby GRANTED.
7  Walmart Inc.'s counsel is hereby permitted to attend the hearing on Plaintiffs' Sharidan
8  Stiles and Stiles 4 U, Inc.'s Motion, scheduled to take place March 23, 202,2 at 10:00 a.m.,
9  telephonically. Counsel shall arrange the appearance through CourtCall.

**IT IS SO ORDERED.**

Dated:  March 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE