# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES, et al., | No. 2:14-CV-2234-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| WALMART, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTER-ACTIONS | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging intellectual property and antitrust claims. Pending before the Court is the request, ECF No. 571, which is construed as a motion by counsel for Defendant American International Industries (AII) to appear telephonically at the hearing scheduled before the undersigned in Redding, California, on March 23, 2022, at 10:00 a.m. Good cause appearing therefor based on counsel's declaration regarding the costs associated with travel from counsel's place of business in Los Angeles to the courthouse in Redding, Defendant AII's counsel's motion is granted.

///

///

///

1  Counsel shall arrange a telephonic appearance through CourtCall.

2         IT IS SO ORDERED.

4  Dated: March 16, 2022

                                           DENNIS M. COTA
                                           UNITED STATES MAGISTRATE JUDGE